IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>   Petitioners/Plaintiffs,<br><br> v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>   Respondents/Defendants. | Case No. 1:05-cv-01509-RMU<br><br>**DECLARATION OF JASON STILES PINNEY RE PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE AND FOR ENTRY OF PROTECTIVE ORDER** |

I, Jason Stiles Pinney, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them. I make this declaration in support of Petitioners Abdusabur Doe, Abdusamad Doe, Abdunasir Doe, Hammad Doe, Hudhaifa Doe, Jalaal Doe, Khalid Doe, Saabir Doe, and Saadiq Doe's (hereinafter "Petitioners"), acting on their own behalf and through their Next Friend Jamal Kiyemba, Motion for Order to Show Cause and for Entry of Protective Order. I am associated with Bingham McCutchen LLP, counsel for Petitioners.

2. A true and correct copy of *Devastating Blows, Religious Repression of Uighurs in Xinjiang,* 17 HUMAN RIGHTS WATCH 2, § II (2005), (available at http://hrw.org/reports/2005/china0405/china0405text.pdf) is attached as Exhibit 1.

3. A true and correct copy of Paul Wolfowitz's, Memorandum for the Secretary of the Navy, Order Establishing Combatant Status Review Tribunal dated July 7, 2004, is attached as Exhibit 2.

4. A true and correct copy of a Department of Defense posting of an Interview with Gordon England, Secretary of the Navy, in Washington, D.C., dated March 29, 2005 (available

at http://usinfo.state.gov/dhr/Archive/2005/Apr/01-23233.html), is attached as Exhibit 3.

5.   A true and correct copy of a June 14, 2005, *Financial Times USA* article by Demetri Sevastopulo entitled "*The Americas: Cheney Backs Guantánamo Prison Amid Growing Unease*" is attached as Exhibit 4.

6.   A true and correct copy of an interview dated August 12, 2004, from the U.S. Department of State entitled *Roundtable with Japanese Journalists* (with Secretary Colin L. Powell) (available at http://www.state.gov/secretary/former/powell/remarks/35204.htm) is attached as Exhibit 5.

7.   A true and correct copy of a November 26, 2003, *Human Rights Watch* article entitled "*U.S.: Don't Send Detainees Back to China*" (available at http://www.hrw.org/press/2003/11/us112603.htm) attached as Exhibit 6.

8.   A true and correct copy of e-mail correspondence dated August 4, 2005, from Sabin Willett to Terry Henry is attached as Exhibit 7.

9.   A true and correct copy of Gordon England's Memorandum for Distribution for Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantánamo Naval Base, Cuba, dated July 29, 2004, is attached as Exhibit 8.

10.   A true and correct copy of Respondents' Memorandum in Opposition to Petitioners' Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners is attached as Exhibit 9.

11.   A true and correct copy of the Transcript of the Motion Hearing Before the Honorable James Robertson United States District Judge, dated August 1, 2005, is attached as Exhibit 10.

12.   A true and correct copy of Memorandum in Support of Petitioners' Emergency Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners and accompanying Declaration by Sabin Willett is attached as Exhibit 11.

13.   A true and correct copy of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, is attached as Exhibit 12.

- 3 -

14. A true and correct copy of Order Addressing Designation Procedures For "Protected Information" dated November 10, 2004, is attached as Exhibit 13.

15. A true and correct copy of Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order dated December 13, 2004, is attached as Exhibit 14.

16. A true and correct copy of e-mail correspondence from Andrew Warden to Jason Pinney dated August 11, 2005, is attached as Exhibit 15.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on August 17, 2005, in Boston, Massachusetts.

_____
Jason Stiles Pinney