UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-01509-RMU

**MOTION FOR EXTENSION OF TIME:
PETITIONERS' REPLY TO RESPONDENTS' MEMORANDUM IN
OPPOSITION TO PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE**

    Petitioners' Abdusabur Doe, *et al.*, respectfully request that this Court grant Petitioners a one-day extension to file a Reply to Respondents' Memorandum in Opposition to Petitioners' Motion for Order to Show Cause ("Reply"). As grounds for this request, petitioners state the following:

    1.    Petitioners' Reply was completed in the Secured Facility in Washington D.C. as it contained potentially confidential information.

    2.    Petitioners were told today that the Secured Facility would not be able to deliver their Reply to the Court until tomorrow, September 9, 2005.

    3.    Accordingly, pursuant to the local rules, Petitioners' counsel conferred with Respondents' counsel and requested a one-day time extension.

    4.    The Government's attorney, Andrew Warden, assented to this time extension over the telephone at approximately 5:00 PM today, September 8, 2005.

    WHEREFORE, Petitioners respectfully request that this Court grant Petitioners a one-day extension to file their Reply.

Dated: September 8, 2005

Of Counsel:

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439

/s/ Sabin Willett

Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8925

Susan Baker Manning
Hope M. Jarkowski
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone:   (202) 778-6150
Facsimile:   (202) 778-6155

David A. Peters
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Telephone:   (860) 240-2700
Facsimile:   (860) 240-2800