UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMAL KIYEMBA, et al.

    Petitioners;

v.

GEORGE W. BUSH, et al.,

    Respondents.

Case No. 05-cv-01509 (RMU)

NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners submitted the following documents to the Court's designated Court Security Officer:

- Declaration of P. Sabin Willett (in support of Opposition to Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing).

Dated: September 14, 2005

    /s/
Sabin Willett
Neil McGaraghan
Jason S. Pinney
Daniel Hunter Kiel
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:    (617) 951-8000
Facsimile:    (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:    (202) 778-6150
Facsimile:    (202) 778-6155

-2-

        Barbara Olshansky
        Deputy Director
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, NY  10012
        Telephone:     (212) 614-6439