IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-CV-01509-RMU

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Motion for Reconsideration of September 13, 2005 Order; and

- September 29, 2005 Declaration of Susan Baker Manning in Support of Petitioners' Motion for Reconsideration of September 13, 2005 Order — with Exhibits A-H attached.

Dated: September 30, 2005

                      /s/
                Sabin Willett
                Neil McGaraghan
                Jason S. Pinney
                Daniel Hunter Kiel
                BINGHAM McCUTCHEN LLP
                150 Federal Street
                Boston, MA  02110-1726
                Telephone:  (617) 951-8000
                Facsimile:  (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439