## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

        Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

        Respondents/Defendants.

Case No. 05-CV-01509-RMU

### NOTICE OF FILING OF LENGTHY EXHIBIT

PLEASE TAKE NOTICE THAT, Exhibit E, which is an attachment to Declaration of Susan Baker Manning in Support of Petitioners' Motion for Reconsideration of September 13, 2005 Order, exists in paper format and is longer than fifteen pages, or, if scanned, will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:  September 30, 2005

                    /s/
                    Sabin Willett
                    Neil McGaraghan
                    Jason S. Pinney
                    Daniel Hunter Kiel
                    BINGHAM McCUTCHEN LLP
                    150 Federal Street
                    Boston, MA  02110-1726
                    Telephone:  (617) 951-8000
                    Facsimile:  (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439