IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05-CV-01509-RMU |

## NOTICE OF FILING OF LENGTHY EXHIBIT

PLEASE TAKE NOTICE THAT, Exhibit D, which is an attachment to Declaration of Susan Baker Manning in Support of Petitioners' Motion for Reconsideration of September 13, 2005 Order, exists in paper format and is longer than fifteen pages, or, if scanned, will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: September 30, 2005
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Sabin Willett
　　　　　　　　　　　　　　　Neil McGaraghan
　　　　　　　　　　　　　　　Jason S. Pinney
　　　　　　　　　　　　　　　Daniel Hunter Kiel
　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP
　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　Boston, MA  02110-1726
　　　　　　　　　　　　　　　Telephone:  (617) 951-8000
　　　　　　　　　　　　　　　Facsimile:  (617) 951-8925

- 2 -

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439