IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-CV-01509-RMU

**DECLARATION OF SUSAN BAKER MANNING IN SUPPORT OF PETITIONERS'
MOTION FOR RECONSIDERATION OF SEPTEMBER 13, 2005 ORDER**

I, Susan Baker Manning, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them. I submit this declaration in support of Petitioners' Motion for Reconsideration of September 13, 2005 Order.

2. I am Counsel with Bingham McCutchen LLP, counsel of record for Petitioners in this action. Bingham McCutchen is also counsel of record in *Qassim v. Bush*, Case No. 05-0497 (JR), and *Mamet v. Bush*, Case No. 05-1602 (ESH), both of which are Guantanamo habeas cases currently pending in the United States District Court for the District of Columbia. Each of the twelve petitioners in these cases is an ethnic Uighur. The Uighur people are a Muslim ethnic minority in western China that has been brutally repressed by the Chinese government. Based on conversations with my clients in the *Qassim* case, I am informed and believe that all of the Petitioners in this action, with the sole exception of Petitioner Saddiq Doe, are Chinese nationals, as are all of the *Qassim* and *Mamet* petitioners. As discussed below, I am informed and believe that Saddiq is an ethnic Uighur who was formerly resident in Saudi Arabia.

3. As the government concedes, it has been six months since a Combat Status

Review Tribunal formally determined that my clients in the *Qassim* case, Abu Bakker Qassim and Adel Abdul Hakim, are not "enemy combatants." Press reports strongly indicate that the government determined that they were not "enemy combatants" long before the final, formal CSRT determination—possibly as long as two years ago. The United States nevertheless continues to imprison Messrs. Qassim and Hakim in Camp Iguana at Guantanamo Bay Naval Station.

4. Based on conversations with Messrs. Qassim and Hakim, I am informed and believe that non-enemy combatants who are imprisoned at Guantanamo Bay are held in Camp Iguana, and only non-enemy combatants are held in Camp Iguana. I understand that the military began housing non-enemy combatant prisoners at Camp Iguana in approximately mid-August 2005, and that Messrs. Qassim and Hakim were among the first prisoners transferred to this camp, if not actually the first, when they were moved to the camp on August 18, 2005.

5. Because Messrs. Qassim and Hakim are not "enemy combatants," my colleague Sabin Willet and I have been able to obtain telephone access to them on two occasions to date. Those telephone calls took place on August 23, 2005 and September 23, 2005.

6. On August 29, 2005 Mr. Willett, met with Mr. Qassim and Mr. Hakim in Camp Iguana. Based on information provided to Mr. Willett by our clients, and confirmed in the September 23 call, I am informed and believe that as of that time, there were eight non-enemy combatant prisoners held in Camp Iguana, including themselves. One of those non-enemy combatant prisoners is Petitioner Saddiq, who Messrs. Qassim and Hakim have described to me as an ethnic Uighur whose parents fled China for Saudi Arabia, where Saddiq was born. I am informed and believe that one additional non-enemy combatant prisoner was moved to Camp Iguana between August 29 and September 23, for a total of nine.

7. Based on conversations with Messrs. Qassim and Hakim, I am informed and believe that they were first arrested in Pakistan with sixteen other Uighurs who are now imprisoned at Guantanamo Bay. Each of these eighteen men had been living at a Uighur village in Afghanistan prior to the U.S. military campaign that began in the fall of 2001. Messrs. Qassim and Hakim have informed me that it is their understanding that a bounty was paid for

each of these eighteen Uighur men arrested and ultimately turned over to the United States military. Messrs. Qassim and Hakim have informed me that eight Petitioners in this action (Abdul Nasser, Abdul Sabour, Abdul Somad, Hammad, Hudhafia, Jalal Jalaldin, Khalid and Sabir) were also part of this same group of eighteen men.

8. A true and correct copy of the July 7, 2004 "Order Establishing Combat Status Review Tribunal" issued by Deputy Secretary of Defense Paul Wolfowitz is attached as Exhibit A.

9. A true and correct copy of the July 29, 2004 Memorandum issued by Secretary of the Navy Gordon England and entitled "Implementation of Combat Status Review Tribunal Procedures for Enemy Combatants at Guantanamo Bay Naval Base, Cuba" is attached as Exhibit B.

10. A true and correct copy of Judge Robertson's Aug. 19, 2005 Order in *Qassim v. Bush*, No. 05-0497, is attached as Exhibit C.

11. A true and correct copy of the transcript of the September 8, 2005 oral argument before the United States District Court for the District of Columbia in the *Bourmediene v. Bush*, No. 05-5062, and *Al-Odah v. Bush*, No. 05-5064, cases is attached as Exhibit D.

12. On September 23, 2005 I learned that a letter from Petitioner Saddiq to counsel was at the secure facility where attorney-client letters from Guantanamo Bay prisoners are received. This letter was translated from Arabic to English by an approved translator who holds at least a "secret" level security clearance. A true and correct copy of the translation of the letter, with the telephone number of Saddiq's family redacted, is attached as Exhibit E.

13. A true and correct copy of the September 20, 2005 Declaration of Maj. Joesph S. Imburgia, which attaches "the portions of the record of proceedings before the Combat Status Review Tribunal related to petitioner Bahtiyar Manhut that are suitable for public release," is attached as Exhibit F.

14. A true and correct copy of an August 24, 2005 Washington Post article entitled "Chinese Detainees Are Men Without a Country" is attached as Exhibit G.

15. A true and correct copy of Respondents' Memorandum in Opposition to

Petitioners' Motion to Vacate Stay Order and Issue Writ Directing Immediate Release of Petitioners, filed July 29, 2005 in *Qassim, et al. v. Bush, et al.* (Civ. No. 05-497 (JR), is attached as Exhibit H.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on September 29, 2005, in Washington, D.C.

                                                  _____
                                                  Susan Baker Manning