# EXHIBIT E

Case 1:05-cv-01509-UNA   Document 14-6   Filed 09/30/2005   Page 1 of 2

Dear respected Lawyer,

I am writing this letter to you and I hope you are in the best of health.

My name is Sadeeq Ahmad Tukistani, I was born in Saudi Arabia, I used to hold a Saudi document and there is no embassy that represents me and the reason is that my father immigrated from the Eastern Turkistan to Saudi Arabia and that was because of the war and the prosecution that was taking place in China.

My father had to decide whether to accept a permanent residency or the citizenship of Saudi Arabia. He chose permanent residency, because he thought that the war will be over soon and he will be able to return back to the homeland, however and regrettably, Turkistan fell and it ended up in the clutches of China.

I was born in Saudi Arabia in the region of Taif and I lived there. However I was imprisoned for three years because of a criminal case and after three years I was exiled from Saudi Arabia to Afghanistan. When I reached Afghanistan, we were captured by the members of Al-Qaeda. We were accused that we have been sent by the Saudi government to assassinate Osama Bin Laden. After interrogation I was handed over to the Taliban and I was put under the intelligence in Qandahar for a period of one and a half year. After one and a half year, they moved me to the Qandahar political prison and I stayed there for three and a half years.

After the government of Taliban fell, and the government of Hamid Karzai took over, they handed me over to the Americans. Now, I have been under the control of the Americans for the past three years and eight months.

Six months ago, I was told by the Americans that I am innocent and I am not an enemy combatant.

I have one problem. For the past 8 years I have no information about my family. My family lives in Saudi Arabia in the region of Taif. I would like to request you some humanitarian help to contact my family at telephone number ▉▉▉▉▉ (for Taif City) and bring me their welfare.

I hereby thank you sincerely and please accept my regards: Sadeeq Ahamd Turkistani.

Note: (I want to meet you personally)



UNCLASSIFIED