# EXHIBIT B

June 11th 2005

Mr. / Sabin Willett & Associates

We would like to thank you for agreeing to represent us for our defense in front the US Federal Court. We are also pleased to inform you that we have received three letters from your side. The first one dated March 21st, 2005, in Arabic language, was received on May 16th, 2005. The second letter dated March 21st, 2005, in English language, was received on May 24th, 2005. The third letter dated May 25, was received on June, 9th 2005.

We would like to inform you that we are from the Eastern Turkistan which is located under the Chinese colonial rule; our language is (Uighur) [He spelled it as Uyghur]. As we are not proficient in any other languages, therefore as much as possible, please communicate and write to us in the Uighur language. You can get the assistance from the American Uighur Association, where there is a lady called Ms. Rushan, she works at the "Free Asia Radio", she will be able to help you a lot in this regard.

We would like to inform you that on May 9th, 2005, we (Abu Bakar Qasim – Adel Abdul Hakim) have been classified as Non-enemy combatants by the Combatants Status Review Tribunal. We are waiting to be released.

Brother Ilham Tordi Bai (from Kazakhstan) presented a request to represent him in front of the Federal Court with us, however until now he has received no letter from your side, his number 84 (ISN 84): Language – Russian, Uzbaki, Kazakhi.

As well as two brothers, Zakir Jan (Russian) and Abdul Nasser (from Eastern Turkistan) are also requesting to be represented in front the American Federal Court, their numbers are 672 and 278 sequentially (Zakir ISN 672, Russian – Uzbaki language – Abdul Nasser ISN278, Uighur language).

Please accept our sincere regards and thanks.

Abu Bakar Qasim
Adel Abdul Hakim



**FOUO**