UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br> Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br> Respondents/Defendants. | Case No. 1:05-cv-01509-RMU |

**MOTION FOR LEAVE TO FILE SURREPLY TO RESPONDENTS OMNIBUS REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROPER "NEXT FRIEND" STANDING, OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RELATED APPEALS**

 Petitioners Abdusabur Doe, Abdusamad Doe, Abdunasir Doe, Hammad Doe, Hudhaifa Doe, Jalaal Doe, Khalid Doe, Saabir Doe, and Saddiq Doe (hereinafter "Petitioners") hereby move for leave to submit a short Surreply to address false statements contained in the Reply filed by the Government. We believe these statements are knowing deceptions and go to the heart of the case involving Petitioner Saddiq Doe and potentially other Petitioners.

 For the foregoing reasons, Petitioners request that they be granted leave to submit the Surreply submitted herewith.

Dated: September 30, 2005　　　　　　　　COUNSEL FOR PETITIONERS:

Of Counsel:

/s/  Sabin Willett
--------------------------------------------

| | |
|---|---|
| Barbara Olshansky | Sabin Willett |
| Deputy Director | Neil McGaraghan |
| CENTER FOR CONSTITUTIONAL RIGHTS | Jason S. Pinney |
| | Daniel Hunter Kiel |
| 666 Broadway, 7th Floor | BINGHAM McCUTCHEN LLP |
| New York, NY 10012 | 150 Federal Street |
| Telephone:   (212) 614-6439 | Boston, MA  02110-1726 |
| | Telephone:     (617) 951-8000 |
| | Facsimile:      (617) 951-8925 |

Susan Baker Manning
Hope M. Jarkowski
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036-3406
Telephone:     (202) 778-6150
Facsimile:      (202) 778-6155


David A. Peter
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103
Telephone:     (860) 240-2700
Facsimile:      (860) 240-2800

2