UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-01509-RMU

**SURREPLY TO RESPONDENTS OMNIBUS REPLY IN SUPPORT
OF MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT
BE DISMISSED FOR LACK OF PROPER "NEXT FRIEND" STANDING, OR,
IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RELATED APPEALS**

    Petitioners Abdusabur Doe, Abdusamad Doe, Abdunasir Doe, Hammad Doe, Hudhaifa Doe, Jalaal Doe, Khalid Doe, Saabir Doe, and Saddiq Doe (hereinafter "Petitioners") submit this Surreply to the Omnibus Reply (the "Reply") submitted by the Government in numerous habeas cases. In further opposition to the issuance of an order to show case, Petitioners say:

    1.    At 12 n. 15, the Government states that "of the Petitioners whom respondents have been able to arguably identify as of this date, all are held as enemy combatants." We believe this to be a knowing and deliberate falsehood.

    2.    The statement is false because Petitioner Saddiq Doe, a Saudi, is not held as an enemy combatant. The falsehood is knowing and deliberate because it was written and filed on September 22, 2005, despite the fact that we advised the Government, in the Declaration of Sabin Willett filed under seal on September 9, 2005, that our client, Petitioner Saddiq Doe, was the non-combatant known as "Saddiq" and held at Camp Iguana, and we supported this advice with substantial and credible detail in the declaration that has never been contested. Moreover,

1

since September 9, 2005, we have repeatedly advised Government counsel of information concerning Saddiq, and the Government has never denied (i) that there are fewer than ten men held at Camp Iguana, (ii) that one of them is a man called "Saddiq," (iii) that Saddiq is a Saudi of Uighur parentage, and (iv) that Saddiq who is held in Camp Iguana desires that we represent him.

3.   For the same reasons, we believe footnote 16 (at 13) deliberately misleads the Court.  The Government knows now, and knew when it filed the Reply, that one of the Petitioners is not an enemy combatant, and that a return can easily be provided.  It has provided the footnote in order to lull the Court into believing that there are no non-combatants in the Kiyemba case, when the Government knows that to be false.  This is the same blandishment the Government used to deceive Judge Robertson in the *Qassim* case.  Indeed, the only thing that has changed here is that the Government is now endeavoring to conceal its misstatements by actively seeking -- through this very motion -- to prevent counsel from meeting with Saddiq.

4.   Counsel has requested to speak with or meet Saddiq on September 1, 17, 23, 28 and 29, and all requests have been denied.

5.   Counsel have only just received a letter written months before the Government's papers were filed, but not delivered to us until September 26, in which Sadeeq *once again* expresses his specific request to meet us.  A copy of the English translation is attached hereto as Exhibit A.[1]   In the letter, Saddiq further identifies himself as Saddiq Ahmad Turkestani. "Turkestani" is not a surname in the western sense.  Uighurs are known as "Turkestanis," and a Saudi of Uighur heritage like Saddiq would often be known as "Saddiq the Turkestani."  Saddiq

---

[1]   "Saddiq" is of course a transliteration of Arabic characters, and may be rendered in English as Sadeeq (as the translator did in the letter), or Sadiq, or otherwise.

is only one of eight or nine men held at a facility known as Camp Iguana, and the Government's assertion that it does not know who he is simply not credible. As we have elsewhere shown, the fact that the Government continues to try to delay and obfuscate plain facts known to it is particularly monstrous in Saddiq's case, for the Government has already determined that he is not an enemy combatant. This motion can only be seen, then, as an effort to hide from the Court that the Government imprisons a man it has determined to be innocent of any wrongdoing.

6. Counsel have also just received a letter from their clients Abu Baker Qassim and Adel Abdul Hakim. This letter advises that Petitioner Abdunasir Doe (transliterated in the translation as "Abdul Naser") wants us to act as his attorney.[2] Nor can there be any doubt as to Abdul Naser's identity. He is a Uighur, one of only approximately twenty in Guantanamo. The Court should note that the letter was written on June 14, an delivered to counsel on September 26. The contention that these prisoners can communicate by mail is utterly absurd.

7. The Government's assertion that we haven't "proven" the two prongs of the *Whitmore* test misses the mark. We are not obliged to address the test until and unless an order to show cause issues, and we believe our papers amply demonstrate why no such order should issue here.

8. In light of misrepresentations in the case of Saddiq so blatant and plainly intentional, we cannot accept, and the Court should not accept the assertion that "respondents have provided every detainee with adequate means and opportunity to file a habeas petition." The massive delays in the delivery of correspondence put the lie to that claim.

---

[2] A copy of the English translation is attached as Exhibit B.

3

9. The Government contends that Saddiq does not want to challenge his detention, despite a next-friend petition, the statements of his cellmates, and his letter. Small wonder they will not let us speak to him.

10. The contention that counsel cannot avail ourselves of the access procedures until this motion is argued illustrates the real intention here, which is delay, delay, and more delay. The Protective Order already entered by this Court obligates the Government to grant reasonable access to the base. The Government is in violation of that order.

11. Delay means continued lawless incarceration. It is the harm itself in a habeas case, and should not be countenanced.

## **CONCLUSION**

For the foregoing reasons, Petitioners respectfully ask that the Government's Motion for an Order to Show Cause Why Case Should Not be Dismissed for Lack of Proper Next Friend Standing be denied, or, in the alternative, held in abeyance until a reasonable time after Petitioners' Counsel have been permitted to meet with the Petitioners.

Dated: September 30, 2005                    COUNSEL FOR PETITIONERS:

Of Counsel:

/s/   Sabin Willett
--------------------------------------------

| | |
|---|---|
| Barbara Olshansky | Sabin Willett |
| Deputy Director | Neil McGaraghan |
| CENTER FOR CONSTITUTIONAL RIGHTS | Jason S. Pinney |
| | Daniel Hunter Kiel |
| 666 Broadway, 7th Floor | BINGHAM McCUTCHEN LLP |
| New York, NY 10012 | 150 Federal Street |
| Telephone:   (212) 614-6439 | Boston, MA  02110-1726 |
| | Telephone:   (617) 951-8000 |
| | Facsimile:    (617) 951-8925 |

Susan Baker Manning
Hope M. Jarkowski
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036-3406
Telephone:   (202) 778-6150
Facsimile:    (202) 778-6155

David A. Peter
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103
Telephone:   (860) 240-2700
Facsimile:    (860) 240-2800

# EXHIBIT A

Dear respected Lawyer,

I am writing this letter to you and I hope you are in the best of health.

My name is Sadeeq Ahmad Tukistani, I was born in Saudi Arabia, I used to hold a Saudi document and there is no embassy that represents me and the reason is that my father immigrated from the Eastern Turkistan to Saudi Arabia and that was because of the war and the prosecution that was taking place in China.

My father had to decide whether to accept a permanent residency or the citizenship of Saudi Arabia. He chose permanent residency, because he thought that the war will be over soon and he will be able to return back to the homeland, however and regrettably, Turkistan fell and it ended up in the clutches of China.

I was born in Saudi Arabia in the region of Taif and I lived there. However I was imprisoned for three years because of a criminal case and after three years I was exiled from Saudi Arabia to Afghanistan. When I reached Afghanistan, we were captured by the members of Al-Qaeda. We were accused that we have been sent by the Saudi government to assassinate Osama Bin Laden. After interrogation I was handed over to the Taliban and I was put under the intelligence in Qandahar for a period of one and a half year. After one and a half year, they moved me to the Qandahar political prison and I stayed there for three and a half years.

After the government of Taliban fell, and the government of Hamid Karzai took over, they handed me over to the Americans. Now, I have been under the control of the Americans for the past three years and eight months.

Six months ago, I was told by the Americans that I am innocent and I am not an enemy combatant.

I have one problem. For the past 8 years I have no information about my family. My family lives in Saudi Arabia in the region of Taif. I would like to request you some humanitarian help to contact my family at telephone number 7364099 (for Taif City) and bring me their welfare.

I hereby thank you sincerely and please accept my regards: Sadeeq Ahamd Turkistani.

Note: (I want to meet you personally)



UNCLASSIFIED

# EXHIBIT B

June 11th 2005

Mr. / Sabin Willett & Associates

We would like to thank you for agreeing to represent us for our defense in front the US Federal Court. We are also pleased to inform you that we have received three letters from your side. The first one dated March 21st, 2005, in Arabic language, was received on May 16th, 2005. The second letter dated March 21st, 2005, in English language, was received on May 24th, 2005. The third letter dated May 25, was received on June, 9th 2005.

We would like to inform you that we are from the Eastern Turkistan which is located under the Chinese colonial rule; our language is (Uighur) [He spelled it as Uyghur]. As we are not proficient in any other languages, therefore as much as possible, please communicate and write to us in the Uighur language. You can get the assistance from the American Uighur Association, where there is a lady called Ms. Rushan, she works at the "Free Asia Radio", she will be able to help you a lot in this regard.

We would like to inform you that on May 9th, 2005, we (Abu Bakar Qasim – Adel Abdul Hakim) have been classified as Non-enemy combatants by the Combatants Status Review Tribunal. We are waiting to be released.

Brother Ilham Tordi Bai (from Kazakhstan) presented a request to represent him in front of the Federal Court with us, however until now he has received no letter from your side, his number 84 (ISN 84): Language – Russian, Uzbaki, Kazakhi.

As well as two brothers, Zakir Jan (Russian) and Abdul Nasser (from Eastern Turkistan) are also requesting to be represented in front the American Federal Court, their numbers are 672 and 278 sequentially (Zakir ISN 672, Russian – Uzbaki language – Abdul Nasser ISN278, Uighur language).

Please accept our sincere regards and thanks.

Abu Bakar Qasim
Adel Abdul Hakim



**FOUO**