IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05-CV-01509-RMU |

### NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have submitted the following documents to the Court's designated Court Security Officer:

- Motion to Hold Respondents in Contempt of Protective Order;
- Memorandum in Support of Motion to Hold Respondents in Contempt of Protective Order; and
- October 6, 2005 Declaration of Sabin Willett

Dated: October 6, 2005

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Sabin Willett
　　　　　　　　　　　　　　　　Neil McGaraghan
　　　　　　　　　　　　　　　　Jason S. Pinney
　　　　　　　　　　　　　　　　Daniel Hunter Kiel
　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP
　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　Boston, MA  02110-1726
　　　　　　　　　　　　　　　　Telephone:  (617) 951-8000
　　　　　　　　　　　　　　　　Facsimile:  (617) 951-8925

- 2 -

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439