**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 05-CV-01509-RMU

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have submitted the following documents via UPS Overnight Mail to the Court's designated Court Security Officer:

- Petitioner Saddiq Doe, AKA Saddiq Turkestani's Motion for Immediate Production of the Body and Grant of Writ, or, in the Alternative, Grant of Interim Release;

- Memorandum of Law in Support of Petitioner Saddiq Doe, AKA Saddiq Turkestani's Motion for Immediate Production of the Body and Grant of Writ, or, in the Alternative, Grant of Interim Release; and

- Copy of August 10, 2005 Declaration of Sabin Willett (originally filed in *Qassim v. Bush,* No. 05-0497 (JR)); and

- Copy of September 19, 2005 Declaration of Sabin Willett (originally filed in *Qassim v. Bush,* No. 05-0497 (JR)).

Dated: October 19, 2005                                /s/
                                    _____
                                    Sabin Willett
                                    Neil McGaraghan
                                    Jason S. Pinney
                                    BINGHAM McCUTCHEN LLP
                                    150 Federal Street
                                    Boston, MA  02110-1726
                                    Telephone:  (617) 951-8000
                                    Facsimile:  (617) 951-8925

                                    Susan Baker Manning
                                    BINGHAM McCUTCHEN LLP
                                    1120 20th Street NW, Suite 800
                                    Washington, DC  20036
                                    Telephone:  (202) 778-6150
                                    Facsimile:  (202) 778-6155

                                    Barbara Olshansky
                                    Deputy Director
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, NY  10012
                                    Telephone:  (212) 614-6439