UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Case No. 1:05-cv-01509-RMU |

**OCTOBER 20, 2005 DECLARATION OF SABIN WILLETT
IN SUPPORT OF MOTION FOR IMMEDIATE RELIEF**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is correct.

1. Attached as Exhibit 1 hereto is a copy of the August 10 Declaration of Sabin Willett (with exhibits), previously filed in Qassim v. Bush, No. 05-0497 (JR), and subsequently unclassified by the Court Security Officer.

2. Attached as Exhibit 2 hereto is a copy of the September 19 Declaration of Sabin Willett (with exhibits), previously filed in Qassim v. Bush, No. 05-cv 0497 (JR), and subsequently unclassified by the Court Security Officer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2005, in Boston, Massachusetts.

/s/
Sabin Willett

3