# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ABU BAKKER QASSIM and A'DEL ABDUL HAKIM,

        Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, et al.,

        Respondents/Defendants.

Case No. 05-0497 (JR)

## AUGUST 10, 2005 DECLARATION OF SABIN WILLETT

Pursuant to 28 U.S.C. § 1746, I, Sabin Willett declare under penalty of perjury that the following is true:

1.      Attached hereto as Exhibit A is material that I printed out from the website for an organization known as BBSG Consulting, Inc.   This material is available at www.bbshootinggallery.com.

2.      Attached as Exhibit B is material that I printed out from the website for an organization known as "Frontsight." This material is available at www.frontsight.com.

3.      Attached as Exhibit C is material that I printed out from the website of the Scottsdale Gun Club. This material is available at www.scottsdalegunclub.com.

4.      Attached as Exhibit D is material that I printed out from the website of an organization known as Special Tactical Services, LLC.   This material is available at www.machineguntraining.com.

5.      Attached hereto as Exhibit E is material that I printed out from the website of an organization known as "DMOZ Open Directory Project." This material is available at http://dmoz.org/recreation/guns/education.

6.      Attached hereto as Exhibit F is a photocopy that I obtained of an article published in The Boston Globe on July 30, 1944.

7.      Attached hereto as Exhibit G is a photocopy that I obtained of an article published in The Boston Globe on June 5, 1944.

I declare under penalty of perjury that the foregoing is true.

_____
Sabin Willett

# EXHIBIT A

BBSG Consulting, Inc.

# Machine Gun Classes

The BBSG Training Team in conjunction with International Police Supply now offers Machine Gun Classes taught by NRA Certified Instructors that cover a variety of Automatic Firearms including the MP5, M-16, AK-47, and a number of WWII firearms; the full list is to long to be displayed here.

Click HERE to register for a class!

Click HERE to see pictures from the last class!

**Next class:** HK-MP5 - August 6, 2005, 9 AM - 5 PM - Woodbridge, VA - $380 per student





This introductory class to a specific machine gun will cover the following topics:

*History of the US Machine Gun Laws*

*How to legally purchase a machine Gun*

*Specific machine gun history and development*

*Basic orientation to various models & options*

**FIREARMS TRAINING**

□ Register On-Line
□ Upcoming Classes
□ Gun Show Classes
□ Specialty Classes
□ Instructor Classes
□ Training Plans & Private Lessons
□ Why Choose BBSG?
□ Concealed Carry Information
□ Price Comparisons

**COMPUTER SERVICES**

□ Technical Support
□ Services
□ Website Hosting

BBSG Consulting, Inc.
Manassas, VA





http://www.bbsgtrainingteam.com/mg.htm

Page 1 of 3

7/28/2005

BBSG Consulting, Inc.

**Team BBSG!**

Private Lessons plus One-On-One, family, and small group classes in your home are also available, please send us an email for more information.

inquiries@bbsgconsulting.com

703-655-5863

*Machine gun loading, unloading, sighting*

*Machien gun field stripping & cleaning*

*Range Operations & Firearms Safety*

*Shooting Fundamentals, including Positions*

Additionally, all students will fire 150 rounds through the machine gun in full automatic at a local range under the supervision of NRA certified firearms instructors.

Course price is $395.00 and includes all course materials, ammunition, and range fees. All firearms will be provided by International Police Supply.

This training fulfills state requirements for basic firearms training required for applications to obtain a Concealed Pistol Permit in VA. All graduates will receive a training certificate upon successful completion of the course.

Click HERE to register for a class!

This is not a NRA approved class.

http://www.bbsgtrainingteam.com/mg.htm

7/28/2005

http://www.bbsgconsulting.com/range1.jpg



7/28/2005

# EXHIBIT B

HOME

CLICK ON THE ICONS BELOW FOR INFORMATION ON FRONT SIGHT RESORT'S VARIETY

         

FRONT SIGHT KLASKA | FRONT SIGHT NEVADA | FAMILY SAFE FOREVER | YOUTH ACHIEVEMENT | DEFENSIVE DRIVING | MARTIAL ARTS | FIREARMS TRAINING | CELEBRITY TRAINING | CORPORATE TEAM BUILDING | EXECUTIVE PROTECTION | ROPE RAP & CLIM





# The World's Premier Resort for Self D and Personal Safety Training

## Spend a Weekend at Front Sight Resort and Leave with the S Safely Protect Yourself and Your Family.

**W**elcome to Front Sight Resort, the world's premier and largest resort dedicated providing you and your family with specialized courses in self-defense training and pe with firearms or without. Whether you are looking for gun training using handgun, sh sub machine gun or you live and operate in environments where Glocks, AR-15's, and no longer protected by the Second Amendment— resulting in your need for knife and training—tens of thousands of students every year can attest, that after just one wee Sight Resort you will gain the skills and confidence to safely protect yourself and othe a firearm course at Front Sight, you will have gun skills that surpass 98% of the peop gun for a living! That is no exaggeration and you will have a fun, adventure travel ex process!

## Testimonials

Read samples from the thousands of testimonials we receive every month from:

- ▶ Professional
- ▶ Executives
- ▶ Law Enforcement
- ▶ Military
- ▶ Women
- ▶ Teens
- ▶ Misc

[ Submit Your Own ]

## Announcements

- ▶ Front Sight 2005 Mid-Year Report
- ▶ 2004 Year End / 2005 New Year Report
- ▶ Got a story to tell? Click here to share your testimonial...

[ More ]

## Special Offers

- ▶ FREE Telly-Award-Winning DVD - Front Sight Story: Chapter 1, Your Legacy
- ▶ Are You a Celebrity?
- ▶ Use a Buddy System and save!

[ More ]

## Subscribe

## Front Sight firearms training is the highest standard in the in

surpassing the gun training levels found through the NRA, law enforcement and military communities. Our ratio of one firearm instructor for every four to five students on the firing line ensures you will receive highly personalized instruction with the world's top gun instructors using positive reinforcement, with friendly constructive correction to build your skill, knowledge and confidence. One thing you will never find at Front Sight Resort is any macho, boot camp mentality or Drill Sergeant attitudes. Our courses are designed to give you the skills you need that will really make a difference in your ability to protec feel more safe and secure in your life. Located on 550 acres of breathtaking Nevada minutes outside of Las Vegas, Front Sight Resort provides the most comprehensive a defense and personal safety courses ever offered in one setting.

## Why a Resort Dedicated Exclusively to Providing You and You with Specialized Training in Self Defense and Personal Safety

Because FBI and Justice Department studies show that crime has increased over 500 violent crime occurs every 22 seconds in this country. A rape every 5.8 minutes. A m minutes. Sex offenders are out of control and growing in numbers. Half of all America robbed or burglarized in their lifetimes. For the first time in our nation's history, one i adults is either in prison, jail, on parole, or probation. It is not a question of IF you ar will come in contact with a violent criminal, but rather WHEN. Shouldn't you and your trained in advance?

## Are Your Skills Good Enough to Keep You and Your Family Sa Protects Your Family When You are Away?

The good news is that 98% of all crime is premeditated. If you know what to look for and how to defend yourself against it, you and your family will not become the next More than ever before, you and your family need to learn the skills to safely protect y others. Front Sight resort is dedicated to ensure that you, your spouse, and your tee healthy, safe and secure life.

To help you achieve this, Front Sight Resort has created the world's greatest facility a with the world's finest training in self defense and personal safety. A vast array of co specifically to satisfy the needs of the private citizen and law enforcement alike await the icons above to find out about the fabulous weekend courses best suited for you, y your teens.

Subscribe today and receive a report from Front Sight's founder and Director, Dr. Ignatius Piazza, entitled "Front Sight's Purpose and the Five Levels of Competence." Find out what level of competence you currently possess and how Front Sight will elevate and enlighten you to the highest levels possible.

me@here.co[  ]  SUBMIT

Enter your email address in the box above and hit the SUBMIT button. You will shortly receive confirmation and the free report from Dr. Piazza.

## Link to Our Website

Link to our website with your choice of banners and receive Dr. Piazza's phenomenal lecture on "The Color Code of Mental Awareness". See our partner sites.

## Members Only

First Family Members can access exclusive content by logging in here:
UserName:

Password:

Submit
► Register
► Lost My Password
► Learn More about our Memberships

Ignatius Piazza, Front Sight Resort's Founder and Director, created Front Sight with mind: To be the absolute best defensive training facility for personal safety. Gun Tr Arts, Edged Weapons, Contact Weapons, Mental Awareness, Defensive Driving, Exe Protection, Celebrity Training, Corporate Team Building, Children and Youth Safety more than satisfy the expectations of every student, regardless of the student's pri Take one course at Front Sight Resort, whether a firearms training course or any of world class training programs, and you too will understand why students travel fror country and return again and again for more of the "Front Sight Experience."



### Helping Those Who Help Others
A Philanthropic Project of Ignatius Piazza and Front Sight Resorts

HOME | MORE ABOUT US | IN THE NEWS | CONTACT US | SUBSCRIBE | MEMBERSHIPS | FREE LINKS | FRONT SIGHT NEVADA | FAMILY SAFE FOREVER | YOUTH ACHIEVEMENT | DEFENSIVE MARTIAL ARTS | FIREARMS TRAINING | CELEBRITY TRAINING | CORPORATE TEAM BUILDING | PROTECTION | ROPE, RAPPEL & CLIMB | EPROSHOP

# EXHIBIT C

Case 1:05-cv-01509-UNA    Document 24-2    Filed 10/20/2005    Page 12 of 29



Family Firearms Safety
Hunter Safety

CCW
CCW Renewal
Ladies Only CCW
FATS Machine Training
Practical Pistol
Intermediate Practical Pistol
Tactical Carbine I
Tactical Carbine II
Tactical Carbine III
Tactical Handgun I
Tactical Handgun II
Tactical Handgun III

Escape and Evasion
SHARP (Sexual Harrasment And Rape
Prevention)

Close Quarter Combat Instructor
Defensive Tactics
Dynamic Simulation Instructor

## TRAINING AT THE SGC

Training with the Scottsdale Gun Club's Tactical Division is one of the best decisions yc
bettering yourself. What other amentities could you ask for? We have a Tactical Shoot
hands on training, a Defensive Tactics Center for crystal clear instruction, and state of t
with video feed from the Tactical Shoothouse. Our expert instructors can train individua
departments and teams. The SGC's state of the art facilities are available for private us

## OUR CLASSROOMS

Our classrooms complete the training experience as a whole. You can only expect spac
and state-of-the-art classrooms from the SGC. The classrooms offer the latest in audio
including a live video feed from the Tactical Shoot House where you can analyze prope
SGC classrooms can comfortably accommodate 36 students while smaller groups also
rooms. Of course, all of the SGC's classes are taught by experienced certified professic

## DEFENSIVE TACTICS CENTER

The Defensive Tactics Center is a respected training room amongst civilians and profes
center provides first class training for a variety of needs. Locker rooms and showers are
Defensive Tactics Center and offer clean, private facilities for women and men to freshe
session.

Scottsdale Gun Club - The World's Largest Indoor Public Shooting Range!

Page 2 of 2

Spontanious Knife Defense



FAQ | Terms and Conditions | Privacy Policy | Site Re-use Policy

© Scottsdale Gun Club

# EXHIBIT D

Case 1:05-cv-01509-UNA    Document 24-2    Filed 10/20/2005    Page 15 of 29






Print this page
Email this page

**Will it work?**          **Is it necessary?**          **Can I duplicate it und**

Special Tactical Services, LLC - Machine Gun Division has developed over the last 5 years a n
approach to modern day machine gunnery. These courses are designed to increase the confid
and proficiency of Machine Gun Operators. The training is objective based and will allow the st
his/her skills in the application of various Medium & Heavy Machine Gun systems under extrem
adverse conditions. By providing safe in-depth and hands-on instruction, we will provide safe, r
prepare you for combat.

**Our Instructors**          **Our Curriculum**          **Our Training Pr**

© Copyright 2005 - Special Tactical Services- All rights reserved
5190 Cleveland St. Virginia Beach, VA 23462  |  Tel: (757) 554-0699  |  Fax: 208-693-9692
Page Last Modified: 3/12/2005

Disclaimer    |    Copyright Statement    |    Privacy Policy

# EXHIBIT E

**dmoz** open directory project

**about dmoz** | suggest URL | update listing | become an editor | report abuse/spam | help

Search | the entire directory

**Top: Recreation: Guns: Education** *(106)*                    **Description**

See also:

- **Recreation: Outdoors: Hunting: Education and Ethics** *(14)*

---

- AR - Concealed Handgun Licensing - One day class for Arkansas residents wishing to obtain a concealed handgun permit. State Police and N.R.A. certified. Arkadelphia, AR.
- Armed American - Firearm safety, training and membership organization. Information about new laws, products, training, safety and membership.
- Australia - Firearms Information Accreditation & Licensing Information - Firearms information, security licence accreditation, revolver and semi-auto reaccreditation, for New South Wales Category H licence, ACT Class H licence, Victoria handgun licence.
- AZ - Arizona Concealed Carry Weapon Permit - CCW renewal classes, Defensive handgun training and firearm safety.
- AZ - Collier's Ex-Caliber Inc. - We train responsible people in the fields of safety, security and personal protection including firearm use and the Arizona Concealed Carry Weapons (CCW) training courses.
- AZ - TacTrain Skill at Arms Development - Professional defensive training for law enforcement, military, civilians and personal protection personnel. Classes for pistol, carbine, rifle and shotgun. Phoenix, Arizona.
- CA - AllSafe Defense Systems - TJ Johnston - AllSafe offers basic and advanced training in unarmed self defense and tactical firearms training. Orange, California.
- CA - Bay Area Firearms Instruction - Courses in home firearm safety, basic pistol, shot gun, handgun safety certificate, and other introductory classes. San Francisco Bay Area, California.
- CA - Bay Area Professionals for Firearms Safety - Offers classes in firearms safety, basic pistol, and personal protection. Objective is to educate and train the public in the safe ownership, use, and storage of firearms. San Francisco Bay Area, California.
- CA - BullsEye Tactical Firearms Training - Firearms training in the Basic Handgun Safety, Personal Protection (CCW), Advanced Handgun, Basic Rifle Safety, Assault Rifleman, and Precision Marksman courses. Shasta County, California.
- CA - Chabot Gun Club - Offering a large selection of hunter education courses and special firearms training and safety programs. San Francisco Bay Area, California.
- CA - Dean Gamburd Firearms Consultant firearm training, instruction - Firearms consultant, training, instruction, safety class, training course, self defense. Los Angeles, California.
- CA - Firearms Training at The Top Gun Training Centre - Conducting specialized self defense firearms courses since 1983. San Bernardino County, California.
- CA - George Reppas, Sr. - Shotgun shooting instruction. Fees and schedules of classes and private lessons. Dublin, California.
- CA - Inland Empire Firearms Training - California hunter safety, basic pistol, personal protection, gun safety, shooting sports, home firearms safety, and NRA instructor's courses provided.

Case 1:05-cv-01309-UNA     Document 24-2     Filed 10/20/2005     Page 18 of 29

- CA - International Tactical Training Seminars, Inc - Firearms training, technical advisement, expert witness testimony in use of force cases, security, law enforcement training, executive protection. Los Angeles, California.
- CA - Self Defense Firearms Training - Greg Block - Basic intermediate and advanced handgun, situation tactics handgun, concealed carry courses, low-light shooting, shotgun and rifle defense courses. Huntington Beach, California.
- CA - Sierra Firearms Training - Offers two courses required by the El Dorado County Sheriffs Department prior to the issuance or renewal of a CCW permit. Placerville, California.
- Canada - Canadian Firearms Training - Information on Canadian firearm laws and licenses as well as services related to the Canadian firearms safety courses and exams.
- Canada - International Academy of Tactical Training Systems - Courses in personal defense and use of firearms e.g., pressure point control, knife defense, defensive pistol and shotgun, Canadian restricted firearms safety, and Saskatchewan law enforcement services security.
- Certified Firearm Training - Instruction on the safe use of semi-auto and revolvers. Classroom and live fire training at you schedule. Serving Delaware, Maryland, and Pennsylvania.
- Chrisbatha.com - Wing and Clay Shooting Instructor - Wing and clay shooting instructor provides schooling and instruction in seminars conducted all over the United States.
- CO - Colorado Gun Training - Training for concealed carry permits for Colorado, Florida, and permits covering a range of states. Custom firearms training available, as well as and links to other instructors.
- CO - Colorado Safearms Academy - CSA - Training by NRA Certified Instructors in the safe and efficient use of firearms for both recreational shooting and personal protection.
- CO - Defense Training International, Inc. - Defensive handgun, shotgun and rifle training. Fundamentals of defensive shooting for women and advanced defensive handgun courses also offered.(LaPorte, CO)
- CO - ESI Bodyguard Training Academy - Executive protection, and bodyguard training academy. Offers an Associate of Applied Science Degree in Criminal Justice or Certification with a major in Dignitary and Executive Protection, Personal Protection, Security Specialist or Protective Intelligence Operations. Rifle, Colorado
- Colorado Firearm Training - NRA Basic Pistol, hunter education, and basic, advanced, and women only Colorado concealed carry permit classes.
- CT - Defense Associates - Self-defense firearms training and lethal force management. Courses created by Chuck Taylor's ASAA and Massad Ayoob's Lethal Force Institute.
- Dan Mitchell's Wingshooting School - Instruction in instinctive shooting and competitive shooting. Learn how to increase your accuracy with a shotgun.
- D&L Training Academy - Texas Concealed Handgun Certification class. Guaranteed to pass or your money back. Located in Flower Mound TX and serving the DFW metroplex.
- Entity International - Information on ISSF style shooting psychology and mental shooting technique.
- Firearms Training Site - Launching point for finding the shooting schools and for detailed information on "how and when" to shoot.
- FL - Frank Garcia - The practical shooting school's training is designed for beginners, new shooters, intermediate, or advanced shooters wishing to increase their skill, confidence, knowledge and performance in handgun, shotgun or rifle shooting.
- FL - Rogers Shooting School - Instruction with handguns, sub-guns, shotguns, and rifles.
- Front Sight Firearms Training Course Certificates - If you plan on attending Front Sight Firearms Training Institute. Save money and purchase Front Sight Course Certificates from FSCerts.com
- Gun Lock Safety Program - Informative materials for program administrators interested in gun lock safety programs. Information may be copied and used to promote gun lock safety programs in your area.
- Gun Safety - Gun safety, gun safety in the home, children and guns.

- Handgun Certification Permit Training Course in WV - Class information for Certification for carrying concealed handgun in WV. Training provided for individuals or groups.
- Heritage Shooting, Inc. - Heritage Shooting, Inc. is non-profit (501(C)3) corporation organized to promote interest, education, and safety in all shooting sports. Safety, Responsibility, and Truth of Our Inherent Right to Keep and Bear Arms.
- IL- NITac - Northern Illinois Tactical Shooting Club - We are NITac, a private shooting organization, whose goal is to make better shooters of all of our members. We specialize in " tactical/combat " - scenerios involving steel / reactive targets, silhouette targets as well as no-light or low-light shooting.
- IL-The Site Firearms Training Center - Our purpose is to train law enforcement, military and qualified civilians in the proper fundamentals of operating a firearm during a life threatening situation. The facility is located 90 Min. NW of Chicago, IL.
- Israel - CONDOR - The Security & Combat Academy (Israel defense training) is licensed by the Israeli Ministry of Defense to engage in the training and consulting of the security field, including Antiterrorism, V.I.P. Protection, Security Management, Combat Personnel and Professional Training and Equipment.
- LOKITUP - Safe storage campaign, a public awareness program about the importance of the safe storage of firearms.
- MI - Personal Protection & Concealed Carry Courses - Beginning & Advanced shooters Personal Protection, Basic Pistol & Home Firearm Safety courses. NRA Certified Instructors. Courses meet all stipulations set forth by Michigan C.C.W. licensing law.
- MI - Eagle Personal Protection - Professional firearms and personal protection training and related products. Mio, Michigan
- MI - Firearm Safety and Training Courses in Michigan - NRA Certified Firearm Instructors in Michigan. Includes CCW training courses, firearm links, and public community bulletin boards.
- MI - Handgun Training - Handgun training. CCW certification. Mount Clemens, Michigan.
- MI - MCRGO - Michigan Coalition for Responsible Gun Owners - CCW - This site promotes responsible legal ownership and usage of firearms in Michigan. They include many links to training organizations and general firearm related material.
- MI - Stephen E. Ellis, Firearms Safety Instructor - Firearms Safety Instruction and Information. Basic Pistol, Personal Protection, Home Firearm Safety, and Basic Shotgun courses provided. (St. Paul, MN, US)
- MI - Tactical Shooting Technology - Barnhart Competition Classes - Competition classes now forming. Oxford, Michigan.
- MN - Custom Defense Solutions - Specializing in concealed carry and pistol lessons. Beginner through advanced lessons as well as custom designed training solutions. Rosemount, Minnesota.
- MN - Final Option - Advanced firearms training instruction and specialized tactical training for law enforcement agencies, military, counter-terrorism personnel and qualified civilians.
- MN - Plane Cents Self-Defense - Minnesota Permit to Carry training courses taught by AACFI certified instructors. Emphasis on the legal aspects associated with carrying a hand gun.
- MO - Chapman Academy of Practical Shooting - Providing advanced tactical and defensive pistol training to civilians, law enforcement and military, in three day weekend and five day classes. Hallsville, MO.
- National Rifle Association - MyNRA - Everything firearm related. The site includes information on Second Amendment rights, NRA Training and Education, Politics and Legislation pertaining to gun rights.
- NC - North Carolina Gun Trainers - State and NRA certified firearms training, specializing in concealed carry weapons permits and private protective services armed guard permits. Private or group classes available.
- NC - Trigger Time Firearms Training - Provides firearms training to federal agencies, the defense department, state and local police, and the security industry. Carthage, North Carolina, serving

Moore County.

- NH - SIGARMS Academy - Courses in Personal Protection, Gun Safety, as well as expert law enforcement training. Epping, New Hampshire.
- NJ - New Jersey Firearms Academy - Courses in the promotion of firearm safety and marksmanship education.
- NRA Headquarters: Safety, Education & Public Service - Site section for educating the young about guns not being toys. The purpose of the Eddie Eagle Program promotes the protection and safety of children.
- NRA/HQ - Safety, Education & Public Service - At the NRA, we're dedicated to the lawful, effective, responsible and above all safe use of firearms.
- NV - Progressive F.O.R.C.E. Concepts - Provides modern firearms and self-defense training for personal combat by integrating tactical pistol instruction, edged weapons and unarmed combat tactics. Las Vegas.
- NV - UT - CCW Forums - Have a question about carrying a concealed firearm? Ask Here. We have Instructors from all over the country and the world that can offer advice.
- NV - UT - GMJ Enterprises - NRA Firearms Training and Concealed Carry Classes for Nevada and Utah.
- NY - CCW - Pistol Licensing Service - A personalized, professional service for those seeking a pistol license for home/business protection, concealed carry, target shooting/hunting or armed guard employment.
- NY - Sportsmen's Association for Firearms Education - New York organization concerned with the rights of firearms owners. Reviews proposed legislation from federal to local levals that affect same.
- NY - The James Dinan School - Specializing in advanced pistol marksmanship, safety and New York penal law. Certified to teach all NRA courses, including instructor and training counselor workshops. East Islip, New York.
- OH - Brenzovich Firearms and Training Center - Home firearm safety; Advanced and basic handgun, shotgun and rifle; personal protection and pepper spray training. Other related activities are also conducted.
- OH - Targetting Firearms Training - Certified firearms training classes. Beginner, intermediate, advanced, carry concealed, personal protection, and state mandated. Wayland, Ohio.
- OK - Paul Abel's Shoot-N-Iron, Inc. - Practical Shooting and Training Academy is located 4 miles west of Shawnee, Oklahoma in the Bethel Acres community--35 miles east of Oklahoma City and close to Interstate 40.
- OK - Shoot-N-Iron Practical Shooting and Training Academy - Defensive and competitive handgun, rifle, and shotgun training classes. Personal self-defense weapons instruction. Small arms civilian, law enforcement, and military self defense, tactical, and marksmanship training.
- Olympic champion Lanny Bassham's site on Mental Training for Sport - A system of mental training used to improve sports competition.
- PA - Lethal Weapons Training Academy - Firearms training for the novice, experienced shooter or professional law enforcement officer.
- Personal Defense Training - GA - Basic to advanced training in shooting, unarmed self-defense and edged weapons to individuals, corporations and law enforcement/military personnel.
- Project ChildSafe - Distributes free safety kits and free gun locking devices.
- Project HomeSafe - Putting a Lock on Safety - Project HomeSafe is a nationwide program, sponsored by the National Shooting Sports Foundation (NSSF), whose purpose is to promote safe firearms handling and storage practices among all firearms owners through safety education messages and the distribution of free gun locking devices.
- Real Guns - Providing information about gun licensing, safety, control and other related items.
- SC - Concealed Weapons Permit Training - Training for basic firearms and personal protection by NRA and S.L.E.D. Cerified Instructor. Hartsville, South Carolina.

- TN - Cumberland Tactics - "You won't rise to the occasion - you'll default to your level of training." Handgun, shotgun, rifle and law enforcement classes. Mobile training facility.
- TN - Firearm Fundamentals with George Kontis - Firearm operating principles are explained in an easy-to-understand format. Subjects include: interior & exterior ballistics, recoil, barrel wear, headspace, and muzzle devices.
- TN - Personal Responsibility, Inc. - Nashville - PRI is a private facility in Nashville, Tennessee, that trains people who wish to improve their firearms skills or to obtain a license.
- TN - Rangemaster - Full-service shooting range in Memphis, TN. Full educational program, from basic pistol instruction for the State handgun carry permit to advanced tactical classes.
- TN - Tactical Response Defense Training - Pistol, shotgun, carbine, precision rifle, baton, knife, empty hand; classes in all areas of personal defense. Big Sandy, Tennessee.
- Turnipseed Technique Firearms Instruction - Bio-mechanically correct shooting method. Reduces felt recoil tremendously allowing accurate rapid-fire. Body indexing for aimed but unsighted accuracy. Ideal for realistic close-quarters defense. Los Angeles, CA and Phoenix AZ.
- TX - Cleverdon Shooting Clinic - Instruction for: Bird Hunters Of All Levels, Trap, Skeet, Sporting Clays, Rifle & Pistol, Men, Women, Children (12yr +). (Houston, TX)
- TX - Collin County Gun Range - A full-service public shooting & training facility serving the North Dallas Fort Worth Metroplex area.
- TX - Concealed Handgun License - Texas - Concealed handgun license training by certified instructors. The Texas CHL course includes use of force, non-violent dispute resolution, and basic marksmanship in Austin, Texas.
- TX - Houston's finest indoor a/c shooting range - Top Gun of Texas is the finest indoor shooting range in Texas. They offer the Texas concealed handgun license and renewal courses. They teach private lessons,defensive handgun ,shotgun, and rifle training.
- TX - Jim Pruett's Guns and Ammo Texas CHL Classes in Houston Texas - Provides Texas CHL concealed handgun clases training and instruction. Class instuction includes firearms training, certification, non-violent dispute resolution, firearms safety, and laws regarding the use of deadly force.
- TX - KR Training Inc. - Gun training courses for competition and self-defense. Course descriptions and schedule. IPSC FAQ, reference articles, match and course photos, instructor bios.
- TX - North Texas Shooting Academy - Learn to shoot your pistol for self-defense, concealed-carry, law enforcement, or competition using the most advanced techniques available. NTSA is located in McKinney, Texas, north of Dallas.
- TX - Pistol Prowess Handgun Personalized Instruction - Providing handgun instruction with an emphasis on safety, education, and fun. Group and individual classes are available from an NRA certified instructor. Houston, Texas.
- TX - Thunder Ranch - Thunder Ranch, a 2400-acre world-class firearms training facility, has redefined the meaning of firearms training in the United States and possibly the world. Many courses. (Mountain Home)
- UK - Albert Cochrane Shooting School - Professional shooting tuition around the UK by a founder member of the Guild of Shooting Instructors and Fellow of the APSI.
- UK - Ladyswood Shooting School - Lady's Wood welcomes all, the young entry whose parents wish him or her to be taught to become a safe, competent and well-mannered shot, and adults seeking some advice for improving their shooting.
- US - NRA Education & Training Division - Whether you are a new gun owner or shooter or hunter in search of training, NRA's Education & Training Division is here to help you.
- UT - Zion's Defense Institute - Firearm training for personal and home defense. Handgun tactics. Lehi, Utah.
- VA - Blackwater USA - Self-defense, survival, and firearms training for citizens and law enforcement.
- VA - Gun Training in Alexandria, Virginia - Small arms, pistol, rifle, shotgun classes satisfy

Case 1:05-cv-01509-UNA    Document 24-2    Filed 10/20/2005    Page 22 of 29

education requirements for a Concealed Carry Permit (CCW). Reloading evening sessions and weekend sessions available and individual consultations by appointment. Alexandria, Virginia.

- VA - Gunner's Place, Inc. - Classes for both personal and professional defense and security. Virginia Beach.
- VA - Preceptive Instinct - Offers basic instruction plus courses in safety and markmanship. Includes calendar and photos.
- VA - Tactical Shooting Academy - Improve your scores and street survivability.
- VA - The BB Shooting Gallery - Private one on one lessons or family and small group classes in Home Firearms Safety, Basic Pistol Marksmanship, Rifle First Steps. Dale City, Virginia.
- WA - Firearms Academy of Seattle, Inc. - Self-defense firearms training and lethal force management. Also offers special seminars with experts like Massad Ayoob, Chuck Taylor, and Ken Hackathorn.
- Western Missouri Shooters Alliance - WMSA is a not-for-profit corporation created to inform concerned Missouri citizens about legislation that affects their rights. WMSA conducts NRA certified Basic Pistol Safety and Personal Protection Courses
- WV - Storm Mountain Training Center - Courses vary from the entry-level Defensive Handgun courses to advanced sniping and CQB. Courses include: edged weapons, non-lethal combatives, basic/advanced/tactical carbine, sub-machine gun, shotgun, rifle, sniper, SWAT tactics, and others.

---

- **"Education"** search on: AltaVista - A9 - AOL - Clusty - Gigablast - Google - Lycos - MSN - Teoma -  WiseNut - Yahoo

---

Volunteer to edit this category.

Become an Editor  Help build the largest human-edited directory of the web

Terms of Use

Copyright © 1998-2005 Netscape

**Visit our sister sites** mozilla.org | ChefMoz | MusicMoz | Open-Site | Wikipedia

Last update: 2:07 PT, Monday, July 11, 2005 - edit

# EXHIBIT F



### Holding Service Units

## Moved From So. Boston to Harbor Island; Two Sides of the Row

#### By FRANCES BURNS

Italian Service Units (prisoners of war) in special status who have been housed at Commonwealth Pier, So. Boston, were moved Friday to Peddocks Island, Boston Harbor. They will sleep and have recreation at the fort and be taken daily by ferry to the Boston Port of Embarkation to work.

No change in the status of the units is contemplated, Maj Gen Sherman Miles, commanding General of the 1st Service Command, announced yesterday. For four months the Italians have been employed as laborers under the authority of the Port of Embarkation, of which Brig Gen Calvin DeWitt Jr. is now commanding officer. The arrangements were made by the War Department after the armistice with Italy and the 1st Service Command was charged with the care of the units when they were sent to this area. The men were moved, it was explained, because of the proximity of the camp to Camp Peich, which has been more crowded than usual this Summer.

**Men Are Bound**

Continuation of their present status so long as they remain in Boston means that:

1. They will be housed, fed, clothed and hospitalized as are American soldiers, according to the agreement of the Geneva Convention for all prisoners of war in this country.

2. As volunteers on work directly connected with the prosecution of the war they will not be kept in a stockade; one-third of the 80 cents a day which they are paid for nine hours' work will be given them at the end of the month as cash, instead of the canteen checks in which prisoners of war normally receive their pay, they will be given some liberty on their days off in the way of passes out of the camp.

See PRISONERS          Page 14

## Priso...

Continued from First Page

These parties must be used by troop of not less than 70 or more than 25, always accompanied by an American Army sergeant.

Some veterans' organizations in Boston last week demanded that the Italian units be returned to a strict status as prisoners of war. John L. Delay, state commander of the American Legion, told the Globe Friday the question would be taken up at the state meeting of the Legion in August and "the Army has been asked to treat these men as prisoners of war and not as guests of the country."

"If these men don't want to work here without special privileges they should be returned to the stockade like any other prisoners of war," Delay said. "We can get American soldiers to do the work. Negro soldiers are doing a lot of it already. Ask anybody back from Italy and they'll tell you that the Italian soldiers were very arrogant in Salerno and Naples to our men. We aren't going to tell the Army what to do, but we want them to stop pampering these prisoners."

John B. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding no action pending an investigation by the Army. Mrs. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding no action pending an investigation by the Army. Mrs. Marian F. Grout of Taunton, department president of the Women's Auxiliary of the V. F. W., told reporters her organization would spend no more money for entertainment in hospitals where any Italian prisoners of war were patients following a closed meeting at Tremont Temple Thursday evening.

## Considered Great Help to U. S.

"These service units of Italian prisoners of war are being used in all major ports of embarkation in the country," a War Department spokesman told the Globe yesterday for the former Italian belligerents. "Their work performance is uniformly excellent. They are helping to speed the flow of material to our men overseas. Their loss to any port would be critically felt. The demand for them is greater than the supply. Should the units now working in Boston be transferred away from them it would hurt the Port of Boston and hurt our war effort."

After the armistice with Italy the Allied nations began raising labor groups of Italian prisoners of war in Africa with such success that it was suggested an effort be made in this country to use them to relieve the labor shortage. It was an Army spokesman said to the Globe, "left up to the Italians. They were told

they would not be asked to bear arms, but if they wanted to help during the war effort they would be kept in stockades, they would be accorded certain privileges, even to Certain amounts of pay and would try to give them some liberty as they worked as American soldiers, and not as a right but as a privilege."

"Actually," the officer said, "the percentage of Italians who have given this privilege is so small that under all favorable circumstances no man can hope for a pass from camp more than once in three months. None can go more than 25 miles from the place where he is quartered and if there are actual troop movements on no passes at all are given."

## Screened for Fascist Tendencies

Before the prisoners of war are assigned to these service units they are screened for Fascist tendencies. They sign an agreement to take orders from American officers and to put themselves under American discipline.

"The Geneva Convention is the Bible for all prisoners of war," it was explained. "The Convention provides that prisoners must be fed, clothed and housed as are the armies of the captor nation, and they must be protected from abuse and ridicule, and not asked to bear arms. Frankly, we have been standing over backward in our observance of the Convention in the hope the same thing will happen to our men who are prisoners of these nations. The food that is given the Italian service units is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform, distinguished only by the emblem "Italy" in white on green on the left shoulder."

"The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men not now at Fort Devens give their own time to study English. They may be visited by close blood relatives in camp one hour a week in their free time.

## "Coddling" Story Retold

[remainder of column illegible]



Marine Signal Corps Radio Photo

**FIRST ACTION PHOTO** of battle for Guam shows Marines after clearing tank trap looking over the road to repossession of this Mariana island, former United States territory.

# EXHIBIT G

# Former Italian Prisoners Enjoy Boston Hospitality

By A. M. GLOBE STAFF

Given their first breath of freedom since they were taken in North Africa more than a year ago, 300 former Italian prisoners are now enjoying...

See PRISONERS, Page 6



FORMER ITALIAN WAR PRISONERS sing at Hatch Shell. L Armando Zanecchia of military police is leading group. Rev. Daniel Si blavente of St. Leonard's Church is seated in center.

## Prisoners
Continued from the First Page

...may take an oath of allegiance to the United States Government ...service units which are ...labor projects under the direction of the Army.

### At St. Leonard's
...Leonard's Church in the North End, yesterday morning ...faces were out standing among the mass of regular Sabbath-day church-goers...

a curate at St. Leonard's, entreated these former prisoners of war to "thank God for being spared from death, and for coming to this country," the greatest democracy in the world, as guests. Fr. Zanini was himself a prisoner of the Germans for 18 months during World War I.

### Sing at Hatch Shell
Following the church services, the men were conveyed by motor caravan down Prince st, in the North End...at the Hatch Memorial Shell on the Charles River Esplanade...

...tioned as to the subject of their prayers, they revealed that they were offering thanksgiving for the recovery of...and entreaty for a swift conclusion of the war so that they might return home.

### Ban Tax of Rome
They played games among themselves and although the Fathers had provided baseball equipment, most of them showed preference for their native games such as "bocce," an Italian version of "bowling on the green."