IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, *et al.*,<br><br>  Petitioners/Plaintiffs,<br>v.<br>GEORGE W. BUSH, *et al.*,<br><br>  Respondents/Defendants. | Civil Action No. 05-CV-01509 (RMU) |

STIPULATION AND [PROPOSED] ORDER RE
FILING OF AMENDED PETITION FOR WRITS OF HABEAS CORPUS

WHEREAS Petitioners filed a Petition for Writs of Habeas Corpus on July 29, 2005;

WHEREAS Petitioners asserted in the Petition that they each acted on their own behalf and through their Next Friend, Jamal Kiyemba;

WHEREAS the parties have agreed that Petitioner Saddiq Ahmad Turkistani (referenced in the July 29, 2005 Petition as "Saddiq Doe") shall proceed on his own behalf, and not through Mr. Kiyemba as his next friend;

IT IS THEREFORE STIPULATED BY THE PARTIES that Petitioners shall file and serve the Amended Petition for Writs of Habeas Corpus (attached as Exhibit A hereto). The Amended Petition for Writs of Habeas Corpus shall be deemed filed and served by mail as of the date on which the Court issues this Order.

**IT IS SO STIPULATED.**

Dated: October 20, 2005

Attorneys for Petitioners

*/s/ Susan Baker Manning*
Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

DCDOCS/637023.1

Dated: October 20, 2005

Attorneys Respondents

_____
Terry M. Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7144
Washington, DC 20530
Telephone:  (202) 514-4107
Facsimile:   (202) 616-8470

**IT IS SO ORDERED.**

Dated: _____

_____
Ricardo M. Urbina
United States District Court Judge