IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05-CV-01509-RMU |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, Petitioners/Plaintiffs have filed the following documents in support of its "Petitioner Saddiq Doe, a/k/a Saddiq Ahmad Turkestani's Motion for Immediate Production of the Body and Grant of Writ, Or, In the Alternative, Grant Interim Release" (submitted to the Court's designed Court Security Officer on October 14, 2005):

- October 20, 2005 Declaration of Sabin Willett in Support of Motion for Immediate Relief; including Exhibit 1, copy of August 10, 2005 Declaration of Sabin Willett (originally filed in *Qassim*, *et al*. v. *Bush, et al*., No. 05-0497), and Exhibit 2, copy of September 19, 2005 Declaration of Sabin Willett (originally filed in *Qassim*, *et al*. v. *Bush, et al*., No. 05-0497).

Dated: October 25, 2005

/s/
Sabin Willett
Neil McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

- 2 -

        Barbara Olshansky
        Deputy Director
        CENTER FOR CONSTITUTIONAL
        RIGHTS
        666 Broadway, 7th Floor
        New York, NY 10012
        Telephone: (212) 614-6439

DCDOCS/638138.1