**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ABU BAKKER QASSIM and A'DEL ABDUL HAKIM,

Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, et al.,

Respondents/Defendants.

Case No. 05-0497 (JR)

**AUGUST 10, 2005 DECLARATION OF SABIN WILLETT**

Pursuant to 28 U.S.C. § 1746, I, Sabin Willett declare under penalty of perjury that the following is true:

1. Attached hereto as Exhibit A is material that I printed out from the website for an organization known as BBSG Consulting, Inc. This material is available at www.bbshootinggallery.com.

2. Attached as Exhibit B is material that I printed out from the website for an organization known as "Frontsight." This material is available at www.frontsight.com.

3. Attached as Exhibit C is material that I printed out from the website of the Scottsdale Gun Club. This material is available at www.scottsdalegunclub.com.

4. Attached as Exhibit D is material that I printed out from the website of an organization known as Special Tactical Services, LLC. This material is available at www.machineguntraining.com.

5. Attached hereto as Exhibit E is material that I printed out from the website of an organization known as "DMOZ Open Directory Project." This material is available at http://dmoz.org/recreation/guns/education.

6. Attached hereto as Exhibit F is a photocopy that I obtained of an article published in The Boston Globe on July 30, 1944.

7. Attached hereto as Exhibit G is a photocopy that I obtained of an article published in The Boston Globe on June 5, 1944.

I declare under penalty of perjury that the foregoing is true.

Sabin Willett

# EXHIBIT A

BBSG Consulting, Inc.
Manassas, VA

**FIREARMS TRAINING**

- Register On-Line
- Upcoming Classes
- Gun Show Classes
- Specialty Classes
- Instructor Classes
- Training Plans & Private Lessons
- Why Choose BBSG?
- Concealed Carry Information
- Price Comparisons

**COMPUTER SERVICES**

- Technical Support Services
- Website Hosting

# Machine Gun Classes

The BBSG Training Team in conjunction with International Police Supply now offers Machine Gun Classes taught by NRA Certified Instructors that cover a variety of Automatic Firearms including the MP5, M-16, AK-47, and a number of WWII firearms; the full list is to long to be displayed here.

Click HERE to register for a class!

Click HERE to see pictures from the last class!

**Next class:** HK-MP5 - August 6, 2005, 9 AM - 5 PM - Woodbridge, VA -$380 per student

---

**This introductory class to a specific machine gun will cover the following topics:**

*History of the US Machine Gun Laws*

*How to legally purchase a machine Gun*

*Specific machine gun history and development*

*Basic orientation to various models & options*

**Team BBSG!**

Private Lessons plus One-On-One, family, and small group classes in your home are also available, please send us an email for more information.

inquiries@bbsgconsulting.com

703-655-5863

*Machine gun loading, unloading, sighting*

*Machien gun field stripping & cleaning*

*Range Operations & Firearms Safety*

*Shooting Fundamentals, including Positions*

Additionally, all students will fire 150 rounds through the machine gun in full automatic at a local range under the supervision of NRA certified firearms instructors.

Course price is $395.00 and includes all course materials, ammunition, and range fees. All firearms will be provided by International Police Supply.

This training fulfills state requirements for basic firearms training required for applications to obtain a Concealed Pistol Permit in VA. All graduates will receive a training certificate upon successful completion of the course.

---

Click HERE to register for a class!

This is not a NRA approved class.

BBSG Consulting, Inc.

Page 3 of 3

http://www.bbsgtrainingteam.com/mg.htm

7/28/2005

Page 1 of 1

http://www.bbsgconsulting.com/range1.jpg 7/28/2005



# EXHIBIT B

HOME | MORE ABOUT US | IN THE NEWS | CONTACT US | SUBSCRIBE | MEMBERSHIPS | FREE STUFF | MAP

CLICK ON THE ICONS BELOW FOR INFORMATION ON FRONT SIGHT RESORT'S VARIETY

FRONT SIGHT ALASKA

FRONT SIGHT NEVADA

FAMILY SAFE FOREVER

YOUTH ACHIEVEMENT

DEFENSIVE DRIVING

MARTIAL ARTS

FIREARMS TRAINING

CELEBRITY TRAINING

CORPORATE TEAM BUILDING

EXECUTIVE PROTECTION

ROPE RAP & CLIM

## Testimonials

Read samples from the thousands of testimonials we receive every month from:

- Professional
- Executives
- Law Enforcement
- Military
- Women
- Teens
- Misc

[ Submit Your Own ]

## Announcements

- Front Sight 2005 Mid-Year Report
- 2004 Year End / 2005 New Year Report
- Got a story to tell? Click here to share your testimonial...

[ More ]

## Special Offers

- FREE Telly-Award-Winning DVD - Front Sight Story: Chapter 1, Your Legacy
- Are You a Celebrity?
- Use a Buddy System and save!

[ More ]

## Subscribe

# *The World's Premier Resort for Self D and Personal Safety Training*

### Spend a Weekend at Front Sight Resort and Leave with the Sl Safely Protect Yourself and Your Family.

**Welcome to Front Sight Resort**, the world's premier and largest resort dedicated providing you and your family with specialized courses in self-defense training and pe with firearms or without. Whether you are looking for gun training using handgun, sh sub machine gun or you live and operate in environments where Glocks, AR-15's, anc no longer protected by the Second Amendment— resulting in your need for knife and training—tens of thousands of students every year can attest, that after just one wee Sight Resort you will gain the skills and confidence to safely protect yourself and othe a firearm course at Front Sight, you will have gun skills that surpass 98% of the peop gun for a living! That is no exaggeration and you will have a fun, adventure travel ex process!

### Front Sight firearms training is the highest standard in the in

surpassing the gun training levels found through the NRA, law enforcement and military communities. Our ratio of one firearm instructor for every four to five students on the firing line ensures you will receive highly personalized instruction with the world's top gun instructors using positive reinforcement, with friendly constructive correction to build your skill, knowledge and confidence. One thing you will never find at Front Sight Resort is any macho, boot camp mentality or Drill Sergeant attitudes. Our courses are designed to give you the skills you need that will really make a difference in your ability to protec feel more safe and secure in your life. Located on 550 acres of breathtaking Nevada ( minutes outside of Las Vegas, Front Sight Resort provides the most comprehensive a defense and personal safety courses ever offered in one setting.

### Why a Resort Dedicated Exclusively to Providing You and You with Specialized Training in Self Defense and Personal Safety

Because FBI and Justice Department studies show that crime has increased over 500 violent crime occurs every 22 seconds in this country. A rape every 5.8 minutes. A m minutes. Sex offenders are out of control and growing in numbers. Half of all Americ robbed or burglarized in their lifetimes. For the first time in our nation's history, one i adults is either in prison, jail, on parole, or probation. It is not a question of IF you ar will come in contact with a violent criminal, but rather WHEN. Shouldn't you and your trained in advance?

### Are Your Skills Good Enough to Keep You and Your Family Sa Protects Your Family When You are Away?

The good news is that 98% of all crime is premeditated. If you know what to look for and how to defend yourself against it, you and your family will not become the next c More than ever before, you and your family need to learn the skills to safely protect y others. Front Sight resort is dedicated to ensure that you, your spouse, and your teer healthy, safe and secure life.

To help you achieve this, Front Sight Resort has created the world's greatest facility a with the world's finest training in self defense and personal safety. A vast array of co specifically to satisfy the needs of the private citizen and law enforcement alike await the icons above to find out about the fabulous weekend courses best suited for you, y your teens.

Subscribe today and receive a report from Front Sight's founder and Director, Dr. Ignatius Piazza, entitled "Front Sight's Purpose and the Five Levels of Competence." Find out what level of competence you currently possess and how Front Sight will elevate and enlighten you to the highest levels possible.

me@here.coi SUBMIT

Enter your email address in the box above and hit the SUBMIT button. You will shortly receive confirmation and the free report from Dr. Piazza.

Ignatius Piazza, Front Sight Resort's Founder and Director, created Front Sight with mind: To be the absolute best defensive training facility for personal safety. Gun Tr Arts, Edged Weapons, Contact Weapons, Mental Awareness, Defensive Driving, Exe Protection, Celebrity Training, Corporate Team Building, Children and Youth Safety more than satisfy the expectations of every student, regardless of the student's pri Take one course at Front Sight Resort, whether a firearms training course or any of world class training programs, and you too will understand why students travel fror country and return again and again for more of the "Front Sight Experience."

**Helping Those Who Help Others**

A Philanthropic Project of Ignatius Piazza and Front Sight Resorts

## Link to Our Website

Link to our website with your choice of banners and receive Dr. Piazza's phenomenal lecture on "The Color Code of Mental Awareness". See our partner sites.

HOME | MORE ABOUT US | IN THE NEWS | CONTACT US | SUBSCRIBE | MEMBERSHIPS | FREE LINKS | FRONT SIGHT NEVADA | FAMILY SAFE FOREVER | YOUTH ACHIEVEMENT | DEFENSIVE MARTIAL ARTS | FIREARMS TRAINING | CELEBRITY TRAINING | CORPORATE TEAM BUILDING | PROTECTION | ROPE, RAPPEL & CLIMB | EPROSHOP

## Members Only

First Family Members can access exclusive content by logging in here:

UserName:

Password:

Submit

- Register
- Lost My Password
- Learn More about our Memberships

# EXHIBIT C

Family Firearms Safety
Hunter Safety

CCW
CCW Renewal
Ladies Only CCW
FATS Machine Training
Practical Pistol
Intermediate Practical Pistol
Tactical Carbine I
Tactical Carbine II
Tactical Carbine III
Tactical Handgun I
Tactical Handgun II
Tactical Handgun III

Escape and Evasion
SHARP (Sexual Harrasment And Rape Prevention)

Close Quarter Combat Instructor
Defensive Tactics
Dynamic Simulation Instructor

## TRAINING AT THE SGC

Training with the Scottsdale Gun Club's Tactical Division is one of the best decisions yo bettering yourself. What other amentities could you ask for? We have a Tactical Shoot hands on training, a Defensive Tactics Center for crystal clear instruction. and state of t with video feed from the Tactical Shoothouse. Our expert instructors can train individua departments and teams. The SGC's state of the art facilities are available for private us

## OUR CLASSROOMS

Our classrooms complete the training experience as a whole. You can only expect spa and state-of-the-art classrooms from the SGC. The classrooms offer the latest in audio including a live video feed from the Tactical Shoot House where you can analyze prope SGC classrooms can comfortably accommodate 36 students while smaller groups also rooms. Of course, all of the SGC's classes are taught by experienced certified professi

## DEFENSIVE TACTICS CENTER

The Defensive Tactics Center is a respected training room amongst civilians and profes center provides first class training for a variety of needs. Locker rooms and showers are Defensive Tactics Center and offer clean, private facilities for women and men to freshe session.

Spontanious Knife Defense

FAQ | Terms and Conditions | Privacy Policy | Site Re-use Policy

© Scottsdale Gun Club

# EXHIBIT D






Print this page
Email this page

**Will it work?** **Is it necessary?** **Can I duplicate it und**

Special Tactical Services, LLC - Machine Gun Division has developed over the last 5 years a n approach to modern day machine gunnery. These courses are designed to increase the confide and proficiency of Machine Gun Operators. The training is objective based and will allow the st his/her skills in the application of various Medium & Heavy Machine Gun systems under extrem adverse conditions. By providing safe in-depth and hands-on instruction, we will provide safe, r prepare you for combat.

Our Instructors Our Curriculum Our Training Pr

© Copyright 2005 - Special Tactical Services- All rights reserved
5190 Cleveland St. Virginia Beach, VA 23462 | Tel: (757) 554-0699 | Fax: 208-693-9692
Page Last Modified: 3/12/2005

Disclaimer | Copyright Statement | Privacy Policy

# EXHIBIT E

dmoz open directory project

about dmoz | suggest URL | update listing | become an editor | report abuse/spam | help

Search | the entire directory

**Top: Recreation: Guns: Education** *(106)* **Description**

---

See also:

- **Recreation: Outdoors: Hunting: Education and Ethics** *(14)*

---

- AR - Concealed Handgun Licensing - One day class for Arkansas residents wishing to obtain a concealed handgun permit. State Police and N.R.A. certified. Arkadelphia, AR.
- Armed American - Firearm safety, training and membership organization. Information about new laws, products, training, safety and membership.
- Australia - Firearms Information Accreditation & Licensing Information - Firearms information, security licence accreditation, revolver and semi-auto reaccreditation, for New South Wales Category H licence, ACT Class H licence, Victoria handgun licence.
- AZ - Arizona Concealed Carry Weapon Permit - CCW renewal classes, Defensive handgun training and firearm safety.
- AZ - Collier's Ex-Caliber Inc. - We train responsible people in the fields of safety, security and personal protection including firearm use and the Arizona Concealed Carry Weapons (CCW) training courses.
- AZ - TacTrain Skill at Arms Development - Professional defensive training for law enforcement, military, civilians and personal protection personnel. Classes for pistol, carbine, rifle and shotgun. Phoenix, Arizona.
- CA - AllSafe Defense Systems - TJ Johnston - AllSafe offers basic and advanced training in unarmed self defense and tactical firearms training. Orange, California.
- CA - Bay Area Firearms Instruction - Courses in home firearm safety, basic pistol, shot gun, handgun safety certificate, and other introductory classes. San Francisco Bay Area, California.
- CA - Bay Area Professionals for Firearms Safety - Offers classes in firearms safety, basic pistol, and personal protection. Objective is to educate and train the public in the safe ownership, use, and storage of firearms. San Francisco Bay Area, California.
- CA - BullsEye Tactical Firearms Training - Firearms training in the Basic Handgun Safety, Personal Protection (CCW), Advanced Handgun, Basic Rifle Safety, Assault Rifleman, and Precision Marksman courses. Shasta County, California.
- CA - Chabot Gun Club - Offering a large selection of hunter education courses and special firearms training and safety programs. San Francisco Bay Area, California.
- CA - Dean Gamburd Firearms Consultant firearm training, instruction - Firearms consultant, training, instruction, safety class, training course, self defense. Los Angeles, California.
- CA - Firearms Training at The Top Gun Training Centre - Conducting specialized self defense firearms courses since 1983. San Bernardino County, California.
- CA - George Reppas, Sr. - Shotgun shooting instruction. Fees and schedules of classes and private lessons. Dublin, California.
- CA - Inland Empire Firearms Training - California hunter safety, basic pistol, personal protection, gun safety, shooting sports, home firearms safety, and NRA instructor's courses provided.

- CA - International Tactical Training Seminars, Inc - Firearms training, technical advisement, expert witness testimony in use of force cases, security, law enforcement training, executive protection. Los Angeles, California.
- CA - Self Defense Firearms Training - Greg Block - Basic intermediate and advanced handgun, situation tactics handgun, concealed carry courses, low-light shooting, shotgun and rifle defense courses. Huntington Beach, California.
- CA - Sierra Firearms Training - Offers two courses required by the El Dorado County Sheriffs Department prior to the issuance or renewal of a CCW permit. Placerville, California.
- Canada - Canadian Firearms Training - Information on Canadian firearm laws and licenses as well as services related to the Canadian firearms safety courses and exams.
- Canada - International Academy of Tactical Training Systems - Courses in personal defense and use of firearms e.g., pressure point control, knife defense, defensive pistol and shotgun, Canadian restricted firearms safety, and Saskatchewan law enforcement services security.
- Certified Firearm Training - Instruction on the safe use of semi-auto and revolvers. Classroom and live fire training at you schedule. Serving Delaware, Maryland, and Pennsylvania.
- Chrisbatha.com - Wing and Clay Shooting Instructor - Wing and clay shooting instructor provides schooling and instruction in seminars conducted all over the United States.
- CO - Colorado Gun Training - Training for concealed carry permits for Colorado, Florida, and permits covering a range of states. Custom firearms training available, as well as and links to other instructors.
- CO - Colorado Safearms Academy - CSA - Training by NRA Certified Instructors in the safe and efficient use of firearms for both recreational shooting and personal protection.
- CO - Defense Training International, Inc. - Defensive handgun, shotgun and rifle training. Fundamentals of defensive shooting for women and advanced defensive handgun courses also offered.(LaPorte, CO)
- CO - ESI Bodyguard Training Academy - Executive protection, and bodyguard training academy. Offers an Associate of Applied Science Degree in Criminal Justice or Certification with a major in Dignitary and Executive Protection, Personal Protection, Security Specialist or Protective Intelligence Operations. Rifle, Colorado
- Colorado Firearm Training - NRA Basic Pistol, hunter education, and basic, advanced, and women only Colorado concealed carry permit classes.
- CT - Defense Associates - Self-defense firearms training and lethal force management. Courses created by Chuck Taylor's ASAA and Massad Ayoob's Lethal Force Institute.
- Dan Mitchell's Wingshooting School - Instruction in instinctive shooting and competitive shooting. Learn how to increase your accuracy with a shotgun.
- D&L Training Academy - Texas Concealed Handgun Certification class. Guaranteed to pass or your money back. Located in Flower Mound TX and serving the DFW metroplex.
- Entity International - Information on ISSF style shooting psychology and mental shooting technique.
- Firearms Training Site - Launching point for finding the shooting schools and for detailed information on "how and when" to shoot.
- FL - Frank Garcia - The practical shooting school's training is designed for beginners, new shooters, intermediate, or advanced shooters wishing to increase their skill, confidence, knowledge and performance in handgun, shotgun or rifle shooting.
- FL - Rogers Shooting School - Instruction with handguns, sub-guns, shotguns, and rifles.
- Front Sight Firearms Training Course Certificates - If you plan on attending Front Sight Firearms Training Institute. Save money and purchase Front Sight Course Certificates from FSCerts.com
- Gun Lock Safety Program - Informative materials for program administrators interested in gun lock safety programs. Information may be copied and used to promote gun lock safety programs in your area.
- Gun Safety - Gun safety, gun safety in the home, children and guns.

- Handgun Certification Permit Training Course in WV - Class information for Certification for carrying concealed handgun in WV. Training provided for individuals or groups.
- Heritage Shooting, Inc. - Heritage Shooting, Inc. is non-profit (501(C)3) corporation organized to promote interest, education, and safety in all shooting sports. Safety, Responsibility, and Truth of Our Inherent Right to Keep and Bear Arms.
- IL- NITac - Northern Illinois Tactical Shooting Club - We are NITac, a private shooting organization, whose goal is to make better shooters of all of our members. We specialize in " tactical/combat " - scenerios involving steel / reactive targets, silhouette targets as well as no-light or low-light shooting.
- IL-The Site Firearms Training Center - Our purpose is to train law enforcement, military and qualified civilians in the proper fundamentals of operating a firearm during a life threatening situation. The facility is located 90 Min. NW of Chicago, IL.
- Israel - CONDOR - The Security & Combat Academy (Israel defense training) is licensed by the Israeli Ministry of Defense to engage in the training and consulting of the security field, including Antiterrorism, V.I.P. Protection, Security Management, Combat Personnel and Professional Training and Equipment.
- LOKITUP - Safe storage campaign, a public awareness program about the importance of the safe storage of firearms.
- MI - Personal Protection & Concealed Carry Courses - Beginning & Advanced shooters Personal Protection, Basic Pistol & Home Firearm Safety courses. NRA Certified Instructors. Courses meet all stipulations set forth by Michigan C.C.W. licensing law.
- MI - Eagle Personal Protection - Professional firearms and personal protection training and related products. Mio, Michigan
- MI - Firearm Safety and Training Courses in Michigan - NRA Certified Firearm Instructors in Michigan. Includes CCW training courses, firearm links, and public community bulletin boards.
- MI - Handgun Training - Handgun training. CCW certification. Mount Clemens, Michigan.
- MI - MCRGO - Michigan Coalition for Responsible Gun Owners - CCW - This site promotes responsible legal ownership and usage of firearms in Michigan. They include many links to training organizations and general firearm related material.
- MI - Stephen E. Ellis, Firearms Safety Instructor - Firearms Safety Instruction and Information. Basic Pistol, Personal Protection, Home Firearm Safety, and Basic Shotgun courses provided. (St. Paul, MN, US)
- MI - Tactical Shooting Technology - Barnhart Competition Classes - Competition classes now forming. Oxford, Michigan.
- MN - Custom Defense Solutions - Specializing in concealed carry and pistol lessons. Beginner through advanced lessons as well as custom designed training solutions. Rosemount, Minnesota.
- MN - Final Option - Advanced firearms training instruction and specialized tactical training for law enforcement agencies, military, counter-terrorism personnel and qualified civilains.
- MN - Plane Cents Self-Defense - Minnesota Permit to Carry training courses taught by AACFI certified instructors. Emphasis on the legal aspects associated with carrying a hand gun.
- MO - Chapman Academy of Practical Shooting - Providing advanced tactical and defensive pistol training to civilians, law enforcement and military, in three day weekend and five day classes. Hallsville, MO.
- National Rifle Association - MyNRA - Everything firearm related. The site includes information on Second Amendment rights, NRA Training and Education, Politics and Legislation pertaining to gun rights.
- NC - North Carolina Gun Trainers - State and NRA certified firearms training, specializing in concealed carry weapons permits and private protective services armed guard permits. Private or group classes available.
- NC - Trigger Time Firearms Training - Provides firearms training to federal agencies, the defense department, state and local police, and the security industry. Carthage, North Carolina, serving

Moore County.
- NH - SIGARMS Academy - Courses in Personal Protection, Gun Safety, as well as expert law enforcement training. Epping, New Hampshire.
- NJ - New Jersey Firearms Academy - Courses in the promotion of firearm safety and marksmanship education.
- NRA Headquarters: Safety, Education & Public Service - Site section for educating the young about guns not being toys. The purpose of the Eddie Eagle Program promotes the protection and safety of children.
- NRA/HQ - Safety, Education & Public Service - At the NRA, we're dedicated to the lawful, effective, responsible and above all safe use of firearms.
- NV - Progressive F.O.R.C.E. Concepts - Provides modern firearms and self-defense training for personal combat by integrating tactical pistol instruction, edged weapons and unarmed combat tactics. Las Vegas.
- NV - UT - CCW Forums - Have a question about carrying a concealed firearm? Ask Here. We have Instructors from all over the country and the world that can offer advice.
- NV - UT - GMJ Enterprises - NRA Firearms Training and Concealed Carry Classes for Nevada and Utah.
- NY - CCW - Pistol Licensing Service - A personalized, professional service for those seeking a pistol license for home/business protection, concealed carry, target shooting/hunting or armed guard employment.
- NY - Sportsmen's Association for Firearms Education - New York organization concerned with the rights of firearms owners. Reviews proposed legislation from federal to local levals that affect same.
- NY - The James Dinan School - Specializing in advanced pistol marksmanship, safety and New York penal law. Certified to teach all NRA courses, including instructor and training counselor workshops. East Islip, New York.
- OH - Brenzovich Firearms and Training Center - Home firearm safety; Advanced and basic handgun, shotgun and rifle; personal protection and pepper spray training. Other related activities are also conducted.
- OH - Targething Firearms Training - Certified firearms training classes. Beginner, intermediate, advanced, carry concealed, personal protection, and state mandated. Wayland, Ohio.
- OK - Paul Abel's Shoot-N-Iron, Inc. - Practical Shooting and Training Academy is located 4 miles west of Shawnee, Oklahoma in the Bethel Acres community--35 miles east of Oklahoma City and close to Interstate 40.
- OK - Shoot-N-Iron Practical Shooting and Training Academy - Defensive and competitive handgun, rifle, and shotgun training classes. Personal self-defense weapons instruction. Small arms civilian, law enforcement, and military self defense, tactical, and marksmanship training.
- Olympic champion Lanny Bassham's site on Mental Training for Sport - A system of mental training used to improve sports competition.
- PA - Lethal Weapons Training Academy - Firearms training for the novice, experienced shooter or professional law enforcement officer.
- Personal Defense Training - GA - Basic to advanced training in shooting, unarmed self-defense and edged weapons to individuals, corporations and law enforcement/military personnel.
- Project ChildSafe - Distributes free safety kits and free gun locking devices.
- Project HomeSafe - Putting a Lock on Safety - Project HomeSafe is a nationwide program, sponsored by the National Shooting Sports Foundation (NSSF), whose purpose is to promote safe firearms handling and storage practices among all firearms owners through safety education messages and the distribution of free gun locking devices.
- Real Guns - Providing information about gun licensing, safety, control and other related items.
- SC - Concealed Weapons Permit Training - Training for basic firearms and personal protection by NRA and S.L.E.D. Cerified Instructor. Hartsville, South Carolina.

- TN - Cumberland Tactics - "You won't rise to the occasion - you'll default to your level of training." Handgun, shotgun, rifle and law enforcement classes. Mobile training facility.
- TN - Firearm Fundamentals with George Kontis - Firearm operating principles are explained in an easy-to-understand format. Subjects include: interior & exterior ballistics, recoil, barrel wear, headspace, and muzzle devices.
- TN - Personal Responsibility, Inc. - Nashville - PRI is a private facility in Nashville, Tennessee, that trains people who wish to improve their firearms skills or to obtain a license.
- TN - Rangemaster - Full-service shooting range in Memphis, TN. Full educational program, from basic pistol instruction for the State handgun carry permit to advanced tactical classes.
- TN - Tactical Response Defense Training - Pistol, shotgun, carbine, precision rifle, baton, knife, empty hand; classes in all areas of personal defense. Big Sandy, Tennessee.
- Turnipseed Technique Firearms Instruction - Bio-mechanically correct shooting method. Reduces felt recoil tremendously allowing accurate rapid-fire. Body indexing for aimed but unsighted accuracy. Ideal for realistic close-quarters defense. Los Angeles, CA and Phoenix AZ.
- TX - Cleverdon Shooting Clinic - Instruction for: Bird Hunters Of All Levels, Trap, Skeet, Sporting Clays, Rifle & Pistol, Men, Women, Children (12yr +). (Houston, TX)
- TX - Collin County Gun Range - A full-service public shooting & training facility serving the North Dallas Fort Worth Metroplex area.
- TX - Concealed Handgun License - Texas - Concealed handgun license training by certified instructors. The Texas CHL course includes use of force, non-violent dispute resolution, and basic marksmanship in Austin, Texas.
- TX - Houston's finest indoor a/c shooting range - Top Gun of Texas is the finest indoor shooting range in Texas. They offer the Texas concealed handgun license and renewal courses. They teach private lessons,defensive handgun ,shotgun, and rifle training.
- TX - Jim Pruett's Guns and Ammo Texas CHL Classes in Houston Texas - Provides Texas CHL concealed handgun clases training and instruction. Class instuction includes firearms training, certification, non-violent dispute resolution, firearms safety, and laws regarding the use of deadly force.
- TX - KR Training Inc. - Gun training courses for competition and self-defense. Course descriptions and schedule. IPSC FAQ, reference articles, match and course photos, instructor bios.
- TX - North Texas Shooting Academy - Learn to shoot your pistol for self-defense, concealed-carry, law enforcement, or competition using the most advanced techniques available. NTSA is located in McKinney, Texas, north of Dallas.
- TX - Pistol Prowess Handgun Personalized Instruction - Providing handgun instruction with an emphasis on safety, education, and fun. Group and individual classes are available from an NRA certified instructor. Houston, Texas.
- TX - Thunder Ranch - Thunder Ranch, a 2400-acre world-class firearms training facility, has redefined the meaning of firearms training in the United States and possibly the world. Many courses. (Mountain Home)
- UK - Albert Cochrane Shooting School - Professional shooting tuition around the UK by a founder member of the Guild of Shooting Instructors and Fellow of the APSI.
- UK - Ladyswood Shooting School - Lady's Wood welcomes all, the young entry whose parents wish him or her to be taught to become a safe, competent and well-mannered shot, and adults seeking some advice for improving their shooting.
- US - NRA Education & Training Division - Whether you are a new gun owner or shooter or hunter in search of training, NRA's Education & Training Division is here to help you.
- UT - Zion's Defense Institute - Firearm training for personal and home defense. Handgun tactics. Lehi, Utah.
- VA - Blackwater USA - Self-defense, survival, and firearms training for citizens and law enforcement.
- VA - Gun Training in Alexandria, Virginia - Small arms, pistol, rifle, shotgun classes satisfy

education requirements for a Concealed Carry Permit (CCW). Reloading evening sessions and weekend sessions available and individual consultations by appointment. Alexandria, Virginia.

- VA - Gunner's Place, Inc. - Classes for both personal and professional defense and security. Virginia Beach.
- VA - Preceptive Instinct - Offers basic instruction plus courses in safety and markmanship. Includes calendar and photos.
- VA - Tactical Shooting Academy - Improve your scores and street survivability.
- VA - The BB Shooting Gallery - Private one on one lessons or family and small group classes in Home Firearms Safety, Basic Pistol Marksmanship, Rifle First Steps. Dale City, Virginia.
- WA - Firearms Academy of Seattle, Inc. - Self-defense firearms training and lethal force management. Also offers special seminars with experts like Massad Ayoob, Chuck Taylor, and Ken Hackathorn.
- Western Missouri Shooters Alliance - WMSA is a not-for-profit corporation created to inform concerned Missouri citizens about legislation that affects their rights. WMSA conducts NRA certified Basic Pistol Safety and Personal Protection Courses
- WV - Storm Mountain Training Center - Courses vary from the entry-level Defensive Handgun courses to advanced sniping and CQB. Courses include: edged weapons, non-lethal combatives, basic/advanced/tactical carbine, sub-machine gun, shotgun, rifle, sniper, SWAT tactics, and others.

---

- "**Education**" search on: AltaVista - A9 - AOL - Clusty - Gigablast - Google - Lycos - MSN - Teoma -  WiseNut - Yahoo

---

Volunteer to edit this category.

Become an Editor Help build the largest human-edited directory of the web

Copyright © 1998-2005 Netscape

Terms of Use

**Visit our sister sites** mozilla.org | ChefMoz | MusicMoz | Open-Site | Wikipedia

Last update: 2:07 PT, Monday, July 11, 2005 - edit

# EXHIBIT F



## Italian Service Units Moved From So. Boston to Harbor Island; Two Sides of the Row

By FRANCES BURNS

Italian Service Units (prisoners of war in special status) who have been housed at Camp McKay, South Boston, were moved Friday afternoon to Fort Andrews, on Peddocks Island in Boston Harbor. They will [illegible] sleep and have their [illegible] at the fort and be taken daily by ferry to the Boston Port of Embarkation to work.

No change in the status of the units is contemplated, Maj Gen Sherman Miles, commanding General of the 1st Service Command, announced yesterday. For four months the Italians have been employed as laborers under the authority of the Port of Embarkation, of which Brig Gen Calvin DeWitt Jr. is now commanding officer. The arangements were made by the War Department after the armistice with Italy and the 1st Service Command was charged with the care of the units when they were sent to this area. The men were moved, it was explained, because of the proximity of the camp to Carson Beach, which has been more crowded than usual this Summer.

### How Men Are [illegible]

Continuation of their present status so long as they remain in Boston means that:

1. They will be housed, fed, clothed and hospitalized as are American soldiers, according to the agreement of the Geneva Convention for all prisoners of war in this country.

2. As volunteers on work directly connected with the prosecution of the war they will not be kept in a stockade; one-third of the 80 cents a day which they are paid for nine hours' work will be given them at the end of the month as cash, instead of the canteen checks in which prisoners of war normally receive their pay, they will be given some liberty on their days off in the way of passes out of the camp.

See PRISONERS Page 14

# Prisoners [illegible]

Continued from the First Page

These passes must be used by group of not less than 10 or more than 25, always accompanied by an American Army sergeant.

Some veterans' organizations in Boston last week demanded that the Italian units be returned to a strict status as prisoners of war. John L. Delay, state commander of the American Legion, told the Globe Friday the question would be taken up at the state meeting of the Legion in August and "the Army has been asked to treat these men as prisoners of war and not as guests of the country."

"If these men don't want to work here without special privileges they should be returned to the stockade like any other prisoners of war," Delay said. "We can get American soldiers to do the work. Negro soldiers are doing a lot of it already. Ask anybody back from Italy and they'll tell you that the Italian soldiers were very arrogant in Salerno and Naples to our men. We aren't going to tell the Army what to do, but we want them to stop pampering these prisoners."

John B. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding up action "pending an investigation by the Army." Mrs. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding up action "pending an investigation by the Army." Mrs. Marian F. Grant of Taunton, department president of the Women's Auxiliary of the V. F. W. told reporters her organization would spend no more money on entertainment in hospitals where any Italian prisoners of war were patients following a closed meeting at Tremont Temple Thursday evening.

### Considered Great Help to U. S.

"These service units of Italian prisoners of war are being used in all major ports of embarkation in the country," a War Department spokesman told the Globe yesterday at the headquarters in this country for the former Italian belligerents. "Their work performance is uniformly excellent. They are helping to speed the flow of material to our men overseas. Their loss to any port would be critically felt. The demand for them is greater than the supply. Should the units now working in Boston be transferred away from there it would hurt the Port of Boston and hurt our war effort."

After the armistice with Italy the Allied nations began using labor groups of Italian prisoners of war in Africa with such success that it was suggested an effort be made in this country to use them to relieve the labor shortage. It was, an Army spokesman said to the Globe, "put up to the Italians. They were told they would not be asked to bear arms but if they wanted to help further the war effort they would not be kept in stockades, they would be accorded certain privileges not given to German prisoners of war and we would try to give them some liberty, always with American soldiers, and not as a right, but as a privilege."

"Actually," the officer said, "the percentage of Italians here given this privilege is so small that under all favorable circumstances no man can hope for a pass from camp more than once in three months. None can go more than 25 miles from the place where he is quartered and if there are any troop movements on, no passes at all are given."

### Screened for Fascist Tendencies

Before the prisoners of war are assigned to these service units they are screened for fascist tendencies. They sign an agreement to take orders from American officers and to put themselves under American discipline.

"The Geneva Convention is the Bible for all prisoners of war," it was explained. "The Convention provides that prisoners must be fed, clothed and housed as are the armies of the captor nation, and they must be protected from abuse and ridicule, and not asked to bear arms. Frankly, we have been bending over backward in our observance of the Convention in the hope the same thing will happen to our men who are prisoners of these nations. The food that is given the Italian service units is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform, distinguished only by the emblem 'Italy' in white on green on the left shoulder."

The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

### "Coddling" Story Refuted

It is the freedom in the way of passes and exchanges between the prisoners of war within the confines of Camp McKay and civilians [illegible] on Carson Beach that seem to have given rise to most of the criticism of the War Department and the Army [illegible] "coddling" of these men [illegible] also has been made that the [illegible] was using gasoline to provide [illegible] for them.

According to Army officials [illegible] Army has ever has been used to provide liberty for any of the prisoners except on June 4, when 100 were taken to St. Leonard's Church in the North End, thence to the Hatch Shell, and to West Andover to St. Francis Seraphic Seminary for the day. Individuals or organizations since providing for the entertainment of any of them may call for them using their own gasoline, the officer said, or they must pay with their own money for public transportation.

Seven men and women of [illegible] descent prominent in [illegible] Greater Boston were asked [illegible] if they would help provide [illegible] free time of the Italian service [illegible]. Since there has been [illegible] controversy they are reluctant [illegible] their names used, but [illegible] a veteran of World War [illegible] a son who is a Navy [illegible] war, has kept a record of the proceedings.

[illegible] is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform distinguished only by the emblem 'Italy' in white on green on the left shoulder.

"The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

### "Coddling" Story Refuted

It is the freedom in the way of passes and exchanges between the prisoners of war within the confines of Camp McKay and civilians [illegible] on Carson Beach [illegible] seem to have given rise to most of the criticism of the War Department and the Army [illegible] "coddling" of these men. [illegible] also has been made that [illegible] was using gasoline to provide [illegible] ings for them.

According to Army officials no Army gas ever has been used to provide liberty for any of the prisoners except on June 4, when 100 were taken to St Leonard's Church in the North End, thence to the Hatch Shell and to West Andover to St Francis Seraphic Seminary for the day. Individuals or organizations since providing for the entertainment of any of them may call for them, using their own gasoline, the officer said, or they must pay with their own money for public transportation.

Seven men and women of [illegible] descent, prominent in [illegible] Greater Boston, were [illegible] if they would help provide [illegible] free time of the Italian [illegible]. Since there has been so much controversy they are reluctant to have their names used, but the [illegible], a veteran of World War I and [illegible] a son who is a Navy [illegible] war, has kept a record of the proceedings.

On April 26 each of them received a telegram from [illegible] him: "Brig Gen C. H. Kells, commanding officer of the Boston Port of Embarkation, Army Base, Boston, would appreciate your attending a meeting in his office on Thursday, April 27, at 4:15."

### Gen Kells' Wishes Related

"Gen Kells said these men were doing very good work," the Globe was told. "He said they had no complaints, for they were being given food and lodging according to the Geneva Convention that provides for the same as that of the army of the nation that holds them prisoners in as far as possible. But he said their morale was very low.

"He said most of the men here then had been prisoners 44 months previous to that time. They hadn't heard from their families in all that time, when a lot of them had gone over in a body to surrender to the British," the Bostonian added. "Gen Kells said he wanted something done for them among people of their own racial language. He mentioned:

"1. The men needed religious advice and counsel from our local priests, men who speak their own language. When a man has troubles and cares to confess he wants to talk to someone who understands him.

"2. He wanted us to teach them the English language so they could get along better with the people they had to work with and understand the American officers. Since then Boston men and women have been going to the camp several evenings a week to teach them English, using their own time and providing their own transportation.

"3. Sporting goods, volley balls and such for their free time in camp. I might say that whatever we sent has been intended for the American troops in camp, too. When we sent out ice cream and cookies it was for 700 men, 400 of them Italian prisoners of war and 300 American troops.

"4. Shows for the prisoners and for the American soldiers—some movies and little plays that we have provided for the outdoor theatre of the camp.

"5. Home invitations for groups of not less than 10 or more than 25, but how could we provide home invitations for so many men? I [illegible] accommodate 10 men in addition to my own family at [illegible] table [illegible] organizations have been asked to provide entertainment on Sundays when the men could receive passes."

When a person or a group is willing to entertain any of the Italians, the secretary explained, it is necessary first to apply to Maj Hamlin, commanding officer at Camp McKay, stating the date, the kind of entertainment and agreeing to have the men for not longer than 7 to 10 on a Saturday evening or 10 a. m. to 8 p. m. Sunday.

"Except for the first time, when 100 were given liberty, the hosts have to go for the men in their own cars. I think it was a mistake for any publicity to be given that first time when the men were sent to their own church by the Army. I know that some of the prisoners of war never have been out of the camp at all on liberty and very few of them are out on any Sunday.

"There have been a lot of false stories told about this whole affair, but I have kept a record of all of it and all the clippings. They said that 1500 people gathered outside the camp July 6 and when the police ordered them to disperse they threw spaghetti and meat balls and confections over the fence. Did you ever hear anything so silly? Can you imagine getting that many people there on a weekday to bring food and throw it at the prisoners? They said a sailor threw a stone at a prisoner July 17. Now do you believe that a man in the United States Navy would stone a prisoner of war?"

Actually the committee has been able to do very little except "on paper," its secretary said, because the Army has not relaxed its regulations as much as had been expected. He said no member of the committee could talk to any prisoner in camp, but must go through the same procedure in interviewing American officers about the prisoners as anyone else—get permission from Maj Hamlin, be taken by the corporal of the guard at camp to the office, register and be conducted to the American officer.

### What Records Show

Boston police records show that on July 6 at 7:30 p. m. there was an incident outside the camp when police dispersed persons who had come with cigarettes and some packages, "girls passing notes through the fence to the prisoners" and members of the beach crowd who took sides. Police suggested the erection of a second fence to keep the crowds further away from the prisoners.

On Sunday, July 16, the police reported a second fracas. Their official report and the report of Army authorities on this affair differ, but the police say it was "remedied by a conference with Gen DeWitt and Lt Col Lamereau of the First Service Command."

On July 17 a strike of the Italian prisoners was reported. According to Army authorities:

"The men are supposed to work

after clearing tank trap looking over the road to repossession of this Mariana Island, former United States territory.



they would not be asked to bear arms but if they wanted to help further the war effort they would not be kept in stockades, they would be accorded certain privileges not given to German prisoners of war and we would try to give them some liberty, always with American soldiers, and not as a right, but as a privilege."

"Actually," the officer said, "the percentage of Italians here given this privilege is so small that under all favorable circumstances no man can hope for a pass from camp more than once in three months. None can go more than 25 miles from the place where he is quartered and if there are any troop movements on, no passes at all are given."

**Screened for Fascist Tendencies**

Before the prisoners of war are assigned to these service units they are screened for fascist tendencies. They sign an agreement to take orders from American officers and to put themselves under American discipline.

"The Geneva Convention is the Bible for all prisoners of war," it was explained. "The Convention provides that prisoners must be fed, clothed and housed as are the armies of the captor nation, and they must be protected from abuse and ridicule, and not asked to bear arms. Frankly, we have been bending over backward in our observance of the Convention in the hope the same thing will happen to our men who are prisoners of these nations. The food that is given the Italian service units is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform, distinguished only by the emblem 'Italy' in white on green on the left shoulder."

The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

**"Coddling" Story Refuted**

It is the freedom in the way of passes and exchanges between the prisoners of war within the confines of Camp McKay and civilians [illegible] on Carson Beach [illegible] seem to have [illegible] the criticism of the War Department and the Army [illegible] "coddling" of these men [illegible] also has been made that the [illegible] was using gasoline to [illegible] ings for them.

According to Army officials no Army gas ever has been used to provide liberty for any of the prisoners except on June [illegible] when 100 were taken to St. Leonard's Church in the North End, thence to the Hatch Shell, and to West Andover to St. Francis Seraphic Seminary for the day. Individuals or organizations since providing for the entertainment of any of them [illegible] call for them, using their own gasoline, the officer said, or [illegible] must pay with their own [illegible] public transportation [illegible].

Seven men and women of [illegible] descent, prominent in [illegible] Greater Boston were [illegible] if they would help provide [illegible] free time of the Italian service units. Since there has been so much controversy they are reluctant to have their names used, but the [illegible] a veteran of World War [illegible] a son who is a Navy flyer [illegible] war, has kept a record of the proceedings.

Marine Signal Corps Radio Photo

**FIRST ACTION PHOTO of battle for Guam shows Marines after clearing tank trap looking over the road to repossession of this Mariana Island, former United States territory.**

using their own time and providing their own transportation.

"3. Sporting goods, volley balls and such for their free time in camp. I might say that whatever we sent has been intended for the American troops in camp, too. When we sent out ice cream and cookies it was for 700 men, 400 of them Italian prisoners of war and 300 American troops.

"4. Shows for the prisoners and for the American soldiers—some movies and little plays that we have provided for the outdoor theatre of the camp.

"5. Home invitations for groups of not less than 10 or more than 25, but how could we provide home invitations for so many men? I [illegible] can accommodate 20 men [illegible] to my own family at [illegible] tables. That is why organizations have been asked to provide entertainment on Sundays when the men could receive passes.

"When a person or a group is willing to entertain any of the Italians," the secretary explained, "it is necessary first to apply to Maj Hamlin, commanding officer at Camp McKay, stating the date, the kind of entertainment and agreeing to have the men for not longer than 7 to 10 on a Saturday evening or 10 a.m. to 8 p.m. Sunday.

"Except for the first time, when 100 were given liberty, the hosts have to go for the men in their own cars. I think it was a mistake for any publicity to be given that first time when the men were sent to their own church by the Army. I know that some of the prisoners of war never have been out of the camp at all on liberty and very few of them are out on any Sunday.

"There have been a lot of false stories told about this whole affair, but I have kept a record of all of it and all the clippings. They said that 1500 people gathered outside the camp July 6 and when the police ordered them to disperse they threw spaghetti and meat balls and confections over the fence. Did you ever hear anything so silly? Can you imagine getting that many people there on a weekday to bring food and throw it at the prisoners? They said a sailor threw a stone at a prisoner July 17. Now do you believe that a man in the United States Navy would stone a prisoner of war?"

Actually the committee has been able to do very little except "on paper," its secretary said, because the Army has not relaxed its regulations as much as had been expected. He said no member of the committee could talk to any prisoner in camp, but must go through the same procedure in interviewing American officers about the prisoners as anyone else—get permission from Maj Hamlin, be taken by the corporal of the guard at camp to the office, register, and be conducted to the American officer.

**What Records Show**

Boston police records show that on July 6 at 7:30 p.m. there was an incident outside the camp when police dispersed persons who had come with cigarettes and some packages, "girls passing notes through the fence to the prisoners" and members of the beach crowd who took sides. Police suggested the erection of a second fence to keep the crowds further away from the prisoners.

On Sunday, July 16, the police reported a second fracas. Their official report and the report of Army authorities on this affair differ, but the police say it was "remedied by a conference with Gen DeWitt and Lt Col Lamoreau of the First Service Command."

On July 17 a strike of the Italian prisoners was reported. According to Army authorities [illegible]

from 8 to 5:30 every day on this work. On that day two companies were sent to another dock controlled by the Army to help load two ships. When 5:30 came they quit work. An Army officer was called from the base who said [illegible] here, it is necessary to work until 7 tonight to get this work out. One company went back to work. The other did not. Fifty of them were sent away from Boston to a prisoner of war camp. I am not sure how much of the difficulty was inability to understand our language and a low IQ and how much of it was rebellion."

The women's auxiliary of the Veterans of Foreign Wars has based its complaints about "entertaining prisoners of war" on an incident June 6 at the hospital at Camp Miles Standish when a group of their women provided a beano party in the Red Cross hut. Eleven sick Italian prisoners of war played. According to the officers at the camp the Red Cross attendant asked the women if the prisoners could play with the American hospital vet[illegible] and no protest was made by the entertainers. The incident was made public the week of July 17 when the auxiliary is said to have stated they were forced to entertain prisoners of war.

# EXHIBIT G

# Former Italian Prisoners Enjoy Boston Hospitality

A. M. GLOBE JUN 5 1944

Given their first breath of freedom since they were [illegible] in North Africa more than a year ago, 100 former Italian prisoners of war who are now members [illegible] unit stationed at Camp McKay in South Boston celebrated their liberty yesterday by attending a civilian mass in the [illegible] and enjoying an outing in the country.

Since Italy retired from the war, military authorities in this country have gradually been organizing a program by which Italian prisoners who have cooperated

See PRISONERS Page 4

FORMER ITALIAN WAR PRISONERS sing at Hatch Shell. Lt. Armando Zanecchia of military police is leading group. Rev. Daniel Schiavone of St. Leonard's Church is seated in center.

## Prisoners

Continued from the First Page

in every way with their captors, may take an oath of allegiance to the United States Government and form service units, which engage in labor projects under the direction of the Army.

### Mass at St. Leonard's

At St. Leonard's Church in the North End, yesterday morning, 100 new shining faces were outstanding among the mass of regular Sabbath day church-goers. As the group was clothed in G. I. khaki, the casual observer might have taken them for American servicemen, except for a small, white oval insignia worn on the arm with "Italy" inscribed upon it in deep green.

Rev. Paolino Falcini, O. F. M., a curate at St. Leonard's, entreated these former prisoners of war to "thank God for being spared from death, and for coming to this country, the greatest democracy in the world, as guests." Fr. Falcini was himself a prisoner of the Germans for 18 months during World War I.

### Sing at Hatch Shell

Following the church services, the men were conveyed by troop carriers down Prince st. in the North End. Crowds cheered them as they passed through Boston's closest facsimile to their beloved homeland. At the Hatch Memorial Shell on the Charles River Esplanade, they halted and sang a native song entitled "A Bouquet of Flowers."

After posing for pictures, they were off again, this time for the St. Francis Seraphic Seminary at West Andover, where the priests of the Franciscan Monastery had prepared a day of complete relaxation.

Once on the grounds of the seminary, these Italian boys were enthusiastic over the various grottoes and shrines. Wandering about they frequently stopped to offer a prayer before the beautiful statues. Questioned as to the subject of their prayers, they revealed that they were offering thanksgiving for the day of recreation and an entreaty for a swift conclusion of the war, so that they might return home.

### Hail Fall of Rome

They played games among themselves and although the Fathers had provided baseball equipment, most of them showed preference for their native games such as "bocci," an Italian version of "bowling on the green."

While feasting on their native dishes, news of the Allied invasion of Rome sped over the wires and when informed of this great event taking place in their homeland, a former noncommissioned officer smiled broadly and expressed the sentiments of all his comrades. "Very good," he said. "If they take Rome the war will be over soon."

The opportunity to attend church among their own people and the outing which followed is the first attempt by Army officials in this country to afford these former Italian prisoners a little more freedom than they have previously enjoyed. The idea was originally conceived by a group of Boston Italo-American leaders.