IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Case No. 1:05-cv-01509-RMU<br><br>MOTION TO HOLD RESPONDENTS IN CONTEMPT OF PROTECTIVE ORDER |

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and this Court's Amended Protective Order entered September 13, 2005 (the "Protective Order"), and for the reasons set forth in (i) the September 8, 2005 Declaration of Sabin Willett, (ii) the October 6, 2005 Declaration of Sabin Willett, and (iii) the attached memorandum of law, Petitioner Saddiq Doe requests that the Court hold the Government in contempt of the Protective Order by reason of the Government's repeated refusal to allow him to meet with counsel.

**WHEREFORE**, Petitioner requests that the Court:

A.  Order the Government immediately to permit an in-person meeting between Petitioner and undersigned counsel at Camp Iguana, Guantánamo Bay;

B.  Order the Government immediately and publicly to disclose the names and ISN's of (i) all Guantánamo detainees who have ever requested counsel and (ii) all Guantánamo detainees who are not enemy combatants;

LITDOCS/617877.1

  C. Order the Government to pay for Petitioner's fees and expenses of this motion;

and

  D. Order such other relief as is equitable and just.

Dated: October 6, 2005        **SADDIQ DOE,**

                By his attorneys:

                _____
                Sabin Willett
                **BINGHAM McCUTCHEN LLP**
                150 Federal Street
                Boston, MA  02110-1726
                Telephone:  (617) 951-8000
                Facsimile:   (617) 951-8925