IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMAL KIYEMBA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1509 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

### [PROPOSED] ORDER

This case is before the Court upon Petitioner Saddiq Doe, AKA Saddiq Ahman Turkestani's Motion for Immediate Production of the Body and Grant of Writ, or, in the Alternative, Grant of Interim Release (dkt. no. 29). Upon consideration of petitioner's submissions in support of his motion, and respondents' submissions in opposition thereto,

IT IS HEREBY ORDERED THAT:

Petitioner's motion is denied.

So ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE