UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-01509-RMU

## NOTICE OF CROSS-APPEAL

Pursuant to Fed. R. App. P. 3 and 4(a)(3), Petitioners hereby notice their cross-appeal to the United States Court of Appeals for the District of Columbia Circuit of so much of the Court's Memorandum Order dated September 13, 2005, as grants a stay of pretrial proceedings in these *habeas corpus* proceedings. The portion of the Order appealed from violates the mandate of the Supreme Court of the United States in *Rasul v. Bush*, 542 U.S. 466 (2004) that the district courts "consider in the first instance the merits" of the allegations raised by Petitioners, who are illegally held by Respondents at Guantánamo Bay, Cuba.

Dated: November 28, 2005

                                                                                                 Sabin Willett
                                                      Neil G. McGaraghan
                                                      Jason S. Pinney
                                                      BINGHAM McCUTCHEN LLP
                                                      150 Federal Street
                                                      Boston, MA 02110-1726
                                                      Telephone: (617) 951-8000
                                                      Facsimile: (617) 951-8925

LITDOCS/623236.1

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:   (202) 778-6150
Facsimile:    (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439