## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, *et al.*,

           Petitioners/Plaintiffs,

      v.

GEORGE W. BUSH, *et al.*,

           Respondents/Defendants.

Civil Action No. 05-CV-01509 (RMU)

### DECLARATION OF SUSAN BAKER MANNING IN FURTHER SUPPORT OF OCTOBER 26, 2005 MOTION OF PETITIONER SADDIQ DOE, AKA SADDIQ AHMAD TURKISTANI FOR IMMEDIATE PRODUCTION OF THE BODY AND GRANT OF WRIT, OR, IN THE ALTERNATIVE, GRANT OF INTERIM RELEASE

I, Susan Baker Manning, declare as follows:

1.      I am over 18 years of age. I am a partner of Bingham McCutchen LLP, counsel for Petitioners in this action. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them. I make this declaration in further support of Saddiq Ahmad Turkistani's October 26, 2005 Motion For Immediate Production Of The Body And Grant Of Writ, Or, In The Alternative, Grant Of Interim Release.

2.      On November 14, 2005 I met with my client Saddiq Ahmad Turkistani in Camp Iguana at the U.S. Naval Base at Guantanamo Bay, Cuba. United States military authorities have determined that Saddiq is not an "enemy combatant." The United States nevertheless continues to imprison Saddiq at Guantanamo. He apparently cannot be repatriated to Saudi Arabia, and it is my understanding that the U.S. government is unwilling to grant him asylum or accept him as a refugee in the United Sates.

3.      Paragraphs 4 – 18 and 20 are based on my now- unclassified conversations with Saddiq. Based on those conversations, and on the currently available additional evidence, I am informed and believe that the facts stated in these paragraphs are true.

**Background**

4.     Saddiq is an ethnic Uighur, who was born in Saudi Arabia. He is approximately 32 years old. Saddiq's father is a Uighur refugee who fled China's Xinjiang Uygur Antonymous Region (also known as East Turkistan) to escape the Chinese government's harsh and often violent repression of the Uighur people. Saddiq's mother is Turkish. The family, which still lives in Saudi Arabia, is poor, and Saddiq quit school after the fifth grade to go to work and help support his family. Because his father was never allowed to become a citizen, Saddiq is not a citizen of Saudi Arabia either.

5.     In the four years he's been in Guantanamo, Saddiq has written many letters to his family and tried to send them by either giving them to his U.S. military guards or to the Red Cross. He has never received a response. Saddiq is anxious for contact with his family. *See also* Exhibit A.

**Incarceration by Saudis, abduction by Al Qaeda, and imprisonment by the Taliban**

6.     When he was 20 years old, Saddiq was arrested and imprisoned by the Saudi government on drug possession allegations. In approximately 1997, Saudi Arabian officials handed Saddiq documents that falsely showed that he was a citizen of Afghanistan, and put him on a plane from Jeddah to Kabul. Saddiq was stopped by Afghan officials at the airport and questioned in Farsi. Because he didn't speak Farsi, he couldn't answer and was immediately arrested.

7.     After being held for six days (including one day of interrogation), Saddiq was released. He had little money, no contacts, no job, and no place to go. He found an inexpensive hotel, and stayed there for a month. There, he met and befriended an Iraqi man named Abdel Amir Mehdi. Later, Saddiq and Abdel Amir traveled to Khost together. On the second day in Khost, four Al Qaeda members abducted him and Abdel Amir.

8.     An Al Qaeda interrogator accused Saddiq of being a Saudi government spy, and of coming to Afghanistan to kill Osama Bin Laden. When Saddiq denied the accusations, Al Qaeda operatives tortured him for over 20 straight days. He was repeatedly and severely beaten,

DCDOCS/643271.1

and deprived of sleep. He could hear Abdel Amir being tortured in another room, and at night could hear the screaming of other prisoners.

9.     Under torture, Saddiq's friend apparently "confessed" to the plot to kill Osama Bin Laden and implicated Saddiq. At first, Saddiq denied these allegations. Eventually the pain of his torture made Saddiq want to die. He "confessed" to his Al Qaeda captors in the hope and belief that they would kill him. Saddiq made up a lengthy story—entirely false—about how the Saudis had sent him to Afghanistan to kill Osama Bin Laden, and how he had been promised many things, including great wealth, in return. *See also generally* Exhibits B – E.

10.     Instead of killing him, Al Qaeda soldiers turned Saddiq over to the Taliban. He was imprisoned by the Taliban at the Kandahar intelligence office for the first year and a half of his incarceration. This jail held a number of prominent prisoners, including some who are now senior members of the post-Taliban Afghanistan government. Later, he was transferred to a jail housing less prominent prisoners, and remained there for approximately three to three and a half years, until the U.S. invaded Afghanistan.

**Incarceration by the U.S.**

11.     After the fall of the Taliban in late 2001, U.S. Army and plain-clothes intelligence personnel visited the jail where Saddiq had been held. Saddiq told the U.S. officials his story. An American intelligence officer took pictures of him, and spoke kindly to him. The intelligence officer specifically told Saddiq that he was not a criminal, and that the U.S. wanted to protect him. He was repeatedly told that he would be released in late 2001 or early 2002. He was taken to meet with United Nations officials in Kandahar to discuss his refugee status. These U.N. officials recommended that Saddiq travel to a U.N. office in Pakistan, and he planned to do so.

12.     Saddiq also participated in a press conference at the prison where he was interviewed and photographed by a large number of international reporters. *See also generally* Exhibits F & G.

13.     For reasons that are not clear to Saddiq, U.S. officials later handcuffed him and took him to the American military prison in Kandahar. He was held in a separate cage because

DCDOCS/643271.1

he was innocent. U.S. Army personnel were brutal—they stripped him, tied his hands behind his back, struck him, and threw him to the ground. He looked for, but could not find, the intelligence officer who had promised him the protection of the United States.

14.    A new Army interrogator questioned him for five days about Al Qaeda and the Taliban. This interrogator told Saddiq not to be afraid, that he was innocent, and that he would be sent to Cuba because there was a "problem." Saddiq thought he was going to Cuba for some sort of legal process, and that he would be freed via the Cuban government.

15.    The U.S. military transported Saddiq to Guantanamo in approximately January 2001. He was put on a plane in Kandahar, shackled, strapped to the floor of the airplane, and made to wear goggles with the lenses blackened out, headphones, and a surgical mask. He was terrified, and in pain. Saddiq prayed that the plane would crash so that his suffering would end.

16.    Once in Guantanamo, U.S. personnel regularly interrogated Saddiq, questioning him at length about the Taliban and Osama Bin Laden. Of the four years he has been in Guantanamo, Saddiq has been held in solitary confinement for a total of one and a half years. He describes being repeatedly and viciously abused by guards, and subjected to psychological abuse by medical staff.

**Innocence and continued imprisonment**

17.    About a year ago, Saddiq appeared at one short Combatant Status Review Tribunal ("CSRT") hearing at which he was informed of the charges against him. His personal representative told him there were four charges against him: (1) he was connected with Taliban/Al Qaeda; (2) he was a drug trafficker for Al Qaeda; (3) he was deported from Saudi Arabia to Afghanistan; (4) he was imprisoned in a Taliban jail. Saddiq, asked if things like being imprisoned by the Taliban could actually be charges. His personal reprehensive assured him that yes, those were the charges against him. Saddiq did not attend the second hearing at which the CSRT apparently made its decision, and found that he was not an enemy combatant.

18.    U.S. military officials told Saddiq that he was innocent in approximately January 2005.

DCDOCS/643271.1

19.    In August 2005, the U.S. military moved Saddiq to Camp Iguana, where he is presently incarcerated.  Camp Iguana houses only non-enemy combatant prisoners.  As of the date of this declaration, I am informed and believe that there are nine non-enemy combatants imprisoned in Camp Iguana. Those prisoners are:

| Name | ISN | Case | Nationality |
|---|---|---|---|
| Abu Bakker Qassim | 283 | Qassim v. Bush (05-0497 JR) | Uighur (Chinese) |
| Adel Abdul Hakim (aka Adel Abdu Al-Hakim) | 293 | Qassim v. Bush (05-0497 JR) | Uighur (Chinese) |
| Ayoub Haji Mamet | 279 | Mamet v. Bush (05-1886 EGS) | Uighur (Chinese) |
| Ahmad | 260 | Mamet v. Bush (05-1886 EGS) | Uighur (Chinese) |
| Aktar | 276 | Mamet v. Bush (05-1886 EGS) | Uighur (Chinese) |
| Saddiq Ahamd Turkistani | 491 | Kiyemba v. Bush (05-1509 RMU) | Uighur (Saudi) |
| Zakerjain Hassan | 672 | Zakirjan v. Bush (05-2053 HHK) | Russian |
| Fethi Boucetta (aka Dr. Abu Mohammed) | 718 | Muhammed v. Bush (05-2087 RMC) | Algerian |
| Ala Abdu Kuduz Mohammed | 716 | Alladeen v. Bush (05-0270 JR) | Egyptian |

**Statelessness**

20.    Saddiq understands Saudi Arabia refuses to take him back, and in fact he fears to return to Saudi Arabia.  Saddiq is thus effectively stateless.  He is afraid of being sent to an "Arabic" country, because he fears that he would be rearrested and harmed/tortured again.

**Saddiq's September 2005 letter to counsel, and corroborating press reports**

21.    A true and correct copy of an unclassified English translation of a letter from Saddiq to me is attached as Exhibit A.  The telephone number of Saddiq's family has been redacted.  I received the Arabic original of this letter on September 26, 2005.

22.    A true and correct copy of a reprint of a December 26, 1998 Associated Press article entitled "Bin Laden Urges Killing Americans" is attached as Exhibit B.

23.    A true and correct copy of a reprint of a December 27, 1998 Associated Press article entitled "Saudi Arabia Denies It Tried to Assassinate Bin Laden" is attached as Exhibit C.

DCDOCS/643271.1

24.   A true and correct copy of a reprint of a December 28, 1998 *Philadelphia Daily News* article entitled "Saudis Deny Role in Alleged Killing Try" is attached as Exhibit D.

25.   A true and correct copy of a reprint of a February 6, 1999 article in *The Guardian* (London) entitled "The Western Nightmare: Saddam and Bin Laden Versus the World" is attached as Exhibit E.  Bin Laden's claim that Saddiq tried to assassinate him is discussed on pages 2 and 3 of the article.

26.   A true and correct copy of a reprint of a December 11, 2001 *Atlanta Journal-Constitution* article entitled "Taliban Retreat Leads to Prisoners' Release" is attached as Exhibit F.

27.   A true and correct copy of a reprint of an article entitled "Detainee Cleared for Release Is in Limbo at Guantanamo" that appeared in *The Washington Post* on December 15, 2005 is attached as Exhibit G.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed on December 22, 2005, in Washington, D.C.

_____
Susan Baker Manning

DCDOCS/643271.1

# EXHIBIT A

Dear respected Lawyer,

I am writing this letter to you and I hope you are in the best of health.

My name is Sadeeq Ahmad Turkistani, I was born in Saudi Arabia, I used to hold a Saudi document and there is no embassy that represents me and the reason is that my father immigrated from the Eastern Turkistan to Saudi Arabia and that was because of the war and the prosecution that was taking place in China.

My father had to decide whether to accept a permanent residency or the citizenship of Saudi Arabia. He chose permanent residency, because he thought that the war will be over soon and he will be able to return back to the homeland, however and regrettably, Turkistan fell and it ended up in the clutches of China.

I was born in Saudi Arabia in the region of Taif and I lived there. However I was imprisoned for three years because of a criminal case and after three years I was exiled from Saudi Arabia to Afghanistan. When I reached Afghanistan, we were captured by the members of Al-Qaeda. We were accused that we have been sent by the Saudi government to assassinate Osama Bin Laden. After interrogation I was handed over to the Taliban and I was put under the intelligence in Qandahar for a period of one and a half year. After one and a half year, they moved me to the Qandahar political prison and I stayed there for three and a half years.

After the government of Taliban fell, and the government of Hamid Karzai took over, they handed me over to the Americans. Now, I have been under the control of the Americans for the past three years and eight months.

Six months ago, I was told by the Americans that I am innocent and I am not an enemy combatant.

I have one problem. For the past 8 years I have no information about my family. My family lives in Saudi Arabia in the region of Taif. I would like to request you some humanitarian help to contact my family at telephone number ████████ (for Taif City) and bring me their welfare.

I hereby thank you sincerely and please accept my regards: Sadeeq Ahamd Turkistani.

Note: (I want to meet you personally)



UNCLASSIFIED

# EXHIBIT B

FOCUS - 36 of 77 DOCUMENTS

Copyright 1998 Associated Press
All Rights Reserved
Associated Press Online

These materials may not be republished without the express written consent of The Associated Press

December 26, 1998; Saturday 09:35 Eastern Time

**SECTION:** International news

**LENGTH:** 382 words

**HEADLINE:** Bin Laden Urges Killing Americans

**DATELINE:** CAIRO, Egypt

**BODY:**

The man accused of masterminding the bombings of U.S. embassies in Africa says the U.S.-British airstrikes on Iraq make it a "duty of Muslims to confront, fight and kill" Americans and Britons.

"The British and the American people loudly declared their support for their leaders' decision to attack Iraq," Osama bin Laden said in Friday's edition of the London-published Arabic newspaper Asharq Al-Awsat.

This made it "the duty of Muslims to confront, fight and kill" citizens of the two countries, he said. "And anything that can be taken from them by force is the rightful prize of Muslims."

The newspaper said the interview was conducted in the mountains of Helmand province in southern Afghanistan.

The United States and Britain carried out airstrikes on Iraqi military and communications sites earlier this month to punish Baghdad for its alleged obstruction of U.N. weapons inspectors.

Washington accuses bin Laden of masterminding the Aug. 7 bombings of the U.S. embassies in Tanzania and Kenya. The blasts killed 224 people, including 12 Americans. A U.S. court has indicted him and Washington has demanded he be extradited.

Bin Laden, a Saudi exile, has denied responsibility for the attacks but has said he is not sorry they occurred.

After the U.S. attacked what it said were bin Laden's training camps, the Taliban militia that controls 90 percent of Afghanistan announced restrictions on bin Laden, including barring him from giving media interviews.

The interview was the second with bin Laden published in two days, along with a television interview aired Thursday on ABC. It was not immediately clear whether he was defying the restrictions or they had been eased. A Taliban spokesman could not be reached for comment.

Bin Laden also accused the governor of the Saudi capital of Riyadh, Prince Salman Bin Abdul Aziz, of plotting his assassination, the independent Pakistani newspaper The News reported today.

The Saudi dissident said the governor offered about $267,000 for his death, according to the English-language newspaper.

"Thanks to Allah, the **assassination attempt** by one Siddiq Ahmad and his two accomplices failed," the report quoted **bin Laden** as saying.

The newspaper said that bin Laden's would-be assassin confessed.

# EXHIBIT C

FOCUS - 32 of 77 DOCUMENTS

Copyright 1998 Associated Press
All Rights Reserved
Associated Press Worldstream

These materials may not be republished without the express written consent of The Associated Press

**December 27, 1998; Sunday 06:58 Eastern Time**

**SECTION:** International news

**LENGTH:** 277 words

**HEADLINE:** Saudi Arabia denies it tried to assassinate Bin Laden

**DATELINE:** RIYADH, Saudi Arabia

**BODY:**

Saudi Arabia on Sunday denied reports that a senior government official had plotted to assassinate Saudi dissident Osama Bin Laden.

"These accusations are false and have no basis in reality," the Saudi Press Agency quoted an official as saying. The official's name was not given.

Bin Laden accused the governor of the Saudi capital of Riyadh, Prince Salman Bin Abdul Aziz, of plotting his assassination, the independent Pakistani newspaper The News reported Saturday.

Bin Laden said the governor offered about dlrs 267,000 for his death, according to the English-language newspaper.

"Thanks to Allah, the **assassination attempt** by one Siddiq Ahmad and his two accomplices failed," the report quoted **bin Laden** as saying.

The newspaper said that bin Laden's would-be assassin confessed.

The official Saudi agency on Sunday said Prince Salman did not know a Siddiq Ahmad.

Bin Laden was stripped of his Saudi citizenship in 1994. He had been at odds with the ruling family since 1991 when foreign troops were allowed into Saudi Arabia, home to two of Islam's holiest sites, Mecca and Medina.

Saudi Arabia downgraded ties with Afghanistan's ruling Taliban militia in September because they are harboring Bin Laden, a Taliban diplomat said.

Saudi Arabia was one of only three countries, including Pakistan and the United Arab Emirates, that had recognized the Taliban as the legitimate government of the war-torn country.

Bin Laden is wanted by American authorities for allegedly directing attacks on U.S. embassies in Kenya and Tanzania in August. The blasts killed 259 people, including 12 Americans, and wounded thousands.

fsa-ggl

**LOAD-DATE:** December 27, 1998

# EXHIBIT D

FOCUS - 28 of 77 DOCUMENTS

Copyright 1998 Philadelphia Daily News
All Rights Reserved
Philadelphia Daily News

**DECEMBER** 28, 1998 Monday LATE SPORTS EDITION

**SECTION:** NATIONAL; Pg. 23

**LENGTH:** 273 words

**HEADLINE:** SAUDIS DENY ROLE IN ALLEGED KILLING TRY

**BYLINE:** Reuters

**DATELINE:** DUBAI, Saudi Arabia

**BODY:**

Saudi Arabia yesterday denied involvement in a failed plot to kill exiled dissident Osama bin Laden, accused by the United States of masterminding attacks against two of its embassies in Africa in August.

The official Saudi Press Agency quoted a Saudi source as saying that remarks attributed by a Pakistani daily to **bin Laden** about the involvement of Saudi Arabia in the **assassination attempt** were "lies."

**Bin Laden** said in an interview published in the English-language The News on Saturday that Afghanistan's ruling Taleban militia foiled the **assassination attempt** and arrested three men involved.

The men were being held in prison in the southern Afghan city of Kandahar, the Taleban headquarters, it added.

One of the plotters "was offered one million Saudi riyals and the nationality of Saudi Arabia to accomplish the mission," bin Laden was quoted as saying.

He was interviewed on Wednesday night at a secret location near Kandahar, the paper said.

"These lies are fabricated and have no basis in truth," SPA quoted the source as saying.

The News also quoted Aiman Al-Zawahiri, head of Egypt's Islamic Jihad militant group and a friend of bin Laden, as saying that one of the alleged plotters had confessed and provided details of the assassination plot.

The United States, which accuses bin Laden of masterminding the bombings against its embassies in Kenya and Tanzania, has offered a record $5 million reward for information leading to his arrest and conviction.

Bin Laden has been living in Afghanistan and the ruling Taleban army, which controls most of the country, has refused to hand him over.

**GRAPHIC:** PHOTO;
PHOTO
Osama bin Laden was said to be the target of assassins (ASSOCIATED PRESS)

**LOAD-DATE:** October 17, 2002

EXHIBIT E



# The Western nightmare: Saddam and Bin Laden versus the world

Iraq's half-built chemical arsenal, and the planet's most prolific terrorist - Julian Borger and Ian Black on a marriage made in hell

**Saturday February 6, 1999**

**Guardian**

It must have been a bitterly cold and uncomfortable journey. In the last days of December, a group of Iraqi officials crossed the Hindu Kush border from Pakistan to Afghanistan on their way to keep an appointment deep in the remote eastern mountains.

At the head of the group was a man by the name of Farouk Hijazi, President Saddam Hussein's new ambassador to Turkey and one of Iraq's most senior intelligence officers. He had been sent on one of the most important assignments of his career - to recruit Osama bin Laden.

Thus the world's most notorious pariah state, armed with its half-built hoard of chemical, biological and nuclear weapons, tried to embrace the planet's most prolific terrorist. It was the stuff of the West's millennial nightmares, but United States intelligence officials are positive that the meeting took place, although they admit that they have no idea what happened.

This was not the first time that President Saddam had offered Mr Bin Laden a partnership. At least one approach is believed to have been made during the Saudi dissident's sojourn in Sudan from 1990 to 1996. On that occasion, the guerrilla leader turned the emissaries away, out of a pious man's contempt for President Saddam's secular Ba'athist regime.

But this time round Mr Bin Laden's options have been rapidly diminishing. His hosts, the hardline Taliban militia which rules Afghanistan under Islamic auspices, have vowed publicly to stand by him. But they are at the same time discussing with his worst enemies - the Saudi monarchy and the American government - his eventual departure from Afghan soil.

Mr Bin Laden must surely have felt the noose begin to bite when he heard the news of the Taliban's meeting this week with a US assistant secretary of state, Karl Inderfurth, in Islamabad.

But the most wanted man in the West may be at his most dangerous when cornered. And the increased pressure makes the prospect of a Saddam Hussein-Osama bin Laden alliance, once an improbable marriage of opposites, seem a more credible threat.

The US has been braced for more bombings since the attacks on its east African embassies in Tanzania and Kenya last August, in which more than 250 people died, most of them Africans. Retaliatory US cruise missile strikes followed, against Mr Bin Laden training camps in Afghanistan and a Sudanese pharmaceutical plant believed (mistakenly as US intelligence now privately admits) to be producing the nerve gas VX on his behalf.

US embassies throughout the Middle East have been on alert since December, when the CIA found what it called 'strong and credible evidence' of an imminent attack by members of Mr Bin Laden's multinational organisation al-Qaeda (the Base).

The CIA also claimed to have foiled a plot last September by members of the Egyptian Islamic Jihad group, an al-

Guardian | The Western nightmare: Saddam and Bin Laden versus the world          Page 2 of 5

Qaeda affiliate, to bomb the US embassy in Baku, Azerbaijan. The Egyptian suspects were deported to Cairo.

The US government has spent $2 billion (?1.2 billion) on counter-terrorist measures since the August embassy bombings. The Pentagon has set up national guard rapid response teams in 10 states around the country.

Overseas, US embassy windows are being coated with protective film to prevent them disintegrating into lethal shards under the impact of a blast. And the FBI is kitting out a Gulfstream 5 long-range business jet to fly specialist teams of agents at short notice to a terrorist incident anywhere in the world.

Amid these preparations are signs that the threat of non-conventional terrorist attacks looms ever larger on the American horizon. The justice department has distributed equipment and training grants to local fire departments to help them deal with possible chemical or biological weapons incidents, and it recently organised a huge multi-agency operation, codenamed Poised Response, to rehearse a co-ordinated reaction to such an attack on Washington.

But it is not just the US which finds itself in the putative firing line. Since RAF bombers took part in air strikes on Iraq in November, British citizens have also become primary targets.

Talking to the London-based Arabic newspaper Asharq al-Awsat a month after the air strikes on Iraq, Mr Bin Laden explicitly added British civilians to his 'divinely-ordained' list of targets.

'The British and American people have widely voiced their support for their leaders' decision to attack Iraq, which makes all those people, in addition to the Jews who occupy Palestine, into people warring [against God],' he warned.

As Mr Bin Laden plans more attacks on the 'infidels' he regards as a contaminating presence at the Islamic holy sites of his home country, American and British intelligence services plot their own strategy. They aim to block his moves and contain him while waiting for a chance to strike themselves.

It is an unending game of chess between terrorism and counter-terrorism in which last year's multi-million dollar cruise missile strikes are merely the bluntest of weapons.

Even before the embassy bombings in Africa, US special forces had been rehearsing daring 'grab raids' aimed at fighting their way into Mr Bin Laden's mountain lair in Afghanistan and either abducting or assassinating him. But such an operation would almost certainly involve high American casualties and - like missile attacks - would require highly accurate information about the whereabouts of Mr Bin Laden.

According to journalists who visited him in December, the ascetic Saudi radical is these days more cautious than ever, continually shifting between tented camps and caves and never using satellite phones lest they betray his position to the US spy satellites that constantly hover overhead.

There has been at least one assassination attempt in recent months, carried out by Saudi intelligence.

Mr Bin Laden accused the governor of Riyadh, Prince Salman bin Abdul-Aziz (whom he also blamed for stripping him of Saudi citizenship in 1994) of offering $267,000 to three men to carry out the execution.

The terrorist financier told a Pakistani journalist that one of the would-be assassins, Siddiq Ahmed, had confessed, but did not say what had happened to him.

Prince Salman denied the accusation, saying that he had never heard of Siddiq Ahmed. But Vincent Cannistraro, the former head of CIA counter-terrorist operations, who maintains close contact with US and Middle Eastern intelligence networks, said an assassination bid did indeed take place.

'The Saudis hired someone among his followers to poison him, probably in November. He suffered kidney failure but recovered, at least partially,' Mr Cannistraro said.

Whether as a result of the assassination attempt or not, Mr Bin Laden is unwell, said Mr Cannistraro.

'There is definitely something wrong. The intelligence people here described him as gravely ill.'

Mr Bin Laden has denied such reports and claimed that he remains sufficiently vigorous to play football and ride horses. But the journalists who met him in December said he was walking stiffly and leaning on a walking stick. And when a Pakistani reporter, Rahimullah Yusufzai, filmed him hobbling, Mr Bin Laden's aides erased the tape.

While waiting for a chance to grab Mr Bin Laden or get a clear shot at him, his enemies are constantly striving to narrow his room for manoeuvre and fold up his sprawling financial network one bank account at a time.

'He's certainly feeling the pinch; he can't use his satellite phone and he can't travel for fear of being kidnapped,' said one British counter-terrorism expert.

'He's pretty much in a box and there are signs that action against his financial resources may have started to work.'

Mr Cannistraro believes that Mr Bin Laden's financial resources (originally estimated at up to $300 million) are dwindling fast.

'He went through his personal fortune long ago,' he said. 'He gets some income from trading through his companies. But his major source of income these days is fundraising, mostly among religious businessmen in the Gulf.'

The Saudi royal family, presumably stirred into action by last year's bloodbaths in Nairobi and Dar es Salaam, have closed down a number of Mr Bin Laden's front charities, and have been tightening the screws on their erstwhile Taliban clients, whose 'embassy' in Riyadh was closed down in September.

The Taliban's guiding light, Mullah Omar, has also rejected the entreaties of Prince Turki al-Faisal, the head of Saudi general intelligence, who visited Afghanistan twice last year in an attempt to lever Mr Bin Laden out of his hiding place.

'Prince Turki also returned empty handed,' Mr Bin Laden crowed soon after the last attempt in November.

'It is none of the business of the Saudi regime to come and ask for handing over Osama bin Laden, who was stripped of his identification card, which is his right by birth, and whose assets were frozen, and who was forced to sever all relations with his kin.'

The Taliban's reluctance to surrender Mr Bin Laden is understandable. An estimated 300 of the multi-ethnic volunteers under his command are thought to have died in the war against the Soviet Union, turning the Saudi guerrilla leader into a legend in Afghan hearts - and in his own mind. He once claimed to have 'reduced the Soviet Union to a myth'.

But even the fanatics of the Taliban are dependent on a steady supply of funds, if only to wipe out their adversaries' last remaining pockets of resistance. And in the last few months the Saudis have cut the flow of cash to a trickle.

Mamoun Fandy, a politics professor at Washington's Georgetown University, believes that the pressure will eventually take effect. In his new book, Saudi Arabia and the Politics of Dissent, to be published later this month, Mr Fandy writes: 'The Taliban protection is not likely to continue forever. Taliban as a movement is subject to global pressures, especially from the United States and Saudi Arabia. Previously, under pressure from both, Sudan expelled Bin Laden from its territory. Under similar pressure, the Taliban may find it profitable to do likewise.'

In fact, in recent interviews with Mr Fandy, Saudi Arabia's Crown Prince Abdullah said he had won the personal assurances of Mullah Omar that Mr Bin Laden's welcome was not indefinite.

'Omar promised Crown Prince Abullah that 'once things settled down' in Afghanistan, it would be no place for Osama. It is a matter of time,' Mr Fandy said.

This week's meeting between US and Taliban officials in Islamabad shows how the sands can shift, less than a year after Mullah Omar sent Bill Richardson (who was then the US ambassador to the United Nations) away empty handed from secret talks about Mr Bin Laden in Kabul last April.

It is at this moment, with Mr Bin Laden increasingly vulnerable, that the Iraqi offer of shelter materialised from the mysterious figure of Farouk Hijazi.

Mr Hijazi's arrival as Iraqi ambassador to Ankara last year was seen by Western intelligence analysts as President Saddam's attempt to beef up his espionage and weapons procurement network in the region.

Despite being Palestinian born, the secret policeman won the Iraqi ruling family's favour by the zeal with which he went about executing their opponents, both in Iraq and abroad. In the past decade he rose to become the head of external operations in the special security organisation run by President Saddam's son Qusay.

An attempt to place him in North America failed when Canada refused to accept him as ambassador. After a few months' hesitation, Turkey consented to his nomination late last year.

In a telling sign of the true function of the embassy, the outgoing ambassador, Rafi Daham al-Tikriti, was made head of the Iraqi mukhabarat intelligence service on his return to Baghdad.

Ahmed Allawi, who has been keeping tabs on Hijazi for the opposition Iraqi National Congress, said: 'Turkey is the Iraqis' biggest intelligence station abroad, and Hijazi is deeply involved in the secret overseas operations of the mukhabarat. He is the perfect man to send to Afghanistan.'

Mr Fandy believes that if Mr Bin Laden had to leave his Afghan stronghold he would prefer to seek refuge in the mountains of Yemen.

Although he was born in Riyadh, his family came from the Hadramout region of southern Yemen, and he has since cultivated contacts with the influential Sanhane tribe.

But Mr Fandy argues that even Yemen would not offer an entirely safe haven if the Saudi monarchy was determined to root him out. 'Saudi Arabia can threaten the regime of Ali Abdullah Saleh more than Bin Laden can threaten the Saudis.'

If Mr Bin Laden can be winkled out, it will be a significant victory for the West's billion-dollar counter-terrorism machine, but no one on either side of the Atlantic believes it will spell the end of hostilities with radical Islamic groups.

'It's dangerous to characterise him as the be all and end all of this problem,' said one British-based expert. 'Political Islam is on the rise and terrorist groups will continue to organise in spite of all the security measures. And Bin Laden has faithful lieutnants so even if he's assassinated the phenomenon isn't going to go away.'

The paradox of the Bin Laden manhunt is that its target is, in many ways, the joint creation of the Saudi and Western intelligence services, a result of their covert war to drive the Soviet Union out of Afghanistan.

Even then, some had qualms about cultivating that sort of client. 'We did worry then about these wild bearded men,' admits one British official. 'But there was a lot of naivety around.'

Under the great organising principle of the cold war, with Margaret Thatcher and Ronald Reagan doing their double act against the evil empire, their enemy's enemy was their friend.

Yet after the Soviet army left Afghanistan, it soon became clear that a dangerous genie had been let loose, as thousands of Egyptians and Algerians, Saudis and Yemenis, fired up by their victory over a superpower, went

home to give a critical edge to indigenous Islamic fundamentalist movements which had yet to turn violent.

Now, while trying to undo the mistakes of the past, the US and Britain have to steel themselves for Mr Bin Laden's promised next move.

If his flirtation with Baghdad is consummated, the struggle with the implacable zealot from Saudi Arabia could be drifting towards an exceedingly bloody end-game.

Guardian Unlimited © Guardian Newspapers Limited 2005

# EXHIBIT F

2 of 3 DOCUMENTS

Copyright 2001 The Atlanta Constitution
The Atlanta Journal-Constitution

December 11, 2001 Tuesday, Home Edition

**SECTION:** News; Pg. 3A

**LENGTH:** 436 words

**HEADLINE:** Taliban retreat leads to prisoners' release

**BYLINE:** TASGOLA KARLA BRUNER

**SOURCE:** AJC

**BODY:**

Kandahar, Afghanistan --- **Sadiq Turkistani** of Saudi Arabia was imprisoned almost four years for trying to kill Osama **bin Laden.** Jamal al-Harith of England spent two months in jail on spying charges. Abdul Sabar of Afghanistan served 15 months on what he says were trumped-up robbery charges.

Under the Taliban's justice system, these men were languishing in Kandahar's Sargassa Jail with no hope for release.

But now that the Taliban has left their southern stronghold, those who were enemies are friends.

On Monday, the men were released along with 1,500 other inmates by the incoming Pashtun-led government of Hamid Karzai and reinstated Kandahar governor Gul Agha. Many of the men had been imprisoned for fighting the Taliban during the civil war. Some of them were caught up in politics and the harsh application of Taliban law. The Taliban abandoned Kandahar on Friday, ending the last remnant of the movement's rule in Afghanistan.

When the tearful prisoners were released, they emerged with dazed looks. Some yelled, "God is great!"

Abdul Sabar took out a crumpled photo of his two babies in the capital, Kabul, and cried.

"I haven't seen my family. They don't know where I am. I don't know how they are. They probably think I'm dead," he said, wiping tears with his shawl.

He said he was a land mine-removal worker for the United Nations when thieves took some money he was transporting for the organization. When he went to report the robbery 15 months ago, the Taliban accused him of taking the money.

Saeed Kabir said he was fighting with the Northern Alliance against the Taliban when he was captured two years ago. He came out of prison with his fist in the air.

"They destroyed our country! They destroyed our Islam!" he shouted. "They don't care about anyone. They put everyone in jail whether they fought against them or not."

The prisoners said they lived on a ration of two pieces of bread a day, but more recently that had been reduced to one piece. They slept on the floor and were often beaten, they said.

Jamal al-Harith of Manchester, England, said he was arrested two months ago and accused of spying. He was in Quetta, Pakistan, when the U.S. bombing began Oct. 7. He tried to cross Afghanistan to reach Iran when the Taliban arrested him.

He said he was kept in a dark room for two weeks and wasn't allowed to do anything but use the toilet. The Taliban took his passport, documents and money.

Taliban retreat leads to prisoners' release The Atlanta Journal-Con

"We don't have anything. We have no money. There's not even a bus system to take a bus out of here," he said. "The Taliban brought me here and forgot about me."

**LOAD-DATE:** December 11, 2001

# EXHIBIT G

# Detainee Cleared for Release Is in Limbo at Guantanamo

By Josh White
and Robin Wright
*Washington Post Staff Writers*

When U.S. forces freed Saddiq Ahmad Turkistani from a Taliban prison in Kandahar, Afghanistan, in late 2001, the detainee met with reporters at a news conference and told U.S. officials that he had been wrongly imprisoned for allegedly plotting to kill Osama bin Laden.

A Muslim Uighur who was born and raised in Saudi Arabia, Turkistani said he believed in the U.S. campaign against terrorism. He professed hatred for al Qaeda and the Taliban — groups he said conspired him to prison — and offered to help the United States. In-telligence officials and U.N. repre-sentatives "told Turkistani they would not find him refuge, possi-bly for Turkistani, according to ac-counts he later gave his lawyers.

Instead, Turkistani was taken to a U.S. military base in Afghani-stan, where he was stripped, cuffed and thrown behind bars. U.S. officials then strapped him onto an airplane, fitted him with dark goggles and sent him to the U.S. detention facility at Guanta-namo Bay, Cuba, in January 2002, according to U.S. lawyers who rep-resent him.

Nearly four years later, Turki-stani remains there, despite being cleared for release early this year after a government review con-cluded he is "no longer an enemy combatant." It is unclear exactly when that determination was made, but Justice Department law-yers gave notice of it in an Oct. 11 court filing.

Turkistani wrote a letter to his lawyers in recent months in which he asked about the welfare of his family, whom he has not heard from in eight years: "Now, I have been under the control of the Americans for the past three years and eight months. Six months ago, these told by the Americans that I am innocent and I am not an ene-my combatant."

It remains a mystery why Turki-stani was sent to Guantanamo Bay at all. Some officials and his law-yers speculate that he has been held by mistake. Or, they say, some officials may have believed he had intelligence value because bin Lad-en accused him of trying to plot his killing in 1998. U.S. officials have offered no public explanation.

Like a group of five Chinese Uig-hurs (pronounced *wee-gurz*), Tur-kistani remains incarcerated be-cause the United States simply does not know what to do with him. He does not have Saudi citi-zenship, and U.S. officials are hav-ing trouble getting his home coun-try to take him back. U.S. officials do not want to send him to China, where Uighurs are seeking a sep-arate homeland, saying he is likely to be tortured.

But unlike many detainees at Guantanamo Bay, Turkistani was not captured on the battlefield, nor was he a suspected terrorist. In-stead, he was swept up in the con-fusion that marked the early days of the U.S. war in Afghanistan, and even as a potential ally found him-self with no recourse to challenge his detention.

"The crowning irony is that he an enemy of bin Laden, who was charged with conspiring to kill Osama and we held him prisoner to-day," said Sabin Willett, a lawyer who has filed a petition with the U.S. District Court in Washington on Turkistani's behalf. "It's heart-breaking that we throw people into limbo rock."

Turkistani is one of nine detain-ees who live at Guantanamo Bay's Camp Iguana, a less restrictive area of the prison where detainees have limited privileges including access to television and a few DVDs. Besides five Chinese Uig-hurs who have not been accepted by any country, there is a Russian, an Algerian and an Egyptian. All have been cleared for release but have not been given their freedom.

A former U.S. official familiar with detention operations said mistakes were made in Afghani-stan, when some detainees were shipped to Cuba because space at a U.S. facility in Bagram was lim-ited and there was no clear plan on where to house suspected enemy combatants.

"It's possible to get stuck there if you don't have a state," the for-mer official said. "Particularly at that time, when there were a lot of people getting picked up in Af-ghanistan, cases people were un-sure about tended to end up in Cu-ba. People did get caught up in the situation."

Turkistani told his lawyers that he was deported to Afghanistan from Saudi Arabia sometime in 1997, after he was jailed for alleged possession of hashish. Turkistani said he was given fake Afghan identification and put on a plane from Jeddah to Kabul because the Saudi government did not recog-nize him as a citizen. He said that Afghan officials detained him for six days before releasing him.

He said he made his way to Khost, Afghanistan, and befriend-ed an Iraqi man. Before long, he and his friend were arrested by four Arab al Qaeda members. Tur-kistani said he was accused of be-ing a Saudi spy, interrogated and tortured.

Fearing for his life, after 20 days of severe beatings and sleep depri-vation, Turkistani said he ultimate-ly gave what he called a "lengthy story" about how the Saudis had sent him there to kill bin Laden. He was turned over to the Taliban and held in Kandahar for more than four years.

Susan Baker Manning, another lawyer representing Turkistani who met with him last month, said he denies allegations that he tried to kill bin Laden and confessed only under torture. Bin Laden, however, asserted in a statement in December 1998 that Turkistani and two accomplices had been hired by Saudi Arabian officials to kill him and failed.

Foreign news reports have in-dicated that the attack, allegedly by poison, caused bin Laden's kid-neys to fail and netted Turkistani and his alleged accomplices hun-dreds of thousands of dollars.

Manning said that the govern-ment has been challenging law-yers' efforts to represent Turki-stani, and that he has become intensely frustrated by his lengthy confinement.

"It's entirely possible that it's just a mistake," Manning said. "The enemy took away his life for 4½ years, and we reward him for that by taking away his life for an other four years. He clearly op-posed al Qaeda and the Taliban, and he still feels that way. He's still a huge fan of the U.S. anymore."

*Researcher Julie Tate contributed to this report.*

Another U.S. official familiar with Guantanamo Bay said it is likely that other "stateless" people will surface as the military pre-pares to release more detainees.

The Defense and State depart-ments are working to return such people to their home countries, if possible, and have unsuccessful-ly tried to persuade at least 20 na-tions to take in the Uighurs — in-cluding Sweden, Finland, Swit-zerland and Turkey.

"The government is serious about finding a place for resettle-ment for the Uighurs and will con-tinue diplomatic efforts to accom-plish that goal," said Lt. Col. Mark Ballesteros, a Pentagon spokes-man. "The United States has made it clear that it does not expel, re-turn or extradite individuals to other countries where it believes it is more likely than not they will be tortured."

Turkistani is one of more than 200 Guantanamo Bay detainees who have filed habeas corpus peti-tions in U.S. District Court in Washington, arguing that they are being held unlawfully and asking the court to order their release.