## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Case No. 1:05-cv-01509-RMU |

**PETITIONER'S EMERGENCY MOTION FOR (i) COUNSEL ACCESS AND (ii) RESOLUTION OF OTHER ACCESS AND CONDITIONS ISSUES**

Petitioner Saddiq Turkistani ("Saddiq") submits this Emergency Motion for (i) Counsel Access and (ii) Resolution of Other Access and Conditions Issues ("Emergency Motion"). Saddiq is a non-combatant petitioner in the above-captioned case. By an order of Judge Gladys Kessler as Chair of the Calendar and Case Management Committee, docketed in this case on November 2, 2005, all issues related to the protective order are referred to Magistrate Judge Alan Kay. *See* November 22, 2005, Order of Hon. Gladys Kessler, in No. 05-1509. For the reasons stated in the accompanying Memorandum, Saddiq respectfully requests (i) an immediate order permitting counsel to meet with him at Camp Iguana during counsel's already-scheduled April 9-16 visit and thereafter, and (ii) a hearing and order directing reasonable improvements of the conditions on his continued imprisonment, including meaningful access to books, newspapers, magazines, family, telephone, and the like. **Because of the imminence of counsel's base visit commencing April 9, 2006, the order directing that counsel visits take place in Camp Iguana is sought on an emergency basis.**

WHEREFORE, Petitioner Saddiq Turkistani respectfully requests that the Court allow the Emergency Motion and enter an Order:

a. Directing that counsel visits with Saddiq and other non-combatant detainees shall immediately resume in Camp Iguana, free of chains and shackles;

b. Directing that Petitioner Saddiq be granted telephonic access to his family;

c. Directing that Petitioner Saddiq be allowed access to English language learning materials, news materials, and the like; and

d. Granting such additional and further relief as the Court deems proper.

Dated: April __, 2006

Of Counsel:

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439

Susan Baker Manning (Cal. 197350)
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

/s/ Neil McGaraghan
P. Sabin Willett (BBO# 542519)
Neil McGaraghan (BBO# 649704)
Jason S. Pinney (BBO# 658853)
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736