## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*, <br><br>    Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>    Respondents/Defendants. | Case No. 1:05-cv-01509-RMU |

### APRIL 3, 2006, DECLARATION OF NEIL MCGARAGHAN

I, Neil McGaraghan, depose and say:

    1.    I represent the Petitioners in the above-referenced case.

    2.    Attached as Exhibit A is a true and correct copy of the Declaration of J. Wells Dixon submitted in a case on appeal to the U.S. Court of Appeals for the District of Columbia Circuit.

    3.    Attached as Exhibit B is a true and correct copy of a March 22, 2006, letter from my colleague Sabin Willett to Col. Michael I. Bumgarner, under cover of an email to the Department of Justice.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 3d day of April 2006.

                                                            /s/ Neil McGaraghan