**Exhibit A**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5477

September Term, 2005

05cv00497

Filed On:

Abu Bakker Qassim, Detainee, Guantanamo Bay
Naval Station and Adel Abdu Al-Hakim, Detainee,
Guantanamo Bay Naval Station,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR - 7 2006

CLERK

**BEFORE:** Henderson, Rogers, and Griffith, Circuit Judges

## ORDER

Upon consideration of the emergency motion for client access in Camp Iguana and reference of other access and conditions issues to Magistrate Judge, and the opposition thereto, it is

**ORDERED**, on the court's own motion, that the emergency motion be unsealed. It is

**FURTHER ORDERED** that the motion be dismissed in part as moot. To the extent appellants ask that they be permitted to meet with counsel without being shackled or chained, the motion is moot based on appellees' representation that because appellants are not enemy combatants, they "are not restrained or shackled during their meetings with counsel in Camp Echo." Opp'n at 5. It is

**FURTHER ORDERED** that consideration of the remainder of the motion be deferred pending oral argument.

<u>Per Curiam</u>

KCH
JWR
TBG