**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JAMAL KIYEMBA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-01509 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF FILING OF PROTECTED INFORMATION**

NOTICE is hereby given that, pursuant to the protective orders entered herein by the

Court's Order of September 13, 2005 (dkt no. 8), respondents have filed with the Court Security

Office a submission which they seek to have designated as "protected information" pursuant to

the protective orders.  The submission cannot be described in any greater detail without

disclosing the substance of the protected information.  As required by the protective orders (*see*

November 10, 2004 Order Addressing Designation Procedures for "Protected Information"),

respondents have disclosed the protected information to petitioners' counsel and are conferring

with counsel in an attempt to reach an agreement regarding the designation of the information

prior to filing a motion with the Court; following the outcome of that conferral, respondents will

file an appropriate motion with the Court to have the information designated as "protected."

Dated: June 15, 2006                  Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      DOUGLAS N. LETTER
                                      Terrorism Litigation Counsel

                                         /s/ Andrew I. Warden
                                      JOSEPH H. HUNT (D.C. Bar No. 431134)
                                      VINCENT M. GARVEY (D.C. Bar No. 127191)
                                      TERRY M. HENRY
                                      JAMES J. SCHWARTZ
                                      PREEYA M. NORONHA
                                      ROBERT J. KATERBERG
                                      ANDREW I. WARDEN (IN Bar. No. 23840-49)
                                      NICHOLAS J. PATTERSON
                                      MARC A. PEREZ
                                      EDWARD H. WHITE
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Ave., N.W.
                                      Washington, DC  20530
                                      Tel:  (202) 514-4107
                                      Fax:  (202) 616-8470

                                      Attorneys for Respondents