# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMAL KIYEMBA, *et al.*,<br><br>      Petitioners,<br><br>   v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>      Respondents. | Civil Action No. 05-CV-01509 (RMU) |

## NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION

Respondents hereby provide notice that petitioner Saddiq Ahmed Turkistani has been transferred to the Government of the Kingdom of Saudi Arabia and released from United States custody.

In accordance with the Stipulation and Order filed with the Court on June 19, 2006, the parties agreed that, pursuant to the protective orders entered by the Court's Order of September 13, 2005 (dkt no. 8), Respondents' Notice Pursuant To The Court's September 13, 2005 Order, as well as the Stipulation and Order, shall be designated as "Protected Information" pending notice by respondents that the transfer of petitioner to the Kingdom of Saudi Arabia has been completed. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the notice and stipulation treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents' Notice Pursuant To The Court's September 13, 2005 Order (filed on June 15, 2006) and the Stipulation and Order (filed on June 19, 2006, previously filed under seal as protected information, may be unsealed and filed on the

Dated: June 27, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
MARC A. PEREZ
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

---

public record.  To the extent the Court's June 21, 2006 Order (dkt. no. 58) was filed under seal because it contains the protected information originating in the June 15, 2006 notice and the June 19, 2006 stipulation, the parties have no objection to the Court unsealing the June 21, 2006 Order.