IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as next friend of ABDUSABUR DOE, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-CV-01509 (RMU)

**PROPOSED ORDER**

Upon consideration of respondents' Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of June 29, 2006 is VACATED and set aside.

IT IS SO ORDERED.

Dated: _____          _____
                                      RICARDO M. URBINA
                                      United States District Judge