IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMAL KIYEMBA, as next friend of ABDUSABUR DOE, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-01509 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**PROPOSED ORDER**

Upon consideration of respondents' Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of June 29, 2006 is STAYED pending resolution of respondents' motion to reconsider the Memorandum Order.

IT IS SO ORDERED.

Dated: _____         _____
                                     RICARDO M. URBINA
                                     United States District Judge