*Previously Cleared by CSO for Public Filing*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USAMA HASSAN ABU KABIR, *et al* <br> Petitioners <br> v. <br> GEORGE W. BUSH, *et al.,* <br> Respondents. | Civil Action No. 05-CV-1704 (JR)(AK) |
| JAMAL KIYEMBA, *et al.*, <br> Petitioners <br> v. <br> GEORGE W. BUSH, *et al.,* <br> Respondents. | Civil Action No. 05-CV-1509 (RMU)(AK) |

## JOINT EMERGENCY MOTION
## FOR ORDER REQUIRING BASE ACCESS
## FOR PREVIOUSLY-CLEARED UIGHUR TRANSLATOR

**INTRODUCTION**

Petitioners are Chinese Uighur detainees held by the United States Government at Guantanamo Bay Naval Station ("Guantanamo Bay"). Petitioners file this emergency motion for an order requiring base access for a previously-cleared Uighur translator in connection with client visits scheduled to begin on July 13, 2006. The subject matter of the motion pertains to the interpretation or construction of the Protective Orders entered in the above-captioned cases, and is within the

jurisdiction of this Court (Kay, M.J.) to resolve pursuant to the November 2, 2005 Order of the Chair of the Calendar and Case Management Committee (Kessler, J.) and LCVR 72.2(a).  In support of the motion, petitioners state that the government has the authority to waive clearance procedures for travel to the base, which is the proper remedy in this instance, where security clearance has already been granted previously and where counsel has a bona fide need for the translator's services.  In addition, petitioners rely on the Memorandum of Law filed herewith.

Dated: July 7, 2006                                              COUNSEL FOR PETITIONERS:


Of Counsel:

    Barbara Olshansky                                                                 /s/
    Deputy Director                                                    Elizabeth P. Gilson
    CENTER FOR CONSTITUTIONAL            CT 002480
    RIGHTS                                                                 383 Orange Street
    666 Broadway, 7th Floor                               New Haven, CT 06511
    New York, NY 10012                                     Telephone:   (203) 777-4050
    Telephone:   (212) 614-6439                     Facsimile:   (203) 787-3259


                                                                         /s/
                                               Sabin Willett
                                             Neil G. McGaraghan
                                             Jason S. Pinney
                                             BINGHAM MCCUTCHEN LLP
                                             150 Federal Street
                                             Boston, MA  02110-1726
                                             Telephone: (617) 951-8000
                                             Facsimile:  (617) 951-8925

                                             Susan Baker Manning
                                             Hope M. Jarkowski
                                             BINGHAM McCUTCHEN LLP
                                             1120 20th Street, NW, Suite 800
                                             Washington, DC  20036
                                             Telephone: (202) 778-6150
                                             Facsimile:  (202) 778-6155

3

---

1

Case 1:05-cv-01509-UNA   Document 64   Filed 07/07/2006   Page 3 of 3