*Previously Cleared by CSO For Public Filing*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | Case No. 1:05-cv-1509 (RMU) (AK) |
| USAMA HASSAN ABU KABIR, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | Case No. 1:05-cv-1704 (JR)(AK) |

## JULY 7, 2006, DECLARATION OF RUSHAN ABBAS

I, Rushan Abbas, declare as follows:

1. I currently live at 1694 East Ryan Lane, Fresno, California.

2. I have been a naturalized U.S. citizen since February 23, 1995. My naturalization certificate (#21951421) was issued by the U.S. District Court for the Eastern District of Washington.

3. I am a native Uighur speaker.

4. Working through a contractor, BTG-Titan, I acted as an interpreter for the U.S. government at the Guantánamo Bay Naval Base from April to December 2002, and again from April to May 2003, translating during interrogations of Uighur, Uzbek, Kazakh, and Turkish prisoners.

5. I have advised Petitioners' counsel, Sabin Willett and Beth Gilson, that I am willing to work for *habeas* counsel and am scheduled to travel to the

Guantánamo Bay Naval Base on July 13, 2006, to translate during *habeas* counsel's meetings with Petitioners.

6. I am willing to execute the protective order entered in these cases and observe all rules and regulations required by the Government, with which I am already well acquainted from my previous service as a translator in 2002 and 2003.

7. Furthermore, I have advised counsel that I cannot disclose any information that I learned while employed by the Government.

8. At the Government's request, I have resubmitted an application for security clearance.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2006.

Rushan Abbas

7/7/06

LITDOCS/646649.1