# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05-CV-01509 (RMU)(AK) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Opposition To Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum, and

- July 10, 2006 Declaration of Jason S. Pinney in Support of Petitioners' Opposition To Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum.

Dated: July 10, 2006

        /s/ Neil McGarghan
Sabin Willett
Neil McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8925

LITDOCS/646806.1

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439

- 2 -