# EXHIBIT  A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMAL KIYEMBA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-01509 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## DECLARATION OF TERRY M. HENRY

Pursuant to 28 U.S.C. § 1746, I, Terry M. Henry, hereby declare:

1.      I serve as Senior Trial Counsel in the United States Department of Justice, Civil Division, Federal Programs Branch.  I serve as one of the counsel for respondents in the Guantanamo Bay *habeas* litigation, including in this case.  The information supplied in this declaration is based on my personal knowledge or on information provided to me in my official capacity.

2.      Attached hereto is a true copy of a string of e-mails exchanged between counsel for respondents, counsel for petitioners, and the chambers of Magistrate Judge Alan Kay on July 12, 2006, in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2006

TERRY M. HENRY

## Henry, Terry (CIV)

| | |
|---|---|
| **From:** | joanne_Werdel@dcd.uscourts.gov |
| **Sent:** | Wednesday, July 12, 2006 11:49 AM |
| **To:** | Warden, Andrew (CIV) |
| **Cc:** | Campbell, Jennifer; Henry, Terry (CIV); egilson@snet.net; jason.pinney@bingham.com |
| **Subject:** | Re: Guantanamo Visit Dates |

Dear All,

Judge Kay asked that I convey his appreciation for your patience and cooperation the past two days.  He also requested that you keep him posted on your collective efforts to confirm Ms. Abbas' interim security clearance and your progress on selecting replacement dates.

Warm regards,

Joanne Werdel
Law Clerk to the Honorable Magistrate Judge Alan Kay US District Court for the District of Columbia
(202) 354-3039

"Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
07/12/2006 09:51 AM

To
"jason.pinney@bingham.com" <jason.pinney@bingham.com> (Receipt Notification Requested) (IPM Return Requested), "egilson@snet.net"
<egilson@snet.net> (Receipt Notification Requested) (IPM Return Requested) cc "Jennifer.Campbell@usdoj.gov" <Jennifer.Campbell@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "Terry.Henry@usdoj.gov"
<Terry.Henry@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "joanne_Werdel@dcd.uscourts.gov"
<joanne_Werdel@dcd.uscourts.gov> (Receipt Notification Requested) (IPM Return Requested)
Subject Guantanamo Visit Dates

Dear Counsel:

At the Court's request, I am writing in regard to potential available dates for rescheduling your visits to Guantanamo, assuming that a decision regarding a security clearance for Ms. Abbas is forthcoming by the end of July and, of course, is favorable in regard to granting the clearance.  These dates are my best guess after reviewing the current habeas visit calendar.  As you know, we will need to confirm the logistics (e.g., detainee movements, lodging, etc.) of any specific visit request with Guantanamo personnel before the arrangements are formally approved.  Additionally, it likely will be easier to reschedule Ms. Gilson's visit (2 interview days, 2 detainees) than Mr. Pinney's visit (5 interview days, 9 detainees).  With those caveats, the potential interview dates are as follows:

** Gilson:  Aug. 3-4; week of Aug. 21; week of Aug. 28
** Pinney:  week of Aug. 21; week of Aug. 28

Best regards,

Andrew

Andrew I. Warden

1

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470