*Previously Cleared by CSO for Public Filing*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*,

    Respondents/Defendants.

Case No. 1:05-cv-01509 (RMU)

### PETITIONERS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENTS' EMERGENCY MOTION FOR STAY AND RECONSIDERATION OF MAGISTRATE JUDGE'S JUNE 29, 2006 MEMORANDUM ORDER

Petitioners' Abdusabur Doe, *et al.*, ("Petitioners") respectfully request that this Court grant Petitioners' Assented To Motion for an Extension of Time to File an Opposition to Respondents' Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order. As grounds for this request, Petitioners state the following:

1. On June 29, 2006, Magistrate Judge Kay filed a Memorandum Order in the above captioned case [dkt. no. 60].

2. On July 6, 2006, Respondents filed an Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order ("Emergency Motion") [dkt. nos. 61 & 62].

3. On July 11, 2006, Petitioners filed an Opposition to Respondents' Emergency Motion asking this court to summarily deny Respondents' Emergency Motion or, in the alternative, deny the entry of a stay or other emergency relief and allow Petitioners to file a brief on the merits of the motion [dkt. no. 70].

4. Under Local Rule LCrR 47(b), Petitioners' full merits brief in opposition is due today, July 17, 2006. Pending this Court's decision and pursuant to the Local Rules, Petitioners' counsel conferred with Respondents' counsel and requested a one-week time extension for filing of a full merits brief until July 24, 2006.

5. Respondents' attorney, Mr. Terry M. Henry, assented to this time extension over the telephone at approximately 2:30 PM on July 17, 2006.

WHEREFORE, provided that this Court does not summarily deny Respondents' Emergency Motion, Petitioners respectfully request that this Court grant Petitioners until July 24, 2006, to file a brief on the merits of the Emergency Motion.

Dated: July 17, 2006

Of Counsel:

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439

/s/ Neil G. McGaraghan
Sabin Willett
Neil G. McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8925

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

## CERTIFICATE OF SERVICE

I, Jason S. Pinney, have this 17th day of July, 2006, served the foregoing PETITIONERS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENTS' EMERGENCY MOTION FOR STAY AND RECONSIDERATION OF MAGISTRATE JUDGE'S JUNE 29, 2006 MEMORANDUM ORDER by electronic mail on:

Terry M. Henry
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

                                                /s/ Jason S. Pinney_____
                                                Jason S. Pinney