## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Case No. 05-CV-01509-RMU |

### NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- Petitioners' Memorandum In Opposition To Respondents' Emergency Motion For Stay And Reconsideration Of Magistrate Judge's June 29, 2006 Memorandum

Dated: July 24, 2006

/s/ Neil McGarghan
Sabin Willett
Neil McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8925

LITDOCS/648043.1

- 2 -

        Susan Baker Manning
        BINGHAM McCUTCHEN LLP
        1120 20th Street NW, Suite 800
        Washington, DC  20036
        Telephone:  (202) 778-6150
        Facsimile:  (202) 778-6155

        Barbara Olshansky
        Deputy Director
        CENTER FOR CONSTITUTIONAL
        RIGHTS
        666 Broadway, 7th Floor
        New York, NY  10012
        Telephone:  (212) 614-6439

- 2 -