*Previously Cleared by CSO for Public Filing*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>   Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>   Respondents. | Case No. 1:05-cv-01509 (RMU) |

## ENTRY OF APPEARANCE

Attorney Jason S. Pinney hereby gives notice of his appearance in this case on behalf of Petitioners in the above captioned matter, whom he represents *pro bono publico*. This notice is not intended to affect the appearances of any other attorneys or firms who have appeared in this case (including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned case).

LITDOCS/647245.1

Dated: July 25, 2006                              Respectfully submitted,

                                                  /s/  Neil McGaraghan
                                                  Sabin Willett
                                                  Rheba Rutkowski
                                                  Neil McGaraghan
                                                  Jason S. Pinney
                                                  BINGHAM McCUTCHEN LLP
                                                  150 Federal Street
                                                  Boston, MA  02110-1726
                                                  Telephone:   (617) 951-8000
                                                  Facsimile:    (617) 951-8925

                                                  Susan Baker Manning
                                                  BINGHAM McCUTCHEN LLP
                                                  2020 K Street, N.W.
                                                  Washington, DC  20006
                                                  Telephone:   (202) 778-6150
                                                  Facsimile:    (202) 778-6155

## CERTIFICATE OF SERVICE

      I, Ilisa Horowitz, have this 25th day of July, 2006, served the foregoing ENTRY OF APPEARANCE by electronic mail on counsel for the Respondents:

    Andrew I. Warden  
    Trial Attorney  
    U.S. Department of Justice  
    Civil Division, Federal Programs Branch  
    20 Massachusetts Ave., NW, Room 6120  
    Washington, DC 20530

                                                  /s/ Ilisa Horowitz  
                                                    Ilisa Horowitz

LITDOCS/647245.1