IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMAL KIYEMBA, as next friend of ABDUSABUR DOE, *et al.*, <br><br>      Petitioners, <br><br>           v. <br><br>GEORGE W. BUSH, <br>      President of the United States, <br>      *et al.*, <br><br>      Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-CV-01509 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RESPONDENTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR STAY AND RECONSIDERATION OF MAGISTRATE JUDGE'S JUNE 29, 2006 MEMORANDUM

Respondents hereby respectfully submit this memorandum in further support of their Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order (dkt. nos. 61, 62), to inform the Court of two developments that have occurred since the filing of the last brief in this matter, that is, petitioners' July 24, 2006 opposition to respondents' motion (dkt. no. 78).

First, as previously noted, petitioners' counsel's prior visit to Guantanamo was postponed because the interpreter counsel proposed to use on the visit did not have an appropriate security clearance. *See* Respondents' Reply Memo. (dkt. no. 72). The interpreter, however, has recently obtained the necessary security clearance to visit Guantanamo. Accordingly, petitioners' counsel's visit to Guantanamo, previously scheduled for July 16-23, 2006, has been rescheduled to August 27 -September 1, 2006. Accordingly, respondents seek a decision on their motion for stay and reconsideration prior to that time.

Second, with respect to the issue of the effect of the Detainee Treatment Act of 2005 on the jurisdiction of the Court in this case – that is, the exclusion of this Court's jurisdiction given the investment of exclusive jurisdiction in the Court of Appeals to consider the validity of determinations that detainees are properly detained as enemy combatants, such as with respect to the petitioners that are at issue in respondents' motion – the Court of Appeals recently called for supplemental briefing regarding the effect of the Supreme Court's decision in *Hamdan v. Rumsfeld*, 548 U.S. ___, 126 S. Ct. 2749 (2006). Such briefing is scheduled to be completed by August 15, 2006.

Dated: August 4, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Attorneys for Respondents