CLEARED FOR PUBLIC FILING BY THE CSO

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Case No. 1:05-cv-01509-RMU |

**PETITIONERS' NOTICE CONCERNING ATTORNEY-CLIENT COMMUNICATIONS**

Pursuant to the August 4, 2006, Order of Judge Gladys Kessler as Chair of the Calendar and Case Management Committee ("Order"), the Court directed counsel for Petitioners to file a Notice identifying "any Petitioner as to whom counsel lacks a good-faith belief that *any* attorney-client communication occurred prior to June 18, 2006 (either through written correspondence or in-person conversation), or any Petitioner as to whom communications with counsel prior to that date were limited to *unprivileged* preliminary correspondence . . . ." Order at 5. Counsel for Petitioners hereby notifies the Court that none of the Petitioners[1] falls into either of these two categories. Counsel has a good faith belief that substantive attorney-client communication occurred between counsel and each Petitioner prior to June 18, 2006.

---

[1] The Petitioners are Sabir (ISN 282), Huzaifa (ISN 320), Abdusamet (ISN 295), Jalalidin (ISN 285); Abdulnasir (ISN 278), Abdusaber (ISN 275), Hammad (INS 328), Khalid (ISN 280), and Saddiq Turkestani (ISN 491).

2

Dated:  August 15, 2006


| | |
|---|---|
| Of Counsel: | Susan Baker Manning (Cal. 197350) |
| | BINGHAM McCUTCHEN LLP |
| Barbara Olshansky | 1120 20th Street NW, Suite 800 |
| Deputy Director | Washington, DC  20036-3406 |
| CENTER FOR CONSTITUTIONAL | Telephone:   (202) 778-6150 |
| RIGHTS | Facsimile:    (202) 778-6155 |
| 666 Broadway, 7th Floor | |
| New York, NY 10012 | /s/ Neil McGaraghan |
| Telephone:  (212) 614-6439 | P. Sabin Willett (BBO# 542519) |
| | Neil McGaraghan (BBO# 649704) |
| | Jason S. Pinney (BBO# 658853) |
| | BINGHAM McCUTCHEN LLP |
| | 150 Federal Street |
| | Boston, MA  02110-1726 |
| | Telephone:   (617) 951-8000 |
| | Facsimile:    (617) 951-8736 |