*Previously Cleared by CSO for Public Filing*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al*.,

    Petitioners,

v.

GEORGE W. BUSH, *et al*.,

    Respondents.

Case No. 1:05-cv-01509 (RMU)

## <u>CERTIFICATION OF COUNSEL</u>

I, Neil McGaraghan, hereby certify that the Memorandum of Understanding Regarding Access to Classified National Security Information filed in this case on March 7, 2007, and attached hereto as <u>Exhibit A</u>, was submitted on behalf of Francesca L. Miceli, Esq., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110.

Dated:  March 13, 2007                    Respectfully submitted,


    /s/  Neil McGaraghan
Sabin Willett
Rheba Rutkowski
Neil McGaraghan
Jason S. Pinney
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:     (617) 951-8925


Susan Baker Manning
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC  20006
Telephone:   (202) 778-6150
Facsimile:     (202) 778-6155


## CERTIFICATE OF SERVICE

I, Neil McGaraghan, have this 13th day of March, 2007, served the foregoing

CERTIFICATION OF COUNSEL by electronic mail on counsel for the Respondents:

    Andrew I. Warden
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

    /s/ Neil McGaraghan
    Neil McGaraghan

2