### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 05-CV-01509-RMU |
| EDHAM MAMET,<br><br>and<br><br>IBRAHIM MAMET, as Next Friend of EDHAM MAMET,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Case No. 1:05-cv-01602-ESH |

### **NOTICE OF FILING**

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- Notice of Activity in Guantanamo Cases.

- 2 -

                              Respectfully submitted,

                              Counsel for Petitioners:

Dated: July 3, 2007              /s/Neil McGaraghan
                                      Sabin Willett
                                      Neil McGaraghan
                                      Jason S. Pinney
                                      BINGHAM McCUTCHEN LLP
                                      150 Federal Street
                                      Boston, MA  02110-1726
                                      Telephone:  (617) 951-8000
                                      Facsimile:  (617) 951-8925

- 3 -

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC  20036
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Barbara Olshansky
Deputy Director
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Telephone:  (212) 614-6439