# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5487**  **September Term, 2007**
05cv00270, 05cv00833
05cv01509, 05cv01602
05cv02053

Filed On: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 7 2007
CLERK

Jamal Kiyemba, Next Friend, et al.,
    Appellees

v.

George W. Bush, President of the United States, et al.,
    Appellants

---

Consolidated with 05-5488, 05-5489, 05-5490, 05-5491, 05-5492, 06-5042, 06-5234,

**BEFORE:** Ginsburg, Chief Judge, and Griffith and Kavanaugh,* Circuit Judges

## ORDER

Upon consideration of the motion to recall the mandate and the opposition thereto, it is

**ORDERED** that the motion be granted and the mandate be recalled. The Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued May 10, 2007.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Nancy G. Dunn
Deputy Clerk

---

\* Circuit Judge Kavanaugh would deny the motion. *Cf. Belbacha v. Bush*, No. 07A98 (U.S. Aug. 10, 2007) (Supreme Court order declining to prevent Government from transferring detainee from Guantanamo Bay to Algeria notwithstanding grant of certiorari in *Boumediene*).