UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Case No. 05-CV-01509 (RMU)

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, Petitioners re-filed Petitioners' Statement of Points and Authorities in Support of Petitioners' Emergency Motion to Lift Stay and Set a Scheduling Conference, with Exhibit 1 (January 20, 2007, Declaration of Sabin Willett, No. 06-1397). Exhibit 1 was inadvertently not included in this morning's filing (Document No. 109).

Dated: June 16, 2008

Of Counsel:

Wells Dixon
WDixon@ccrjustice.org
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439

/s/ Susan Baker Manning
Susan Baker Manning
susan.manning@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736