UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMAL KIYEMBA, as Next Friend of
ABDUSABUR DOE, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Case No. 05-CV-01509 (RMU)

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction;

- Statement of Points and Authorities in Support of Petitioners' Motion For Temporary Restraining Order and Preliminary Injunction;

- [Proposed] Order Granting Petitioners' Motion For Temporary Restraining Order and Preliminary Injunction.

- 2 -

Dated:  June 25, 2008

/s/ Susan Baker Manning
Susan Baker Manning
susan.manning@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Telephone:   (202) 373-6000
Facsimile:    (202) 373-6001

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:    (617) 951-8736