**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,

Petitioners,

v.

GEORGE W. BUSH, *et al.*,

Respondents.

Case No. 1:05-cv-01509 (RMU)

**PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [HEARING REQUESTED]**

**PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

For the reasons set forth in Petitioners' Statement of Points and Authorities in Support of Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, Petitioners move for a temporary restraining order, and a preliminary injunction, pending resolution of these *habeas* petitions, restraining and enjoining Respondents from detaining Petitioners in any but the least restrictive camp within JTF-GTMO (without limitation, precluding further imprisonment in the isolation regimens of Camps 5 and 6). Petitioners also move for an order directing that the Respondents promptly make Petitioner Parhat available for a telephone call with counsel.

Pursuant to Local Rule 7(m), counsel attempted (by telephone and electronic mail) to obtain consent of the government to the relief sought herein. Consent has not been obtained.

As the prisoners are destitute, the Court should waive any requirement for a bond.

A grant of the relief requested herein lies within the sound discretion of the Court.

**WHEREFORE**, Petitioners pray:

1. For an immediate hearing on this motion;

2. For an order temporarily restraining, and then preliminarily enjoining Respondents from holding them in any camp but Camp 4 of JTF-GTMO, and from holding them under any conditions of isolation or solitary confinement; and

3. For an order directing that the Respondents promptly make Petitioner Parhat available for a telephone call with counsel.

4. In the alternative to the relief requested in paragraph 2, above, Petitioners request that the Court order Respondents to notify the Court whether they will voluntarily consent to the relief set forth in paragraph 2, and in the event they will not, that the Court order the Petitioners transported to the Court, where they shall appear and appropriate conditions of confinement, if any, shall be imposed pending final disposition of their *habeas* petitions.

5. Petitioners request such other and further relief as may be just and proper.

Dated: June 25, 2008


Susan Baker Manning
susan.manning@bingham.com
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone: (202) 778-6150
Facsimile: (202) 778-6155

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Rheba Rutkowski
rheba.rutkowski@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736

**CERTIFICATE OF SERVICE**

I certify that, on this 25th day of June, 2008, I served the foregoing Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction on the Respondent's counsel of record by depositing copies with the Court Security Officer as provided by the Amended Protective Order and Procedures for Counsel Access to Detainees of the United States Naval Base, Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Nov. 8, 2004). I am informed and believe that, pursuant to the same protective order, the Court Security Officer will cause copies to be delivered by hand to Robert M. Loeb, Attorney, Appellate Staff, Civil Division, Room 7268, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001.

Sabin Willett (Bar No. 50134)