UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Case No. 1:05-cv-01509 (RMU)<br><br>[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

### [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

For the reasons set forth in Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, the Court herby GRANTS Petitioners Motion for Temporary Restraining Order and Preliminary Injunction.

1. Respondents are temporarily restrained, and preliminarily enjoined from holding Petitioners in any camp but Camp 4 of JTF-GTMO, and from holding them under any conditions of isolation or solitary confinement; and

2. Respondents are ordered to make Petitioner Parhat available for a telephone call with counsel within 24 hours of the entry of this order.

_____s/_____
RICARDO M. URBINA
United States District Judge

A/72575951.1

## CERTIFICATE OF SERVICE

I certify that, on this 25th day of June, 2008, I served the foregoing [Proposed] Order Granting Petitioners' Motion For Temporary Restraining Order and Preliminary Injunction on the Respondent's counsel of record by depositing copies with the Court Security Officer as provided by the Amended Protective Order and Procedures for Counsel Access to Detainees of the United States Naval Base, Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Nov. 8, 2004). I am informed and believe that, pursuant to the same protective order, the Court Security Officer will cause copies to be delivered by hand to Robert M. Loeb, Attorney, Appellate Staff, Civil Division, Room 7268, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001.

_____
Sabin Willett (Bar No. 50134)

A/72577071.1