UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMAL KIYEMBA, as Next Friend of ABDUSABUR DOE, *et al.*,<br><br>   Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>   Respondents. | Case No. 1:05-cv-01509 (RMU)<br><br>**PETITIONERS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**PETITIONERS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Petitioners hereby withdraw without prejudice their Motion for Temporary Restraining Order and Preliminary Injunction, which was filed with the Court on June 25, 2008. *See Petr's Mot.* (Dkt. #113). The parties have addressed certain of the issues raised by the motion, and Petitioners do not seek judicial intervention at this time.

July 3, 2008

/s/ Susan Baker Manning
Susan Baker Manning
susan.manning@bingham.com
Catherine R. Murphy
catherine.murphy@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC  20006
Telephone:   (202) 373-6000
Facsimile:    (202) 373-6001

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Rheba Rutkowski
rheba.rutkowski@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:    (617) 951-8736
