UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION

Misc. No. 08-442 (TFH)

Civil Action Nos. 05-1509, 05-1602, 05-1704, 05-2370, 05-2386, 05-2398

## ORDER

Pending before the Court is the Motion By All 17 Uighurs Currently Detained In Guantanamo Bay For Consolidation Of Their Petitions For Habeas Corpus (Misc. No. 08-442, Docket # 7). Having considered the motion, the government's lack of opposition to consolidation,[1] and the agreement of all judges concerned, the Court

**ORDERS** that the motion is **GRANTED**. Accordingly, the Court further

**ORDERS** that *Kiyemba v. Bush*, Civil Action No. 05-1509 (RMU), *Mamet v. Bush*, Civil Action No. 05-1602 (ESH), *Kabir v. Bush*, Civil Action No. 05-1704 (JR), *Razakah v. Bush*, Civil Action No. 05-2370 (EGS), *Thabid v. Bush*, Civil Action No. 05-2398 (ESH), and all claims asserted by petitioners Abdul Ghaffar and Adel Noori in *Mohammon v. Bush*, Civil Action No. 05-2386 (RBW), are hereby consolidated for consideration before Judge Urbina.

July 9/h, 2008

_____
Thomas F. Hogan
United States District Judge

---

[1] During the hearing held on July 8, 2008, the government stated that, although it does not agree with the petitioners' characterization of the D.C. Circuit's June 20, 2008, opinion in *Parhat v. Gates*, it does not oppose consolidation in principle.