IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF ABDUSABUR DOE, et al.,<br><br>    Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-1509 (RMU) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with Judge Green's November 8, 2004 Amended Protective Order and December 10, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, Petitioner has today submitted the following documents to the Court's designated Court Security Officer:

- Huzaifa Parhat's Motion for Immediate Release on Parole Into the Continental United States Pending Final Judgment On His *Habeas* Petition;

- Memorandum of Points and Authorities in Support of Huzaifa Parhat's Motion for Immediate Release on Parole Into the Continental United States Pending Final Judgment On His *Habeas* Petition;

- Declaration of Alim Seytoff;

- Declaration of Rebiya Kadeer

A/72604275.1/

- 2 -

Dated:  July 23, 2008

/s/ Susan Baker Manning
Susan Baker Manning
susan.manning@bingham.com
Catherine R. Murphy
catherine.murphy@bingham.com
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Telephone:   (202) 373-6000
Facsimile:    (202) 373-6001

Sabin Willett
sabin.willett@bingham.com
Neil McGaraghan
neil.mcgaraghan@bingham.com
Jason S. Pinney
jason.pinney@bingham.com
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726
Telephone:   (617) 951-8000
Facsimile:    (617) 951-8736