IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF ABDUSABUR DOE, et al.,<br><br>Petitioners,<br>v.<br><br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 05-1509 (RMU) |

### HUZAIFA PARHAT'S MOTION FOR JUDGMENT ON HIS *HABEAS* PETITION ORDERING RELEASE INTO THE CONTINENTAL UNITED STATES

Huzaifa Parhat, a civilian determined by the D.C. Circuit Court of Appeals not to be an enemy combatant, yet wrongfully imprisoned at Guantánamo Bay, moves for judgment on his *habeas corpus* petition ordering his release into the continental United States. As grounds therefor, Parhat relies his memorandum of points and authorities in support hereof and the July 21, 2008 Declaration of Sabin Willett, submitted herewith.

**WHEREFORE**, Huzaifa Parhat requests that:

1. The Court convene a hearing on Parhat's motion for judgment, at which the government should be ordered to produce Parhat. The court should permit testimony and/or other proffer of information from the parties as to the logistical support necessary to effectuate release.

2. At hearing, the Court should order Parhat released and enter such conditions for reporting and monitoring as are reasonable in the circumstances.

3. The Court should enter such other and further relief as may be just and proper.

<table>
<tr><td>DATED: July 22, 2008</td><td>Respectfully submitted,<br><br>/s/ Susan Baker Manning<br>Susan Baker Manning<br>susan.manning@bingham.com<br>Catherine R. Murphy<br>catherine.murphy@bingham.com<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001<br><br>Sabin Willett<br>sabin.willett@bingham.com<br>Neil McGaraghan<br>neil.mcgaraghan@bingham.com<br>Rheba Rutkowski<br>rheba.rutkowski@bingham.com<br>Jason S. Pinney<br>jason.pinney@bingham.com<br>BINGHAM McCUTCHEN LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 951-8000<br>Facsimile: (617) 951-8736<br><br>*Counsel for Huzaifa Parhat*</td></tr>
</table>

A/72601736.2/0999997-0000928762