IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF ABDUSABUR DOE, et al.,<br>Petitioners,<br>v.<br>GEORGE W. BUSH, et al., .<br>Respondents. | Civil Action No. 05-1509 (RMU) |

**JULY 21, 2008 DECLARATION OF SABIN WILLETT**

Pursuant to 28 U.S.C. § 1746, I, Sabin Willett, declare under penalty of perjury that the following is true:

1. I met with Huzaifa Parhat in Camp 6, Guantánamo Bay, in mid-October, 2007. In our meeting, he requested that a message be passed to his wife. He stated that she should consider him dead and remarry.

2. Our most recent communication with Mr. Parhat was by telephone, in July, 2008, following the decision of the Court of Appeals for the District of Columbia Circuit in *Parhat v. Gates*, No. 06-1397, 2008 WL 2576977, *1 (D.C. Cir. June 20, 2008). Parhat advised of an urgent wish to speak to his mother. The Red Cross has informed him that her health is deteriorating, and he was deeply concerned that he might not be able to speak to her again before she dies.

3. We have requested such a call. To date, the request has not been allowed.

4. Attached hereto as Exhibit 1 is a photocopy that I obtained from the Boston Public Library of an article published in The Boston Globe on July 30, 1944.

5. Attached hereto as Exhibit 2 is a photocopy that I obtained from the Boston Public Library of an article published in The Boston Globe on June 5, 1944.

I declare under penalty of perjury that the foregoing is true.

Sabin Willett

*Italian Service Units*

# Moved From So. Boston to Harbor Island; Two Sides of the Row

By FRANCES BURNS

Italian Service Units (prisoners of war in special status) who have been housed at Camp McKay, South Boston, were moved Friday afternoon to Fort Andrews, on [illegible] Island in Boston Harbor. They [illegible] sleep and [illegible] recreation at the fort and be taken daily by ferry to the Boston Port of Embarkation to work.

No change in the status of the units is contemplated, Maj Gen Sherman Miles, commanding General of the 1st Service Command, announced yesterday. For four months the Italians have been employed as laborers under the authority of the Port of Embarkation, of which Brig Gen Calvin DeWitt Jr. is now commanding officer. The arrangements were made by the War Department after the armistice with Italy and the 1st Service Command was charged with the care of the units when they were sent to this area. The men were moved, it was explained, because of the proximity of the camp to Carson Beach, which has been more crowded than usual this Summer.

**How Men Are Treated**

Continuation of their present status so long as they remain in Boston means that:

1. They will be housed, fed, clothed and hospitalized as are American soldiers according to the agreement of the Geneva Convention for all prisoners of war in this country.

2. As volunteers on work directly connected with the prosecution of the war they will not be kept in a stockade; one-third of the 80 cents a day which they are paid for nine hours' work will be given them at the end of the month as cash, instead of the canteen checks in which prisoners of war normally receive their pay, they will be given some liberty on their days off in the way of passes out of the camp.

See PRISONERS Page 11

## Prisoners

Continued from the First Page

These passes must be used by groups of not less than 10 or more than 25, always accompanied by an American Army sergeant.

Some veterans' organizations in Boston last week demanded that the Italian units be returned to a strict status as prisoners of war. John L. Delay, state commander of the American Legion, told the Globe Friday the question would be taken up at the state meeting of the Legion in August and "the Army has been asked to treat these men as prisoners of war and not as guests of the country."

"If these men don't want to work here without special privileges they should be returned to the stockade like any other prisoners of war," Delay said. "We can get American soldiers to do the work. Negro soldiers are doing a lot of it already. Ask anybody back from Italy and they'll tell you that the Italian soldiers were very arrogant in Salerno and Naples to our men. We aren't going to tell the Army what to do, but we want them to stop pampering these prisoners."

John B. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding up action "pending an investigation by the Army." Mr. Powers, adjutant of the State Department of the Veterans of Foreign Wars, said his organization was holding up action "pending an investigation by the Army." Mrs. Marion F. Grant of Taunton, department president of the Women's Auxiliary of the V. F. W., told reporters her organization would spend no more money for entertainment in hospitals where any Italian prisoners of war were patients following a closed meeting at Tremont Temple Thursday evening.

### Considered Great Help to U. S.

"These service units of Italian prisoners of war are being used in all major ports of embarkation in the country," a War Department spokesman told the Globe yesterday at the headquarters in this country for the former Italian belligerents. "Their work performance is uniformly excellent. They are helping to speed the flow of material to our men overseas. Their loss to any port would be critically felt. The demand for them is greater than the supply. Should the units now working in Boston be transferred away from there it would hurt the Port of Boston and hurt our war effort."

After the armistice with Italy the Allied nations began using labor groups of Italian prisoners of war in Africa with such success that it was suggested an effort be made in this country to use them to relieve the labor shortage. It was, an Army spokesman said to the Globe, "put up to the Italians. They were told they would not be asked to bear arms but if they wanted to help further the war effort they would not be kept in stockades, they would be accorded certain privileges not given to German prisoners of war and we would try to give them some liberty, always with American soldiers, and not as a right but as a privilege."

"Actually," the officer said, "the percentage of Italians here given this privilege is so small that under all favorable circumstances no man can hope for a pass from camp more than once in three months. None can go more than 25 miles from the place where he is quartered and if there are any troop movements on, no passes at all are given."

### Screened for Fascist Tendencies

Before the prisoners of war are assigned to these service units they are screened for fascist tendencies. They sign an agreement to take orders from American officers and to put themselves under American discipline.

"The Geneva Convention is the Bible for all prisoners of war," it was explained. "The Convention provides that prisoners must be fed, clothed and housed as are the armies of the captor nation, and they must be protected from abuse and ridicule and not asked to bear arms. Frankly, we have been bending over backward in our observance of the Convention in the hope the same thing will happen to our men who are prisoners of these nations. The food that is given the Italian service units is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform, distinguished only by the emblem 'Italy' in white on green on the left shoulder."

The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

### "Coddling" Story Refuted

It is the freedom in the way of passes and exchanges between the prisoners of war within the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] was using gasoline [illegible] for them.

According to Army officials [illegible] Army ever has [illegible] provide liberty for any of the prisoners except on June [illegible] were taken to St. Leonard's Church in the North End, [illegible] Hatch Shell, and to West Andover to St. Francis Seraphic Seminary for the day. Individuals or organizations since providing for the entertainment of any of them [illegible] call for them, using their own [illegible] line, the officer said, [illegible] must pay with their own [illegible] public transport [illegible].

Seven men and women of Italian descent, prominent in [illegible] Greater Boston who [illegible] if they would help provide [illegible] free time of the Italian [illegible] State, there has been [illegible] travesty they are [illegible] their former [illegible] a veteran of World War [illegible] a son who is a Navy [illegible] war, has kept a record of the [illegible] feelings.

[illegible] is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform, distinguished only by the emblem "Italy" in white on green on the left shoulder.

The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

"Coddling" Story Related

It is the freedom in the way of passes and exchanges between the prisoners of war [illegible] Camp McKay and [illegible] on Carson Beach [illegible] wedding [illegible] also has been made [illegible] was using gasoline to [illegible] trips for them.

According to Army officials [illegible] Army has ever has been [illegible] provide liberty for any of the prisoners except on June 4, when 100 were taken to St Leonard's Church in the North End, thence to the Hatch Shell, and to West Andover to St. Francis Seraphic Seminary for the day. Individuals or organizations since providing for the entertainment of any of the [illegible] call for them, using their own [illegible] line, the officer said [illegible] must pay with their own money [illegible] public transportation.

Seven men and women [illegible] descent, prominent [illegible] Greater Boston were [illegible] if they would help [illegible] free time of the Italians [illegible] Since there has been [illegible] controversy they are reluctant [illegible] their names used, but the [illegible] a veteran of World War [illegible] a son who is a Navy [illegible] war, has kept a record [illegible] meetings.

On April [illegible] each of [illegible] ceived a telegram from [illegible] him: "Brig Gen C. H. Kells, commanding officer of the Boston Port of Embarkation, Army Base, Boston, would appreciate your attending a meeting in his office on Thursday, April 27, at 4:15."

Gen Kells' Wishes Related

"Gen Kells said these men were doing very good work," the Globe was told. "He said they had no complaints, for they were being given food and lodging according to the Geneva Convention that provides for the same as that of the army of the nation that holds them prisoners in as far as possible. But he said their morale was very low.

"He said most of the men here then had been prisoners 44 months previous to that time. They hadn't heard from their families in all that time, when a lot of them had gone over in a body to surrender to the British," the Bostonian added. "Gen Kells said he wanted something done for them among people of their own racial language. He mentioned:

"1. The men needed religious advice and counsel from our local priests, men who speak their own language. When a man has troubles and cares to confess, he wants to talk to someone who understands him.

"2. He wanted us to teach them the English language, so they could get along better with the people they had to work with and understand the American officers. Since then Boston men and women have been going to the camp several evenings a week to teach them English, using their own time and providing their own transportation.

"3. Sporting goods, volley balls and such for their free time in camp. I might say that whatever we sent has been intended for the American troops in camp, too. When we sent out ice cream and cookies it was for 700 men, 400 of them Italian prisoners of war and 300 American troops.

"4. Shows for the prisoners and for the American soldiers—some movies and little plays that we have provided for the outdoor theatre of the camp.

[illegible] home invitations [illegible] of [illegible] not less than 10 or more than 25 [illegible] could give [illegible] some [illegible] to accommodate [illegible] Americans [illegible] by [illegible] to pro[illegible] entertainment on Sundays [illegible] men could receive passes [illegible].

"When a person or a group is willing to entertain any of the Italians, the secretary explained, "it is necessary first to apply to Maj. Hamlin, commanding officer at Camp McKay, stating the date and kind of entertainment and agreeing to have the men for not longer than 7 to 10 on a Saturday evening or 10 a.m. to 6 p.m. Sunday.

"Except for the first time, when 100 were given liberty, the hosts have to go for the men in their own cars. I think it was a mistake for any publicity to be given that first time when the men were sent to their own church by the Army. I know that some of the prisoners of war never have been out of the camp at all on liberty and very few of them are out on any Sunday.

"There have been a lot of false stories told about this whole affair, but I have kept a record of all of it and all the clippings. They said that 1500 people gathered outside the camp July 6 and when the police ordered them to disperse they threw spaghetti and meat balls and confections over the fence. Did you ever hear anything so silly? Can you imagine getting that many people there on a weekday to bring food and throw it at the prisoners? They said a sailor threw a stone at a prisoner July 17. Now do you believe that a man in the United States Navy would stone a prisoner of war?"

Actually the committee has been able to do very little except "on paper," its secretary said, because the Army has not relaxed its regulations as much as had been expected. He said no member of the committee could talk to any prisoner in camp, but must go through the same procedure in interviewing American officers about the prisoners as anyone else: [illegible] sion from Maj. Hamlin [illegible] the corporal on the gate [illegible] to the office, registry and be conducted to the American officer.

What Records Show

Boston police records show that on July 6 at 7:30 p.m. there was an incident outside the camp when police dispersed persons who had come with cigarettes and some packages, "girls passing notes through the fence to the prisoners" and members of the beach crowd who took sides. Police suggested the erection of a second fence to keep the crowds further away from the prisoners.

On Sunday, July 16, the police reported a second fracas. Their official report and the report of Army authorities on this affair differ, but the police say it was "remedied by a conference with Gen DeWitt and Lt Col Lamoreau of the First Service Command."

On July 17 a strike of the Italian prisoners was reported. According to Army authorities:

"The men are supposed to work

. after clearing tank trap looking over the road to repossession of this Mariana Island, former United States territory.

they would not be asked to bear arms but if they wanted to help further the war effort they would not be kept in stockades, they would be accorded certain privileges not given to German prisoners of war and we would try to give them some liberty, always with American soldiers, and not as a right but as a privilege."

"Actually," the officer said, "the percentage of Italians here given this privilege is so small that under all favorable circumstances no man can hope for a pass from camp more than once in three months. None can go more than 25 miles from the place where he is quartered and if there are any troop movements on, no passes at all are given."

**Screened for Fascist Tendencies**

Before the prisoners of war are assigned to these service units they are screened for fascist tendencies. They sign an agreement to take orders from American officers and to put themselves under American discipline.

"The Geneva Convention is the Bible for all prisoners of war," it was explained. "The Convention provides that prisoners must be fed, clothed and housed as are the armies of the captor nation, and they must be protected from abuse and ridicule, and not asked to bear arms. Frankly, we have been bending over backward in our observance of the Convention in the hope the same thing will happen to our men who are prisoners of these nations. The food that is given the Italian service units is no different from that given our men in camp here. They occupy barracks that were built for American troops. They wear the khaki uniform distinguished only by the emblem 'Italy' in white on green on the left shoulder."

The men work at the Port of Embarkation nine hours a day, six days a week, for the 80 cents a day paid all prisoners of war. Two nights a week the men now at Fort Andrews give their own time to study English. They may be visited by a close blood relative in camp one hour a week in their free time.

**"Coddling" Story Refuted**

It is the freedom in the way of passes and exchanges between the prisoners of war [illegible]

[illegible]

Marine Signal Corps Radio Photo

**FIRST ACTION PHOTO** of battle for Guam shows Marines after clearing tank trap looking over the road to repossession of this Mariana Island, former United States territory.

using their own time and providing their own transportation.

"3. Sporting goods. Volley balls and such for their free time in camp. I might say that whatever we sent has been intended for the American troops in camp, too. When we sent out ice cream and cookies it was for 700 men, 400 of them Italian prisoners of war and 300 American troops.

"4. Shows for the prisoners and for the American soldiers—some movies and little plays that we have provided for the outdoor theatre of the camp.

"5. Home invitations for groups of [illegible] than 10 or more than 25, [illegible] could we provide [illegible] [illegible]

[illegible] it is necessary first to apply to Maj. Hamlin, commanding officer at Camp Mc[illegible], stating the date, the kind of entertainment and agreeing to have the men for not longer than 7 to 10 on a Saturday evening or 10 a. m. to 8 p. m. Sunday.

"Except for the first time, when 100 were given liberty, the hosts have to go for the men in their own cars. I think it was a mistake for any publicity to be given that first time when the men were sent to their own church by the Army. I know that some of the prisoners of war never have been out of the camp at all on liberty and very few of them are out on any Sunday.

"There have been a lot of false stories told about this whole affair, but I have kept a record of all of it and all the clippings. They said that 1500 people gathered outside the camp July 6 and when the police ordered them to disperse they threw spaghetti and meat balls and confections over the fence. Did you ever hear anything so silly? Can you imagine getting that many people there on a weekday to bring food and throw it at the prisoners? They said a sailor threw a stone at a prisoner July 17. Now do you believe that a man in the United States Navy would stone a prisoner of war?"

Actually the committee has been able to do very little except "on paper," its secretary said, because the Army has not relaxed its regulations as much as had been expected. He said no member of the committee could talk to any prisoner in camp but must go through the same procedure in interviewing American officers about the prisoners as anyone else—get permission from Maj. Hamlin [illegible] the corporal of the guard [illegible] to the office, register, and be conducted to the American officer.

**What Records Show**

Boston police records show that on July 6 at 7:30 p. m. there was an incident outside the camp when police dispersed persons who had come with cigarettes and some packages, "girls passing notes through the fence to the prisoners" and members of the beach crowd who took sides. Police suggested the erection of a second fence to keep the crowds further away from the prisoners.

On Sunday, July 16, the police reported a second fracas. Their official report and the report of Army authorities on this affair differ, but the police say it was "remedied by a conference with Gen. DeWitt and Lt. Col. Lamoreau of the First Service Command."

On July 17 a strike of the Italian prisoners was reported. According to Army authorities [illegible]

from 8 to 6:30 every day on this work. On that day two companies were sent to another dock controlled by the Army to help load two ships. When 6:30 came they quit work. An Army officer was called from the base who said, '[illegible] here, it is necessary to work until 7 tonight to get this work out.' One company went back to work, the other did not. Fifty of them were sent away from Boston to a prisoner of war camp. I am still [illegible] much of the difficulty was inability to understand our language [illegible] low IQ and how much of it was rebellion."

The women's auxiliary of the Veterans of Foreign Wars has based its complaints about "entertaining prisoners of war" on an incident June 6 at the hospital at Camp Myles Standish when a group of their women provided a [illegible] party in the Red Cross hut for [illegible] sick Italian prisoners of war [illegible]. According to the officers [illegible] camp the Red Cross attendant [illegible] the women if the prisoners could play with the American [illegible] [illegible] and no protest was [illegible] by the entertainers. The [illegible] was made public the week of [illegible] 17 when the auxiliary is said to have stated they were forced to entertain prisoners of war [illegible]



# Former Italian Prisoners Enjoy Boston Hospitality

Given their first breath of freedom since they were [illegible] in North Africa more than [illegible], some 100 former Italian prisoners [illegible] who are now [illegible] at [illegible] stationed at [illegible] in South Boston celebrated their liberty yesterday by at-tending a civilian mass in the [illegible] and enjoying an outing [illegible].

Since Italy retired from the war military authorities in this country have [illegible] Italian prisoners who have [illegible]

See PRISONERS Page 4

FORMER ITALIAN WAR PRISONERS sing at Hatch Shell. Lt. Armando Zanecchi of military police is leading group. Rev. Daniel Schiavone of St. Leonard's Church is seated in center.

## Prisoners

Continued from the First Page

[illegible] every way with their captors, may take an oath of allegiance to the United States Government and form service units which engage in labor projects under the direction of the Army.

### At St. Leonard's

At St. Leonard's Church in the North End yesterday morning, [illegible] faces were [illegible] among the mass of regular Sabbath day church-goers. As the group was clothed in G. I. [illegible], the casual observer might have taken them for American servicemen except for a small, [illegible] worn on the [illegible] inscribed upon it [illegible] Green [illegible] Falcini, O. F. M., a curate at St. Leonard's, entreated these former prisoners of war to thank God for being spared from death, and for coming to this country, the greatest democracy in the world, as guests. Fr. Falcini was himself a prisoner of the Germans for 18 months during World War I.

### Sing at Hatch Shell

Following the church services, the men were conveyed by troop carriers down Prince St. in the North End. Crowds cheered them as they passed through Boston's closest [illegible] to their beloved homeland. At the Hatch Memorial Shell on the Charles River Esplanade, they halted and sang a native song entitled "A Bouquet of Flowers."

After posing for pictures they were off again, this time for the St. Francis Seraphic Seminary at West Andover where the priests of the Franciscan Monastery had prepared a day of complete relaxation.

Once on the grounds of the [illegible], these Italian boys were enthusiastic over the various grottos and shrines. Wandering about, they [illegible] stopped to offer a [illegible] before the [illegible]. [illegible] questioned as to the subject of their prayers, they revealed that they were offering thanksgiving for the day of recreation and an entreaty for a swift conclusion of the war so that they might return home.

### [illegible] of Rome

They played games among themselves and although the Fathers had provided baseball equipment, most of them showed preference for their native games such as "bocci," an Italian version of "bowling on the green."

While feasting on their native dishes, news of the Allied invasion of Rome sped over the wires and when informed of this great event taking place in their homeland, a former noncommissioned officer smiled broadly and expressed the sentiments of all his comrades. "Very good," he said. "If they take Rome the war will be over soon."

The opportunity to attend church among their own people and the [illegible] which followed is the first [illegible] by Army officials in this country to afford these former Italian prisoners more freedom than they have previously enjoyed. The idea was originally conceived by a group of Boston Italo-American [illegible]