IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| JAMAL KIYEMBA, AS NEXT FRIEND OF ABDUSABUR DOE, et al.,<br><br>Petitioners,<br>v.<br>GEORGE W. BUSH, et al.,<br>Respondents. | Civil Action No. 05-1509 (RMU) |

## DECLARATION OF REBIYA KADEER

I, Rebiya Kadeer, declare under penalty of perjury that the following is true:

1. My name is Rebiya Kadeer. I reside in Fairfax, Virginia.

2. I was granted political asylum by the United States in 2005.

3. I have personal knowledge and experience both of the persecution that has driven many Uyghur people to flee China, and the ability of the Uyghur-American community to provide logistical and cultural support to refugees who arrive here.

4. I am of Uyghur heritage. I was born in East Turkestan, a region of Asia under the control of the People's Republic of China and referred to by the government as the Xinjiang Uighur Autonomous Region. In the 1980s and 1990s, in the city of Urumchi, I developed and ran a multimillion-dollar trading company and a department store.

A/72600772.1

5. In the late 1990s, I became increasingly vocal in my criticisms of the Chinese government's abuses of Uyghur people. In 1999, while on my way to meet a U.S. Congressional delegation to discuss human rights-related issues, I was arrested. I was sentenced to eight years' imprisonment in March 2000, following a secret trial. During my imprisonment in Bajiahu Prison in Urumchi, I witnessed the beating and torture of other Uyghur prisoners. I myself spent two years in solitary confinement.

6. I later learned that, while in prison, I received human rights awards from Human Rights Watch and Norway's Rafto Foundation.

7. On March 17, 2005, three days before a state visit to Beijing by U.S. Secretary of State Condoleezza Rice, I was released from prison. I was sent to the United States, where I was granted refugee status.

8. In September 2005, I founded the International Uyghur Human Rights and Democracy Foundation in Washington, D.C, which works to promote human rights for Uyghur women and children in East Turkestan. In May, 2006, I was elected to the presidency of the Uyghur American Association ("UAA"), also based in Washington, which works to support the right of the Uyghur people to use peaceful, democratic means to determine their own political future. In November 2006, I was elected as president of the World Uyghur Congress, which represents the collective interests of the Uyghur Diaspora, both in East Turkestan and in countries throughout the world.

9. In retaliation for my human rights advocacy, PRC authorities in 2006 detained and beat my sons Ablikim, Alim and Kahar, and placed other family members under house arrest. On April 17, 2007, Ablikim was sentenced to nine years in prison on charges of "instigating and engaging in secessionist activities."

10. I have been privileged to meet with President George W. Bush, and first lady Laura Bush, to discuss the plight of the Uyghurs. In a speech delivered in Prague, Czech Republic, on June 5, 2007, President Bush said, "Another dissident I will meet with here is

Rebiya Kadeer of China, whose sons have been jailed in what we believe is an act of retaliation for her human rights activities. The talent of men and women like Rebiya is the greatest resource of their nations -- far more valuable than the weapons of their army or oil under the ground. So America calls on every nation that stifles dissent to end its repression, trust its people, and grant its citizens the freedom they deserve."

11. Public accounts concerning the Uyghur prisoners at Guantanamo Bay are closely followed and frequently discussed among Uyghurs resident in America and around the world. Developments in the cases are regularly reported on the UAA website and in the reports of Radio Free Asia that are prepared and broadcast from studios in Washington, D.C.

12. Among the cases that I and many other Uyghurs have followed in the public press is that of Huzaifa Parhat.

13. There is widespread sympathy in the Uyghur American community for Mr. Parhat and the other Uyghur men detained at Guantanamo Bay.

14. Upon reaching the United States in 2005, immediately after my release from a long imprisonment, I was welcomed and supported by members of the Uyghur American community.  Since my arrival, I and members of that community have frequently provided support to Uyghur refugees who have been granted asylum here.  I know from personal experience that that community is ready, willing and able to provide such support to Uyghur prisoners released from Guantanamo, should the Court order their release.

15. I and other members of the Uyghur American community would be pleased to appear in Court and address any questions of the government or the Court with regard to the provision of logistical support to Mr. Parhat, or other Uyghurs released from Guantanamo Bay.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true.

Dated: July __, 2008

_____
Rebiya Kadeer