IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-1509 (RMU)<br>: Civil Action No. 05-1602 (RMU)<br>: Civil Action No. 05-1704 (RMU)<br>: Civil Action No. 05-2386 (RMU) |

### [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

For the reasons set forth in Petitioners' Motion for Temporary Restraining Order and Preliminary Injunction, the Court herby GRANTS Petitioners Motion for Temporary Restraining Order and Preliminary Injunction.

1.   Respondents are temporarily restrained, and preliminarily enjoined from holding Petitioners in any camp but Camp 4 of JTF-GTMO, and from holding them under any conditions of isolation or solitary confinement.

_____/s/_____
RICARDO M. URBINA
United States District Judge