# EXHIBIT 3
# TO PETITIONERS' JOINT MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCITON

# DECLARATION OF SEEMA SAIFEE