UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | Civil Action No. 05-1509 (RMU) |
| DETAINEE LITIGATION | ) |  |
|  | ) | [PROPOSED] ORDER RE |
|  | ) | PETITIONER'S MOTION FOR JUDGMENT |

Upon petitioner's Motion for Judgment on His *Habeas* Petition Ordering Release into the Continental United States, it is hereby ordered as follows:

1. Petitioner's motion is denied.

Date: _____          _____
                                   UNITED STATES DISTRICT JUDGE