# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **Misc. No. 08-442 (TFH)** |
| **GUANTANAMO BAY** | ) | **Civil Action No. 05-1509 (RMU)** |
| **DETAINEE LITIGATION** | ) | |
| | ) | **[PROPOSED] ORDER RE** |
| | ) | **PETITIONER'S MOTION FOR RELEASE** |

Upon petitioner's Motion for Immediate Release on Parole into the Continental United

States Pending Final Judgment on His *Habeas* Petition, it is hereby ordered as follows:

    1.  Petitioner's motion is denied.

Date: _____       _____
                                    UNITED STATES DISTRICT JUDGE