# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | : | Misc. No.: | 08-0442 (TFH) |
| | : | | |
| GUANTANAMO BAY | : | Civil Action Nos: | 05-1509 (RMU) |
| DETAINEE LITIGATION. | : | | 05-1602 (RMU) |
| | : | | 05-1704 (RMU) |
| | : | | 08-1310 (RMU) |

## ORDER

### DENYING THE PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND DENYING THE PETITIONERS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the accompanying Memorandum Opinion, it is this 7th day of August, 2008,

**ORDERED** that the petitioners' motion for a temporary restraining order is **DENIED**; and it is

**FURTHER ORDERED** that the petitioners' motion for a preliminary injunction is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge