# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | : | Misc. No.: | 08-0442 (TFH) |
| | : | | |
| GUANTANAMO BAY | : | Civil Action Nos: | 05-1509 (RMU) |
| DETAINEE LITIGATION. | : | | 05-1602 (RMU) |
| | : | | 05-1704 (RMU) |
| | : | | 05-2370 (RMU) |
| | : | | 05-2398 (RMU) |
| | : | | 08-1310 (RMU) |

## ORDER

It is this 12th day of August, 2008,

**ORDERED** that the parties submit a Joint Status Report on or before Monday, August 18, 2008; and it is

**FURTHER ORDERED** that the parties shall include the following information for each of the seventeen Uighur petitioners in the Joint Status Report:

- One agreed upon name (first and last if applicable) for each of the seventeen Uighur petitioners and corresponding ISN numbers (this name will be used throughout the remainder of the proceedings);

- The date on which the petitioners authorized (or will authorize) the cases to proceed on their behalf by Next Friends, and the ability of the court to proceed with these cases without such authorization;

- With respect to the six petitioners who were captured and then cleared for transfer to the control of another government for possible detention, investigation and/or prosecution, the dates of capture and clearance for transfer and the efforts made since the clearance date to transfer each petitioner;

- With respect to the eight petitioners who were captured and then cleared for transfer to another country for ultimate release, the dates of capture and clearance for transfer and the efforts made since the clearance date to transfer each petitioner;

- The dates on which petitioner Parhat was captured and then cleared for transfer to another country for ultimate release, and the efforts undertaken to transfer him as an enemy combatant. In addition, the report should include efforts the government has undertaken or foresees undertaking to release petitioner Parhat since removing the enemy combatant designation, and the date by which it expects to release the petitioner.

- The status of the remaining two petitioners;

- Whether factual returns are necessary to resolve issues pertinent to the petitioners, and if so, the date those factual returns (or amended factual returns, if necessary) will be filed; and

- A recommendation as to how the court should proceed, and any remaining issues the parties wish to bring to the court's attention; and it is

**ORDERED** that a status hearing shall take place on Thursday, August 21, 2008 at 1:30 pm.

**SO ORDERED**.

    RICARDO M. URBINA
    United States District Judge