**EXHIBIT 1 – STATUS OF UIGHUR PETITIONERS**

| Name | ISN | Civil Action Number | Name As Listed in Habeas Petition | Capture Date | Date Approved For Release or Transfer |
|---|---|---|---|---|---|
| Abdul Sabour | 275 | 05-1509 | Abdusabur Doe | Dec. 2001 | Release – Nov. 2003 |
| Abdul Nasser | 278 | 05-1509 | Abdunasir Doe | Dec. 2001 | Transfer – Nov. 2005 |
| Khalid Ali | 280 | 05-1509 | Khalid Doe | Dec. 2001 | Release – Aug. 2003 |
| Sabir Osman | 282 | 05-1509 | Saabir Doe | Dec. 2001 | Release – Aug. 2003 |
| Jalal Jalaldin | 285 | 05-1509 | Jalaal Doe | Dec. 2001 | Release – Aug. 2003 |
| Abdul Semet | 295 | 05-1509 | Abdusamad Doe | Dec. 2001 | Release – June 2003 |
| Huzaifa Parhat | 320 | 05-1509 | Hudhaifa Doe | Dec. 2001 | Release – Aug. 2003 |
| Hammad Memet | 328 | 05-1509 | Hammad Doe | Dec. 2001 | Transfer – May 2008 |
| Edham Mamet | 102 | 05-1602 | Edham Mamet | Nov. 2001 | Release – Aug. 2003 |
| Arkin Mahmud | 103 | 05-1704 | Arkeen Doe | Nov. 2001 | Transfer – Jan. 2006 |
| Bahtiyar Mahnut | 277 | 05-1704 | Sadar Doe | Dec. 2001 | Transfer – Dec. 2005 |
| Ahmad Tourson | 201 | 05-2370 | Ahmad Doe | Nov. 2001 | Release – Dec. 2005 |
| Abdur Razakah | 219 | 05-2370 | Abdur Razakah | Dec. 2001 | Transfer – Dec. 2005 |
| Anwar Hassan | 250 | 05-2398 | Ali | Dec. 2001 | Release – June 2003 |
| Dawut Abdurehim | 289 | 05-2398 | Thabid | Dec. 2001 | Release – Aug. 2003 |
| Abdul Ghappar Abdul Rahman | 281 | 08-1310 | Abdurahman | Dec. 2001 | Release – Aug. 2003 |
| Adel Noori | 584 | 08-1310 | Adel LNU | May 2002 | Transfer – Oct. 2005 |