Exhibit 2

| Preferred Name | ISN | Case Caption | Next Friend | Date of Next Friend Authorization |
|---|---|---|---|---|
| Abdul Nasser | 278 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Abdul Sabour | 275 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Abdul Semet | 295 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Hammad Memet | 328 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Huzaifa Parhat | 320 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Jalal Jalaldin | 285 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Khalid Ali | 280 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Sabir Osman | 282 | *Kiyemba v. Bush*, No. 05-cv-1509 | Jamal Kiyemba | March 10, 2005 |
| Edham Mamet | 102 | *Mamet v. Bush*, No. 05-cv-1602 | Ibrahim Mamet | August 2, 2005 |
| Bahtiyar Mahnut | 277 | *Kabir v. Bush*, No. 05-cv-1704 | Usama Hasan Abu Kabir | May 1, 2005 |
| Arkin Mahmud | 103 | *Kabir v. Bush*, No. 05-cv-1704 | Usama Hasan Abu Kabir | May 1, 2005 |
| Abdur Razakah | 219 | *Razakah v. Bush*, No. 05-cv-2370 | Usama Hasan Abu Kabir | May 1, 2005 |
| Ahmad Tourson | 201 | *Razakah v. Bush*, No. 05-cv-2370 | Usama Hasan Abu Kabir | May 1, 2005 |
| Anwar Hassan | 250 | *Thabid v. Bush*, No. 05-cv-2398 | Usama Hasan Abu Kabir | May 1, 2005 |
| Dawut Abdurehim | 289 | *Thabid v. Bush*, No. 05-cv-2398 | Usama Hasan Abu Kabir | May 1, 2005 |
| Abdul Ghappar Abdul Rahman | 281 | *Ghaffar v. Bush*, No. 08-cv-1310 | Usama Hasan Abu Kabir | May 1, 2005 |
| Adel Noori | 584 | *Ghaffar v. Bush*, No. 08-cv-1310 | Usama Hasan Abu Kabir | May 1, 2005 |